1  ANDREW S. FRIEDMAN (*admitted pro hac vice*)
   Email:  afriedman@bffb.com
2  KIMBERLY C. PAGE (*admitted pro hac vice*)
   Email: kpage@bffb.com
3  BONNETT FAIRBOURN FRIEDMAN
   & BALINT, P.C.
4  2325 E. Camelback Road, Suite 300
   Phoenix, Arizona 85016
5  Telephone: (602) 274-1100

6  RANDY D. CURRY (Bar No. 119636)
   Email:  randydcurrylaw@gmail.com
7  LAW OFFICES OF RANDY D. CURRY
   2901 W. Coast Highway, Suite 200
8  Newport Beach, CA 92663
   Telephone: (949) 258-4381
9  Facsimile: (949) 258-4382

10  *Attorneys for Plaintiffs and the Proposed Class*

11  [Additional counsel listed on next page]

12

13                    UNITED STATES DISTRICT COURT

14           FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                         SOUTHERN DIVISION

16

| | |
|---|---|
| 17  SCOTT CROSBY and KARISSA CROSBY, individually, and on behalf of their son JAKE CROSBY, And on behalf of all others similarly situated | Case No. 8:17-CV-01970-CJC-JDE |
| 18 | Hon. Cormac J. Carney |
| 19  Plaintiffs, | **STIPULATION TO CONTINUE DEADLINE TO FILE JOINT RULE 26(f) REPORT; DECLARATION OF ANDREW S. FRIEDMAN** |
| 20  vs. | |
| 21  CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA; MAGELLAN HEALTH, INC.; HUMAN AFFAIRS INTERNATIONAL OF CALIFORNIA and DOES 1-100, inclusive | Action filed: September 6, 2017 |
| 22 | |
| 23 | |
| 24  Defendants. | |
| 25 | |

26

27

28

1

MANATT, PHELPS & PHILLIPS, LLP
2  GREGORY N. PIMSTONE (Bar No. 150203)
Email:  gpimstone@manatt.com
3  LUKE L. PUNNAKANTA (Bar No. 293488)
Email:  lpunnakanta@manatt.com
4  11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
5  Telephone: (310) 312-4000
Facsimile: (310) 312-4224

6

MANATT, PHELPS & PHILLIPS, LLP
7  JOSEPH E. LASKA (Bar No. 221055)
Email:  jlaska@manatt.com
8  One Embarcadero Center, 30th Floor
San Francisco, CA 94111
9  Telephone: (415) 291-7400
Facsimile: (415) 291-7474

10

*Attorneys for Defendant*
11 California Physicians' Service
dba Blue Shield of California

12

13 TARA L. BLAKE (Bar No. 314471)
Email:  tblake@maynardcooper.com
14 MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
15 San Francisco, CA 94111
Telephone: (415) 646-4700
16 Facsimile:  (205) 254-1999

17 *Attorney for Defendants*

18 Magellan Health, Inc. and
Human Affairs International of California

19

20

21

22

23

24

25

26

27

28

ii

STIPULATION TO CONTINUE JOINT
RULE 26(F) REPORT

Plaintiffs Scott Crosby and Karissa Crosby, individually and on behalf of their son, Jake Crosby, and on behalf of all others similarly situated ("Plaintiffs") and Defendants Human Affairs International of California, Magellan Health, Inc., and California Physicians' Service dba Blue Shield of California (collectively, "Defendants"), through their counsel of record, stipulate as follows:

1.      On March 14, 2018, pursuant to the Parties' stipulation, the Court entered an order setting a deadline of June 18, 2018, for conducting the parties' Rule 26(f) meeting, and a deadline of June 25, 2018, for filing the Joint Rule 26(f) Report (the "Report").

2.      The parties held their Rule 26(f) conference on June 15, 2018.

3.      Plaintiffs have provided Defendants with a draft of the Report and Defendants have provided Plaintiffs with a revised draft of the Report.. The parties intend to circulate their respective final positions and finalize the Report within the next two days.

4.      Plaintiffs' counsel were delayed slightly in completing their revisions to the draft Report responding to Defendants' stated positions because, after receiving Defendants' draft of the Report, Mr. Friedman's mother had a medical emergency and was taken to the hospital over the weekend.

5.      In order to have sufficient time to exchange their final positions and finalize the Report the parties have agreed to a two-day extension continuing the deadline for submission of the Report to Wednesday, June 27, 2018. Since no other deadlines are yet set in this case, the requested extension will not disrupt or otherwise delay the progress of the litigation.

SO STIPULATED.

STIPULATION TO CONTINUE JOINT
RULE 26(F) REPORT

1   Dated: June 25, 2018        BONNETT FAIRBOURN FRIEDMAN
                                  & BALINT, P.C.
2

3
                                By:   /s/ Andre S. Friedman
4                                     Andrew S. Friedman (*admitted pro hac vice*)

5                               2325 E. Camelback Road, #300
                                Phoenix, AZ 85016
6                               Telephone: (602) 274-1100
                                Facsimile:  (602) 274-1199
7                               Email: afriedman@bffb.com

8                               Randy D. Curry (Bar No. 119636)
                                LAW OFFICES OF RANDY D. CURRY
9                               2901 W. Coast Highway, Suite 200
                                Newport Beach, CA 92663
10                              Telephone: (949) 258-4381
                                Facsimile: (949) 258-4382
11                              Email: randydcurrylaw@gmail.com

12                              *Attorneys for Plaintiffs and the Proposed Class*

13  Dated:  June 25, 2018       MANATT, PHELPS & PHILLIPS, LLP

14
                                By:  /s/ Joseph E. Laska*
15                                   Joseph E. Laska (Bar No. 221055)

16                              One Embarcadero Center, 30th Floor
                                San Francisco, CA 94111
17                              Telephone: (415) 291-7400
                                Facsimile: (415) 291-7474
18                              Email: jlaska@manatt.com

19                              MANATT, PHELPS & PHILLIPS, LLP
                                GREGORY N. PIMSTONE (Bar No. 150203)
20                              Email:  gpimstone@manatt.com
                                LUKE L. PUNNAKANTA (Bar No. 293488)
21                              Email:  lpunnakanta@manatt.com
                                11355 West Olympic Boulevard
22                              Los Angeles, CA 90064-1614
                                Telephone: (310) 312-4000
23                              Facsimile: (310) 312-4224

24                              *Attorneys for Defendant*
                                *CALIFORNIA PHYSICIANS' SERVICE dba*
25                              *BLUE SHIELD OF CALIFORNIA*

26

27

28

                                          2              STIPULATION TO CONTINUE JOINT
                                                                   RULE 26(F) REPORT

Dated:  June 25, 2018

MAYNARD, COOPER & GALE, LLP

By:    /s/ Tara L. Blake*
       Tara L. Blake (Bar No. 314471)

600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile:  (205) 254-1999
Email: tblake@maynardcooper.com

*Attorneys for Defendants*
*MAGELLAN HEALTH, INC. and HUMAN*
*AFFAIRS INTERNATIONAL OF CALIFORNIA*

* Under Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

STIPULATION TO CONTINUE JOINT
RULE 26(F) REPORT

# DECLARATION OF ANDREW S.

I, Andrew S. Friedman, declare as follows:

1.      I am a shareholder with the law firm of Bonnett, Fairbourn, Friedman & Balint, PC, attorneys of record for Plaintiffs in this matter. I have personal knowledge of the facts set forth below. If called upon to testify I would do so competently under oath.

2.      On March 14, 2018, pursuant to the Parties' stipulation, the Court entered an order setting a deadline of June 18, 2018, for conducting the parties' Rule 26(f) meeting, and a deadline of June 25, 2018, for filing the Joint Rule 26(f) Report (the "Report").

3.      The parties held their Rule 26(f) conference on June 15, 2018.

4.      Plaintiffs have provided Defendants with a draft of the Report and Defendants have provided Plaintiffs with a revised draft of the Report..  The parties intend to circulate their respective final positions and finalize the Report within the next two days.

5.      Plaintiffs' counsel were delayed slightly in completing their revisions to the draft Report responding to Defendants' stated positions because, after  receiving Defendants' draft of the Report, Mr. Friedman's mother had a medical emergency and was taken to the hospital over the weekend..

6.      The parties have agreed to continue to diligently work on finalizing the Report.

7.      The parties would be prejudiced if this continuance is denied, as the short extension is necessary in order to allow sufficient time for the parties to exchange their final positions and finalize the Report for submission to the Court.

///

///

///

STIPULATION TO CONTINUE JOINT
RULE 26(F) REPORT

1

2         I declare under penalty of perjury under the laws of the United States that the

3    contents of this declaration are true and correct. Executed on June 25, 2018 in

     Phoenix, Arizona.
4

5

6                    By: /s/ Andrew S. Friedman
                         Andrew S. Friedman
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE JOINT
RULE 26(F) REPORT