**BONNETT FAIRBOURN**
  **FRIEDMAN & BALINT, PC**
Andrew S. Friedman (*Pro Hac Vice*)
afriedman@bffb.com
Francis J. Balint, Jr. (*Pro Hac Vice*)
fbalint@bffb.com
Kimberly C. Page (P*ro Hac Vice*)
kpage@bffb.com
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100; Fax: (602) 274-1199

Nada Djordjevic (*Pro Hac Vice*)
ndjordjevic@bffb.com
922 Davis Street
Evanston, IL 60201
Tel: (602) 274-1100; Fax: (602) 274-1199

**LAW OFFICES OF RANDY D. CURRY**
Randy D. Curry, Esq., SBN 119636
randydcurrylaw@gmail.com
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663
Tel.: (949) 258-4381; Fax: (949) 258-4382

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| SCOTT CROSBY and KARISSA CROSBY, individually, and on behalf of their son JAKE CROSBY, and on behalf of all others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA; MAGELLAN HEALTH, INC.; and HUMAN AFFAIRS INTERNATIONAL OF CALIFORNIA,<br><br>Defendants. | Case No. 8:17-CV-01970-CJC-JDE<br>CLASS ACTION<br>**PLAINTIFFS' APPLICATION TO FILE UNDER SEAL SELECT PORTIONS OF: (1) COMBINED REPLY IN FURTHER SUPPORT OF AMENDED MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL; AND (2) EXHIBITS 38, 42, 52 TO THE DECLARATION OF NADA DJORDJEVIC AND TO FILE UNDER SEAL IN THEIR ENTIRETY EXHIBITS 39, 41, 43-44, 46 TO DJORDJEVIC DECLARATION**<br>Judge: Hon. Cormac J. Carney<br>Hearing: August 24, 2020 at 1:30 p.m.<br>Courtroom:   9B – 9th Floor |

1. Pursuant to Civil Local Rule 79-5.2.2(b), Plaintiffs hereby file this Application to File Under Seal Select Portions of: (1) Combined Reply in Further Support of Amended Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel; and (2) Exhibits 38, 42, 52 to the Declaration of Nada Djordjevic and to File Under Seal in Their Entirety the Exhibits 39, 41, 43-44, 46 to the Djordjevic Declaration (the "Application") under the Stipulated Protective Order [D.E. 66] entered by the Court in this action. This Application is being made in connection with the Combined Reply in Further Support of Amended Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel.

2. By means of this Application, Plaintiffs seek to file under seal the select portions of: (1) Combined Reply in Further Support of Amended Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel ("Combined Reply"); and Exhibits 38, 42, 52 to the Declaration of Nada Djordjevic ("Djordjevic Declaration"); and also seek to file under seal in their entirety Djordjevic Declaration Exhibits 39, 41, 43-44, 46.

3. A redacted copy of the Combined Reply is attached as Exhibit A.

4. Redacted copies of Exhibits 38, 42, and 52 are attached as Exhibit B.

5. The information Plaintiffs seek to file under seal has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" or refers to information that has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendant pursuant to §§ 4.3 and 4.4 of the Stipulated Protective Order [D.E. 66].

6. Pursuant to Civil Local Rule 79-5.2.2(b), the Declaration of Nada Djordjevic accompanies this Application.

7. A Proposed Order is also attached.

1

1 | For each and all the foregoing reasons, Plaintiffs request that their motion be
2 | granted.
3 | Dated: July 27, 2020

                **BONNETT FAIRBOURN FRIEDMAN**
                  **& BALINT, PC**

By: /s/*Nada Djordjevic*
Nada Djordjevic (*Pro Hac Vice*)
922 Davis Street
Evanston, IL 60201
Tel: (602) 274-1100
Fax: (602) 274-1199
ndjordjevic@bffb.com

Andrew S. Friedman (*Pro Hac Vice*)
Francis J. Balint, Jr. (*Pro Hac Vice*)
Kimberly Page (*Pro Hac Vice*)
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100
Fax: (602) 274-1199
afriedman@bffb.com
fbalint@bffb.com
kpage@bffb.com

Randy D. Curry, Esq., SBN 119636
randydcurrylaw@gmail.com
**LAW OFFICES OF RANDY D. CURRY**
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663
Telephone: (949) 258-4381
Fax: (949) 258-4382

*Attorneys for Plaintiffs and the Proposed Class*