# EXHIBIT B

**BONNETT FAIRBOURN
  FRIEDMAN & BALINT, PC**
Andrew S. Friedman (*Pro Hac Vice*)
afriedman@bffb.com
Francis J. Balint, Jr. (*Pro Hac Vice*)
fbalint@bffb.com
Kimberly C. Page (P*ro Hac Vice*)
kpage@bffb.com
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100; Fax: (602) 274-1199

Nada Djordjevic (*Pro Hac Vice*)
ndjordjevic@bffb.com
922 Davis Street
Evanston, IL 60201
Tel: (602) 274-1100; Fax: (602) 274-1199

**LAW OFFICES OF RANDY D. CURRY**
Randy D. Curry, Esq., SBN 119636
randydcurrylaw@gmail.com
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663
Tel.: (949) 258-4381; Fax: (949) 258-4382

Attorneys for Plaintiffs and the Proposed Class

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| SCOTT CROSBY and KARISSA CROSBY, individually, and on behalf of their son JAKE CROSBY, and on behalf of all others similarly situated. | Case No. 8:17-CV-01970-CJC-JDE |
| Plaintiffs, | CLASS ACTION |
| vs. | **EXHIBITS 38, 42 & 52 TO DECLARATION OF NADA DJORDJEVIC IN SUPPORT OF PLAINTIFFS' COMBINED REPLY IN FURTHER SUPPORT OF AMENDED MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL** |
| CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA; MAGELLAN HEALTH, INC.; and HUMAN AFFAIRS INTERNATIONAL OF CALIFORNIA, | |
| Defendants. | Judge: Hon. Cormac J. Carney |

**REDACTED VERSION OF DOCUMENTS PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT 38

**Redacted Version of Document
Conditionally Filed Under Seal**

**BONNETT FAIRBOURN**
  **FRIEDMAN & BALINT, PC**
Andrew S. Friedman (*Pro Hac Vice*)
afriedman@bffb.com
Francis J. Balint (*Pro Hac Vice*)
fbalint@bffb.com
Kimberly C. Page (P*ro Hac Vice*)
kpage@bffb.com
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100; Fax: (602) 274-1199

Nada Djordjevic (*Pro Hac Vice*)
ndjordjevic@bffb.com
922 Davis Street
Evanston, IL 60201
Tel: (602) 274-1100; Fax: (602) 274-1199

**LAW OFFICES OF RANDY D. CURRY**
Randy D. Curry, Esq., SBN 119636
randydcurrylaw@gmail.com
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663
Tel.: (949) 258-4381; Fax: (949) 258-4382

Attorneys for Plaintiffs and the Proposed Class

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CROSBY and KARISSA CROSBY, individually and on behalf of their son, JAKE BROSBY, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA; MAGELLAN HEALTH, INC.; and HUMAN AFFAIRS INTERNATIONAL OF CALIFORNIA,<br><br>Defendants. | Case No. 8:17-CV-01970-CJE-JDE<br><br>CLASS ACTION<br><br>**EXPERT REPORT OF RONALD BURTON LEAF, Ph.D.** |

## I.    BACKGROUND AND QUALIFICATIONS

1.    I am a licensed psychologist who began my career working with Ivar Lovaas in 1973, while receiving my undergraduate degree at UCLA.  Subsequently, I received my doctorate under the direction of Dr. Ivar Lovaas, the pioneer of Applied Behavior Analysis ("ABA") therapy designed to treat autistic children.

2.    During my years at UCLA, I served as Clinic Supervisor, Research Psychologist, Interim Director of the Autism Project and Lecturer. I was extensively involved in several research investigations, contributed to the *Me Book*, and co-authored the *Me Book Videotapes*, a series of instructional tapes for teaching autistic children.

3.    I have consulted to families, schools, day programs and residential facilities on a national and international basis. The focus of consultations  has been to evaluate treatment/intervention, develop treatment plans and train parents/professionals in the implementation of treatment.  Follow-up consultations are for the purposes of evaluating the efficacy of intervention, revising treatment plans and providing staff/parents support and continued training.

4.    I am the Director of Autism Partnership and Behavior Therapy and Learning Center. In these capacities my duties include, overseeing and providing staff training, helping develop individualized treatment plans, meeting with parents, interfacing with professionals, conducting therapy with children and parents, evaluating the efficacy of intervention and overseeing research.

5.    We conduct many different types of research projects.  Some of our research is evaluating the effectiveness of specific teaching strategies (e.g., reinforcement procedure, prompting strategies, error correction procedure).  We have also focused on developing social skill programs and procedures in order to accelerate clients' social skills thereby developing meaningful friends.  We have

2

written commentaries regarding non-evidenced based approaches (e.g., Social Stories and Social Thinking). A focus has been conducting research, writing chapters in books as well as working on books addressing the varying approaches within ABA (i.e., rigid versus Progressive ABA). Ultimately, we are attempting to disseminate information for parents and professionals so as to improve the quality of intervention, thereby enhancing the quality of life of clients and their families

6. I have published over 65 articles in research journals, presented over 90 times at Professional Conferences and co-authored: *A Work in Progress*, *Time for School*, *It Has to Be Said!*, *Crafting Connections*, *A Work in Progress Companion Series and Clinical Judgement*.

7. I have been engaged as an expert witness in numerous legal cases for the past 30 years. The scope of my testimony has included discussing the history, foundations and misunderstanding of ABA treatment for children, adolescents and adults with Autism Spectrum Disorder, and the tenets of effective and quality treatment for clients with Autism Spectrum Disorder.

8. Based on my prior professional experience, I am very familiar with the generally accepted professional standards applicable to the treatment of autism spectrum disorder ("ASD" or "autism") using ABA therapy.

9. A copy of my current Curriculum Vitae, which includes a list of all publications authored by me within the last 10 years and the cases in which I have testified as an expert either at trial or by deposition within the last four years is attached as Exhibit A. My current billing rate is $500 per hour and my compensation is not based on the outcome of this case.

## II.    SCOPE OF THIS ENGAGEMENT

10. Counsel for Plaintiffs have retained me to analyze, evaluate and render my opinions based on generally accepted professional standards, concerning the

propriety of the medical necessity guidelines adopted by Defendant California Physicians' Service dba Blue Shield of California ("Blue Shield"), and its Mental Health Services Administrator ("MHSA"), Defendants Human Affairs International of California ("HAI-CA") and Magellan Health, Inc. (collectively, "Magellan"), which include age, duration of prior ABA therapy, and intensity of prior ABA therapy as criteria to be considered in making medical necessity determinations for ABA therapy, and purport to authorize the partial denial of healthcare providers' requests for continued ABA therapy for members suffering from ASD who are covered by Blue Shield health plans. I have also been retained to analyze, evaluate and render my opinions, based on generally accepted professional standards, concerning the propriety of Magellan's Care Shaping Program, an earnings improvement program designed to generate cost savings for Magellan by targeting children based on their age, duration of ABA therapy and/or intensity of ABA therapy for reduction in ABA hours.

11.    Blue Shield plans' definition of "medical necessity," provide:

Medical Necessity – (Medically Necessary) -  Benefits  are provided only for services which are medically necessary.

1)  Services which are Medically Necessary include only those which have been established as safe and effective and are *furnished in accordance with generally accepted professional standards* to treat an illness, injury, or medical condition, and which, as determined by Blue Shield are:

a) consistent with Blue Shield medical policy; and

b) consistent with the symptoms or diagnosis; and

c) not furnished primarily for the convenience of the patient, the attending Physician or other provider; and

d) furnished at the most appropriate level which can be provided safely and effectively to the patient."[1]

---

[1] Added Advantage POS Plan, effective January 1, 2016 (BSC0001957-2038), p. 63;

12.    I have been engaged to render my opinion whether Defendants' current medical necessity criteria (the "MNC Guidelines") and practices with respect to partial denials of provider prescriptions for continued coverage for ABA treatment of patients with ASD conform to generally accepted professional standards.

13.    I have also been engaged to render my opinion on whether Magellan's Care Shaping Program conforms to generally accepted professional standards.

14.    In reaching opinions on these matters, I have relied on the materials identified in Exhibit B, on the research and publications cited herein, and on my education, background and experience described above and in my curriculum vitae.

## III.    SUMMARY OF OPINIONS

15.    Based on my analysis of the information I have considered, I have formed the following opinions relating to Plaintiffs' motion for class certification:

- The MNC Guidelines used by Defendants since 2016 to determine the appropriate level of continued ABA therapy are contrary to generally accepted professional standards;

- The use of the Care Shaping Program to target children with ASD based on age, duration of service and intensity of service to reduce the appropriate level of continued ABA therapy in order to achieve cost-savings goals is contrary to generally accepted professional standards;

- The paring back of continued ABA therapy through partial denials of provider prescriptions is (a) inconsistent with Blue Shield's own medical policy, and (b) not authorized by the MNC Guidelines themselves.

## IV.    OPINIONS
### A.    Background
#### 1.    Applied Behavior Analysis Therapy

16.    Applied Behavior Analysis therapy is well-established and widely

Added Advantage POS Plan, effective January 1, 2017 (BSC0002062-2164), p. 83; Custom POS Classic Option Plan, effective January 1, 2018 (BSC0002272-2374), p. 79.  The definition of medical necessity is identical in all Blue Shield group health care plans and has been for at least the period from 2016 through the present.

accepted as an effective treatment for individuals with ASD, recommended by the Office of Surgeon General, the National Institute of Mental Health, the American Academy of Pediatrics, and the American Academy of Child and Adolescent Psychiatry.[2] "ABA is considered an ***evidence-based best practice treatment*** by the US Surgeon General and by the American Psychological Association. 'Evidence based' means that ABA has passed scientific tests of its usefulness, quality, and effectiveness."[3]

17.    ABA is a psychological approach to help children, adolescents and adults resolve difficulties employing strategies that are based upon the theory of "Behaviorism." Behaviorism differs in fundamental ways from some of the other theories and approaches to working with human behavior (e.g., Psychoanalytic, Rogerian, Gestalt). Behaviorism utilizes an approach based on the scientific method. ABA focuses on overt behavior rather than on presumed mental states and seeks to identify features of the environment that influence how people behave. The functional relationship between specific events that precede and follow behaviors is analyzed so that procedures can be developed to increase desired behaviors and decrease undesired behaviors.

18.    ABA employs empirically validated approaches to address challenging behavior as well as to teach a vast range of skills needed to experience a rich and fulfilling life. Over a century of research and clinical experience using behavior learning principles has improved our understanding of the complex relationship between our experiences and the environment and how we learn and interact. A

---

[2] California Department of Insurance, Senate Select Committee on Autism & Related Disorders Informational Hearing on Health Insurance Coverage for Autism Spectrum Disorders (ASD): Current Regulatory Oversight of Behavioral Intervention Therapy (July 2011).

[3] https://www.autismspeaks.org/applied-behavior-analysis-aba-0, Last Visited June 30, 2020.

fundamental premise of ABA is that behaviors are being learned. Since behaviorists believe behaviors can be learned, they also believe behaviors can be unlearned through environmental changes. Although behaviorists regard genetics as also playing an important role, we are most concerned about what happens environmentally.

19.    ABA is not a standardized procedure that can be properly evaluated using formulaic criteria such as age, duration or number of weekly or monthly therapy hours. There are technical and stylistic differences in implementation. Approaches range from those that are dogmatic and rigid to unstructured. The best option is a careful balance which is flexible while still retaining the essence of a systematic, empirical approach to teaching. It is also important to incorporate ABA techniques that are individually tailored for each client.

### 2.    Sources of Generally Accepted Professional Standards for Determining the Appropriate Level of Continuing ABA Therapy

20.    ABA therapy has been used to treat individuals with ASD for decades. A range of sources have been relied upon to establish effective standards of care in the field of applied behavior analysis, including peer-reviewed studies in academic journals, materials distributed by governmental agencies, and guidelines issued by professional organizations, including the Behavior Analyst Certification Board ("BACB"), which licenses behavior analysts throughout the United States. Pediatricians, Neurologists, Psychiatrists, Psychologists and other medical professionals, Board Certified Behavior Analysts and other behavioral health practitioners, turn to these sources when evaluating the need for ABA, assessing progress, setting future goals, and developing appropriate treatment plans for their patients with ASD.

21.    A primary source for the generally accepted professional standard of

care for ABA therapy is the professional guidance developed by the BACB.[4] The BACB Guidelines were written for healthcare funders, including insurance companies and government health programs and created to "inform decision-making regarding the use of ABA to treat medically necessary conditions so as to develop, maintain, or restore, to the maximum extent practicable, the functioning of individuals with ASD in ways that are both efficacious and cost effective."[5]  In developing their practice guidelines, the BACB looked to scientific evidence and expert clinical opinion regarding the use of applied behavior analysis as a treatment methodology for individuals with ASD.  Throughout the guidelines, the BACB emphasizes the heterogeneous nature of ASD and the importance of individualization in the implementation of ABA. Accordingly, the delineation of treatment intensity (both in duration and number of hours) and other prescriptive elements were avoided.

22.    To further assist payers and providers regarding the importance of individualized application of ABA, and specifically as it pertains to intensity of treatment, intensity of case supervision, and caregiver training, the BACB, in conjunction with the APBA, wrote a paper clarifying the standards set forth in the BACB Guidelines titled *Clarifications Regarding Applied Behavior Analysis*

---

[4] In 2014, the Behavior Analyst Certification Board (BACB) published a 2nd edition of their *Practice Guide for Healthcare Funders and Managers* (the "BACB Guidelines"). These guidelines were created to inform the decision-making of healthcare funders regarding the use of applied behavior analysis to treat medically necessary conditions of individuals with ASD.  These guidelines have been adopted by the Association for Professional Behavior Analysts (APBA) and the Counsel for Autism Providers (CASP).

[5] Further support is found from the American Academy of Pediatrics, the National Institute of Mental Health, the National Autism Center, American Academy of Child and Adolescent Psychiatry, Autism Speaks, and the Association for Professional Behavior Analysts, all of which have come out in support of ABA therapy.

*Treatment of Autism Spectrum Disorder: Practice Guidelines for Healthcare Funders and Managers (2nd ed.)* (the "BACB Clarifications"). The BACB and APBA unequivocally state:

> [D]eterminations as to whether ABA treatment should be focused or comprehensive and the intensity of treatment ***should be based on the medical necessity of the treatment for each individual client rather than the client's chronological age, duration or nature of previous ABA services, or the like.*** . . Therefore, if the professional behavior analyst determines that X number of hours per week of ABA treatment is medically necessary for a client, that is the number of direct ABA treatment hours that should be authorized*.*

BACB Clarifications at 2-3 (emphasis in original).

### 3.    Magellan's ABA Therapy MNC Guidelines and Care Shaping Program

23.    Contrary to the BACB Clarifications, however, Defendants have adopted MNC Guidelines for ABA purporting to allow them to consider chronological age, duration or nature of prior ABA therapy in determining whether and how much ABA therapy is medically necessary; particularly in paring back ABA therapy prescribed by the health care providers. According to Magellan's Vice President of Clinical Services for Autism, "it's our clinical responsibility to reduce hours and fade out appropriately because we'd have to generalize the ABA program to the natural environment that is within the dimensions of behavior analysis."[6] Magellan's Care Shaping Program generates cost savings for Magellan by using these same inappropriate criteria – age, intensity of ABA therapy, and duration of ABA therapy as red flags to target Blue Shield health plan participants for reductions in ABA therapy. Both the MNC Guidelines for ABA and the Care Shaping Program deviate from generally accepted professional standards.

---

[6] Vadgama Rule 30(b)(6) Dep. at 13:2-5, 123:16-23.

9

### a. **MNC Guidelines for ABA Therapy**

24.    I have reviewed Magellan's MNC Guidelines issued from 2016-2020. The MNC Guidelines are further broken down by categories of service, with ABA treatment falling under its own category of Outpatient Applied Behavior Analysis. I will collectively refer to the ABA-specific guidelines as "MNC ABA Guidelines."

25.    In April 2016, Magellan overhauled its Outpatient ABA Medical Necessity Criteria Guidelines (the "2016 ABA MNC") and added a 4-page appendix as a companion to impart additional information to providers regarding "best practices."[7] In or around the same time, Blue Shield revised its medical policy for ABA, effective May 1, 2016, to adopt the criteria for Initial Services, Continuation of Services, and Discharge Criteria used in the Magellan 2016 ABA MNC.[8]

26.    As part of its criteria for making medical necessity determinations regarding ABA therapy, the MNC Guidelines provide:

- *Comprehensive Intervention:* Services may range from 21 to 40 hours per week, early in the recipient's development (***for example, under the age of 7***)

- The standard of care for comprehensive services has been for ***durations of 1 to 2 years***.

- Comprehensive services generally are to be ***restricted to younger children*** who have substantial impairments in most or all areas of

---

[7] 2016 Magellan Medical Necessity Criteria Guidelines, Version 2.0 (HAI-CA_0016065-16248), pp. 121-128, 167-171, 177-181. No substantive changes have been made to the ABA MNC since 2016. Vadgama Rule 30(b)(6) Dep. at 76:2-14, 77:8-12.

[8] No substantive changes have been made to the Blue Shield medical policy for ABA since the changes that went into effect May 1, 2016. *See* Blue Shield Medical Policy, BSC 3.01, Behavioral Health Treatment for Autism Spectrum Disorder, effective May 1, 2016 (BSC000027-35); Blue Shield Medical Policy, BSC 3.01, Behavioral Health Treatment for Autism Spectrum Disorder, effective May 1, 2017 (BSC000036-44); Blue Shield Medical Policy, BSC 3.01, Behavioral Health Treatment for Autism Spectrum Disorder, effective June 1, 2018 (BSC000045-53) (collectively referred to as "Blue Shield's ABA Medical Policies").

functioning; behavior is of such a severe nature that the child or those around the child are in imminent risk of harm; and are generally authorized *as time-limited*.

- Comprehensive ABA of *up to 40 hours per week* is limited to treatment where there are multiple targets across most or all developmental domains that are impaired due to the child's autism. More than 40 hours will be approved where medically necessary for the member.

- Comprehensive services are generally rendered when the recipient is *early in his or her development* and are generally *not intended to be applied to older children or adolescents* who are often more appropriate for focused interventions.

- Optimal treatment duration will vary by child, but literature generally supports total interventions (focused and comprehensive) of *up to of 1-2 years of care*.

- Magellan will authorize medically necessary applied behavior analysis, based on individualized goals, provided in a focused or comprehensive manner.

- Focused interventions are generally authorized *for 10·25 hours per week* of direct treatment. (Additional authorization will be provided for direct and indirect supervision at 1 to 2 hours per 10 of direct care, as well as authorization for caregiver training.)....[9]

27.     As discussed in more detail below, however, the MNC ABA Guidelines deviate from generally accepted professional standards by incorporating criteria based on time-frame (e.g., "total interventions [focused and comprehensive] up to of 1-2 years"), intensity (e.g., "10-25 hours per week") or an age range (e.g., under 7) (collectively the "Cost Saving Criteria") to determine the appropriate length and intensity for continued ABA therapy.

28.     Moreover, documents produced by Magellan support the conclusion

---

[9] 2016 Magellan Medical Necessity Criteria Guidelines, Version 2.0 (HAI-CA_0016065-16248), p. 123; 2017-2018 Magellan Care Guidelines (HAI-CA_0121538-121622), p. 3, 7; 2018-2019 Magellan Care Guidelines (HAI-CA_0015571-15650), p. 28, 34; 2019-2020 Magellan Care Guidelines, pp. 26, 31, https://www.magellanprovider.com/media/200887/mcg_2019-2020.pdf last visited June 30, 2020; 2020-2021 Magellan Care Guidelines, pp. 28, 34, https://www.magellanprovider.com/media/45694/mcg.pdf last visited June 30, 2020 (emphasis added).

that criteria based on time-frame, intensity, and age were added to the MNC ABA Guidelines for the purpose of insurer cost-savings, not to conform to generally accepted professional standards for assessing the clinical needs of the individual patient.

29.    As discussed below, the elevation of insurer cost-savings over the clinical needs of the patient through partial denials of prescribed continued care is also contrary to generally accepted professional standards for ABA therapy.

b.    **Magellan's Care Shaping Program**

30.    In connection with the implementation of its revised MNC ABA Guidelines in 2016, Magellan implemented a cost-savings program referred to internally as Care Shaping which targets children based on their age, duration of ABA therapy and/or intensity of ABA therapy for reduction in ABA hours requested by providers.[10][11] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮[12]▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[10] Vadgama Rule 30(b)(6) Dep. at 186:11-16.

[11] To Shape: "Make [something] fit the form of something else." "Determine the nature of; have a great influence on." (Shape. (2019) In Lexico.com (Oxford University Press), Retrieved from https://www.lexico.com/en/definition/shape)

[12] *See* Paragraph 35 *infra*; *see also* HAI-CA_0114338-339 at 338 ▮▮▮

▮▮HAI-CA_0115955-956 at 955 ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮HAI-CA_0110035; *see also*, HAI-CA_0076528 at 529.

[REDACTED] [13]

31.    For example, in an effort to reach its financial targets, in June 2016, Dr. Michelle Brennan-Cooke, Magellan's Vice President of Clinical Operations, explained how the Care Shaping Program should be used as a means of cost-savings:

[REDACTED]

HAI-CA_0110035; *see also*, HAI-CA_0076528 at 529 [REDACTED]

[REDACTED]

32.    One month later, Dr. Brennan-Cooke was even more blunt regarding the purpose and use of Care Shaping when stating:

[REDACTED]

HAI-CA_0065451.

33.    Under the Care Shaping Program, [REDACTED]

[REDACTED] [14]

---

[13] *See, e.g.* HAI-CA_0190805-807 [REDACTED]

[REDACTED].

[14] [REDACTED] HAI-CA_0187787.



7       34.

Magellan then did the Care Shaping itself in two general ways: Magellan used the defective MNC ABA Guidelines, including the Cost Saving Criteria, as the basis for its discussions with providers regarding the amount of ABA therapy Magellan was willing to authorize, and why the provider should "accept" the lower number of hours Magellan was willing to authorize rather than requesting the full number of hours the provider believed were medically necessary; and, where the provider would not "accept" the lower number of ABA therapy hours Magellan was willing to authorize, Magellan would issue a partial denial. In both instances, the reduction of ABA therapy hours was based on Magellan's use of defective MNC ABA Guidelines which do not comply with generally accepted professional standards.

35.



*See, e.g.*,  HAI-CA_0076528 at 530

HAI-CA_0067186 at  188

HAI-CA_0190804

<sup>15</sup> HAI-CA_0205578; HAI-CA_0205579.

14



HAI-CA_0092354

HAI-CA_0114338

36.    As discussed below, the elevation of insurer cost-savings over the clinical needs of the patient through Magellan's Care Shaping Program is contrary to generally accepted professional standards for ABA therapy.

**B.    Defendants' MNC Guidelines for Determining Continuing ABA Therapy and the Care Shaping Program in Effect for Each Year From 2016 to the Present Do Not Meet Generally Accepted Professional Standards of Care**

**1.    The Guiding Principles of Magellan's MNC Guidelines Are Inconsistent With Providing the Most Effective Care to Members**

37.    I have reviewed the MNC Guidelines issued from 2016-2020. Consistent with generally accepted professional standards, the MNC Guidelines generally state that they are intended to "direct both providers and reviewers to the *most appropriate level* of care for their patients" and to assign the "safest, *most effective*, and least restrictive level of care."[16] (emphasis added). However, in several

---

[16] The preamble to the MNC has remained materially unchanged since at least 2016. *See, e.g.,* 2016 Magellan Medical Necessity Criteria Guidelines, Version 2.0 (HAI-CA_0016065-16248), pp. i-ii; 2017-2018 Magellan Care Guidelines (HAI-CA_0121538-121622), pp. 3-4; 2018-2019 Magellan Care Guidelines (HAI-CA_0015571-15650), pp. 3-4; 2019-2020 Magellan Care Guidelines, pp. 3-4, https://www.magellanprovider.com/media/200887/mcg_2019-2020.pdf last visited June 30, 2020; 2020-2021 Magellan Care Guidelines, pp. 3-4,

particular instances, the Magellan MNC Guidelines incorporate overarching review criteria that are inconsistent with generally accepted professional standards of care. By way of example, the preamble to the MNC, states that Magellan is "committed to the philosophy of providing treatment at the most appropriate*, least restrictive* level of care necessary to provide safe and *effective treatment* and meet the individual patient's biopsychosocial needs."[17]   And, the introduction under the MNC's Level of Care and Service Definitions states that "Magellan believes that optimal, high-quality care is best delivered when patients receive care that meets their needs in the *least-intensive*, *least-restrictive* setting possible. Magellan's philosophy is to endorse care that is safe and *effective*, and that maximizes the patient's independence in daily activity and functioning."[18] (emphasis added). The MNC Guidelines also repeatedly express Magellan's commitment to providing services that are consistent with clinical best practices, but as discussed in more detail below, adopt several criteria that are decidedly inconsistent with clinical best practices for determining the appropriate level of continued ABA therapy.[19]

38.     Based on my 46 years of experience, it is inconsistent with generally accepted professional standards of care to require that treatment be provided at the least intensive and least restrictive level without also requiring that such treatment be the *most* effective and safe.

---

https://www.magellanprovider.com/media/45694/mcg.pdf   last visited June 30, 2020.

[17] Magellan MNC, Preamble – Principals of Medical Necessity Determinations.

[18] *See, e.g.,* 2018-2019 Magellan Care Guidelines (HAI-CA_0015571-15650), p. 6.

[19] *See, e.g., Id.*, pp. iv, 121, 177-179.

16

### 2. Magellan's Definitions of Medical Necessity and Care Shaping Program Are Focused on Improving Financial Performance and Are Non-Compliant with Generally Accepted Professional Standards of Care in Certain Key Respects

<u>MNC Guidelines</u>

39.    The American Medical Association defines "Medical Necessity" as:

Health care services a prudent physician would provide to a patient for the purpose of preventing, diagnosing or treating an illness, injury, disease or its symptoms in a manner that is:

(a) ***in accordance with generally accepted standards of medical practice***;

(b) ***clinically appropriate*** in terms of type, frequency, extent, site, and duration; and

(c) ***not primarily for the economic benefit of the health plans and purchasers*** or for the convenience of the patient, treating physician, or other health care provider.

https://asdohio.files.wordpress.com/2018/11/ama-definition-of-medical-necessity.pdf (last visited June 30, 2020) (emphasis added).

Notably, "The AMA has historically opposed definitions of medical necessity that emphasize cost and resource utilization above quality and clinical effectiveness." Statement of American Medical Association to the Institute of Medicine's Committee on Determination of Essential Health Benefits, dated January 14, 2011, at 3.

40.    The MNC Guidelines, however, define medical necessity as:

Services by a provider to identify or treat an illness that has been diagnosed or suspected. The services are:

1. consistent with:

a. the diagnosis and treatment of a condition; and

b. the standards of good medical practice;

2. required for other than convenience; and

3. the most appropriate supply or level of service.[20]

41.    Magellan's definition of medical necessity requiring that services be provided at "the most appropriate level" misplaces an emphasis on "cost and resource utilization above quality and clinical effectiveness."  This is a reasonable inference since Magellan's definition of medical necessity fails to acknowledge that services are provided in a manner that is "not primarily for the economic benefit of the health plans and purchasers."[21]

42.    In addition, the definition of "medical necessity" set forth in the MNC Guidelines impermissibly allows Defendants to deny or reduce ABA therapy based on an arbitrary determination that the requested number of ABA therapy does not comport with their assessment of "the standards of good medical practice," an amorphous concept that does not comport with the AMA standard defining medically necessary services as those "in accordance with generally accepted standards of medical practice" or Blue Shields comparable definition based on "generally accepted professional standards."

Care Shaping Program

[20] The definition of medical necessity in the MNC Guidelines has remained materially unchanged since at least 2016. *See* 2016 Magellan Medical Necessity Criteria Guidelines, Version 2.0 (HAI-CA_0016065-16248), p. iii; 2017-2018 Magellan Care Guidelines (HAI-CA_0121538-121622), p. 5; 2018-2019 Magellan Care Guidelines (HAI-CA_0015571-15650), p. 5; 2019-2020 Magellan Care Guidelines, p. 5, https://www.magellanprovider.com/media/200887/mcg_2019-2020.pdf last visited June 30, 2020; 2020-2021 Magellan Care Guidelines, p. 5, https://www.magellanprovider.com/media/45694/mcg.pdf last visited June 30, 2020; Vagdama Rule 30(b)(6) Dep. at 67:2-71:3.

[21] Blue Shield's definition of "medical necessity" similarly omits the requirement that services be provided in a manner that is "not primarily for the economic benefit of the health plans and purchasers." See Paragraph 11, *supra*.

18

43.     As described above and as stated repeatedly in Magellan's business documents, Magellan's Care Shaping Program is the epitome of providing services "primarily for the economic benefit of the health plans and purchasers" and without question emphasizes "cost and resource utilization above quality and clinical effectiveness."

44.     Establishing financial targets based on the projected results of successful Care Shaping and multiple references to Care Shaping and its financial impact[22] make it difficult to reach any conclusion other than that Magellan's Care Shaping Program was used as a means to reduce Magellan's overall cost of care, and not a means to educate providers, especially given that BCBAs are ethically bound to rely on "professionally derived knowledge based on science and behavior analysis when making scientific or professional judgements in human service provisions…" [1.01 Responsible Conduct of BAs], "….to maintain knowledge of current scientific and professional information in their areas of practice…." [Maintaining Competence 1.03], and "…have the responsibility to advocate for the appropriate amount and level of service provision and oversight required to meet the defined behavior-change program goals." [2.09  Treatment/Intervention Efficacy].

45.     Moreover, the BACB is unequivocal in its guidelines regarding the importance of individualized treatment recommendations, stating "this document contains guidelines and recommendations that reflect established research findings and best clinical practices. However, individualized treatment is a defining feature and integral component of ABA, which is one reason why it has been so successful in treating this heterogeneous disorder." The BACB guidelines do, in fact, describe both focused and comprehensive treatment models based on the number of treatment targets; however, nowhere in the guidelines is there a reference to the duration of

---

[22] *See supra* ¶ 33.

19

treatment or an assignment of age to a particular model:

> …[T]he effectiveness of the multiple behavior-change procedures that comprise comprehensive ABA treatment is not limited to clients of a certain age or diagnosis (e.g., Hassiotis et al., 2011; Ivy & Schreck, 2016; Wong et al, 2017). Therefore, determinations as to whether ABA treatment should be focused or comprehensive and the intensity of treatment should be based on the medical necessity of the treatment for each individual client rather than the client's chronological age, duration or nature of previous ABA services, or the like.   Whether ABA treatment is focused or comprehensive, the Guidelines make it clear that treatment comprises services delivered directly to the client. Therefore, if the professional behavior analyst determines that X number of hours per week of ABA treatment is medically necessary for a client, that is the number of direct ABA treatment hours that should be authorized.  [Clarifications 2019]

46.    In my 46 years of practice in the field of ABA and ASD, a determination of the intensity of treatment, both in the number of hours of weekly treatment and in the duration of treatment, is highly dependent upon the clinical presentation of the individual child, his or her responsiveness to treatment, the nature and complexity of the targeted behaviors and skill deficits, and the child's ability to effectively acquire behavioral stability and meaningful use of skills in their day-to day experiences.

47.    According to Magellan, though, "[t]he goal of ABA is to systematically fade ourselves out over time. It is not meant to be carried out at the same level of care indefinitely. And it is the responsibility of the ABA provider to provide treatment which is commiserate [sic] with the member's progress. If the member is making progress, we need to fade."[23]  Contrary to Magellan's assertion, if a child is making progress, one does not "need to fade." We often see children who, once they are demonstrating progress in the reduction in maladaptive behavior, are at a phase in treatment that allows for increased learning, meaningful participation in the

---

[23] Vadgama Rule 30(b)(6) Dep. at 85:7-14.

treatment process and allows for the introduction of expanded curriculum to begin to address the skill deficits reflective of their diagnosis of ASD (e.g., shared engagement, reciprocal conversation, perspective taking, interactive play, understanding non-verbal social behavior). This is often a time in treatment where additional hours, not less, are clinically indicated.

48.    Similarly, when an individual has reached a stage of treatment in which generalization of skills becomes an area of focus, the expanded situations, experiences and settings in which treatment needs to occur may require the same or an increased number of treatment hours from those required in the earlier stages of therapy, when treatment was occurring in a more highly structured and controlled environment - not less. Moreover, the fading of services does not necessarily promote the generalization of skills - the careful implementation of systematic plans for generalization do. In the seminal article written by Stokes and Baer (1977), they proffered that an interventionist cannot just hope for generalization, but must program for generalization. They concluded that behavioral practice should act as if generalization never occurs "naturally," but always requires programming. (Stokes, T. and Baer, D. (1977). An Implicit Technology of Generalization. *Journal of Applied Behavior Analysis,* 10, p. 365.) Any determination of treatment hours is highly dependent upon the presentation of the client and their evolving needs throughout the course of their treatment.

49.    In what appears to be a cost-savings measure, rather than creating medical necessity guidelines that comport with generally accepted professional standards, Magellan revised its MNC Guidelines for the treatment of ASD using ABA therapy so as to create a deviant standard of care based on a selective misinterpretation of the literature. Magellan went on to use its biased standard of care in a concerted effort to justify reductions and partial denials of continued ABA services motivated by its own financial interests rather than the clinical needs of the

Blue Shield health plan beneficiaries.

**C. By Purporting to Limit Access to ABA Therapy Based on Age, Duration, and Intensity of Service, the Magellan MNC ABA Guidelines and Care Shaping Program Do Not Meet Generally Accepted Professional Standards of Care**

50.    I have reviewed the MNC ABA Guidelines issued from 2016-2020. Many of the policies contained within the MNC ABA Guidelines are based on misapplied or misconstrued research, and ignore critical components of generally accepted professional guidelines.

51.    Magellan's misinterpretations of the literature supporting ABA therapy and its failure to implement policies and healthcare guidelines that comport with generally accepted professional standards for clinical best practices for ABA therapy has resulted and will continue to result in the deprivation of the required level of care for individuals with ASD covered by Blue Shield.

52.    In the following paragraphs I will briefly address (a) the key provisions of the MNC ABA Guidelines, (b) the conflict between these provisions and the literature regarding ABA therapy, (c) how the MNC ABA Guidelines fail to comply with generally accepted professional standards, and (d) how Magellan's application of the MNC ABA Guidelines through its Care Shaping Program conflicts with generally accepted professional standards.

<u>Comprehensive Versus Focused Interventions</u>

53.    Per the BACB Guidelines, treatment intensity (or dosage) is comprised of both the number of hours of direct treatment per week and the total duration of treatment. Treatment intensity for ABA can be broadly categorized as comprehensive and focused.  While this terminology has been referenced in the behavior analytic research, this categorization is properly driven primarily by the goals of treatment.

54.    The BACB Guidelines explain that, in general, "Focused and

Comprehensive ABA exist on a continuum that reflects the number of target behaviors and hours of direct treatment and supervision" (p. 45).  The guidelines further explain that, "Many variables, including the number, complexity, and intensity of behavioral targets and the client's own response to treatment help determine which model is most appropriate." (p. 12).  Notably, age is **not** one of them.  To the contrary, the BACB Guidelines specifically state that age is not a factor in determining if focused intervention is appropriate and similarly state that comprehensive treatment may be appropriate for older individuals. Moreover, the BACB Guidelines make no reference to any quantitative time-limit or recommendations for the duration of treatment.

55.    Focused interventions are typically viewed as more time-limited in nature because they are designed to treat specific areas of behavior deceleration or skill deficit. The BACB Guidelines explain that "Focused ABA refers to treatment provided directly to the client for a limited number of behavioral targets. It is not restricted by age, cognitive level, or co-occurring conditions" (p. 12). Given the limitations that are necessarily imposed on funded research studies, such as duration, cost, and number of subjects, many studies have looked at Focused Interventions, especially with older children. Comprehensive Interventions, on the other hand, are intended to address behaviors and skill deficiencies that impact multiple developmental domains and areas of functioning.  These programs are designed to target all identified areas of need, including cognition, communication, socialization, activities of daily living, and behavior (Granpeesheh, Tarbox, & Dixon, 2009).

56.    The use of the "Comprehensive" and "Focused" categorizations set forth in the MNC Guidelines is thus inconsistent with generally accepted professional standards of care.  Unlike accepted professional standards, which categorize the intensity of ABA therapy based on the needs and goals of treatment for each individual with ASD without reference to age or duration of treatment, the

23

MNC ABA Guidelines include an age-range and typical duration of treatment.[24]

### Age, Duration and Intensity of Service

57.    As explained above, once the MNC ABA Guidelines were adopted in 2016, Magellan and Blue Shield began using the age and duration limits to reduce care to Blue Shield members over the age of 6, members who had received more than 2 years of ABA services, and members receiving more than 25 hours per week of direct ABA services.

### Age

58.    It is well-established that ABA-based interventions implemented several hours per week are effective in remediating specific challenging behaviors and particular skill deficits in individuals of all ages with ASD (Linstead et al., 2017).  It is important to note, however, that "the scope and duration of research studies looking at ABA in older children with ASD are typically significantly narrower and shorter than those of EIBI research."[25]  In contrast to more comprehensive and intensive interventions often studied in younger children, the goal of most research for older children with ASD has been to remediate particular deficits within a short period of time.[26]

---

[24] 2016 Magellan Medical Necessity Criteria Guidelines, Version 2.0 (HAI-CA_0016065-16248), p. 123; 2017-2018 Magellan Care Guidelines (HAI-CA_0121538-121622), pp. 3, 7; 2018-2019 Magellan Care Guidelines (HAI-CA_0015571-15650), pp. 28, 34; 2019-2020 Magellan Care Guidelines, pp. 26, 31, https://www.magellanprovider.com/media/200887/mcg_2019-2020.pdf last visited June 30, 2020; 2020-2021 Magellan Care Guidelines, pp. 28, 34, https://www.magellanprovider.com/media/45694/mcg.pdf last visited June 30, 2020.

[25] Granpeesheh D., Tarbox, J., Dixon, D. R. (2009). Applied behavior analytic interventions for children with autism: A description and review of treatment research. *Annals of Clinical Psychiatry, 21*(3), p. 168.

[26] *See, e.g.,* Kuhn, D.E., Hardesty, S.L., & Sweeny, N.M., Assessment and treatment of excessive straightening and destructive behavior in an adolescent diagnosed with

59.     Although research strongly supports the importance of access to early intensive behavioral intervention (EIBI) as soon after diagnosis as possible, there is no logical reason to conclude that older individuals with a broad range of needs do not benefit significantly from comprehensive intervention.[27] Moreover, without comprehensive treatment, many older children, adolescents, and young adults may never reach their greatest level of independence possible. Most recently, Linstead et al. (2017) found that high treatment dosages resulted in positive outcomes for children across a wide range of ages, challenging the perception that only young children benefit from intensive treatment.[28]

60.     On the issue of age, the BACB Guidelines are clear, "Treatment should be based on the clinical needs of the individual and not constrained by age."[29] The BACB Guidelines go on to say that, "additionally, ABA is effective across the life span. Research has not established an age limit beyond which ABA is ineffective."[30] In its two-phase initiative to create evidence-based practice guidelines and provide

---

autism, J App Behav Anal.; 2009 Summer, 42(2)): 355 360. doi: 10.1901/jaba.2009.42-355., Dotson, W.H., Leaf, J.B., Sheldon, J.B., & Sherman, J.A., Group teaching of conversational skills to adolescents on the autism spectrum, *Research in Autism Spectrum Disorder,* 2010 13-18*;* Anglesea, M.M., Hoch, H., & Taylor, B.A., Reducing rapid eating in teenagers with autism: Use of a pager prompt, 2008 *Journal of Applied Behavior Analysis,* J Appl Behav Anal. 2008 Spring; 41(1): 107–111. doi: 10.1901/jaba.2008.41-107.

[27] Granpeesheh D., Tarbox, J., Dixon, D. R. (2009). Applied behavior analytic interventions for children with autism: A description and review of treatment research. *Annals of Clinical Psychiatry, 21*(3),. p. 170.

[28] Linstead, E., Dixon, D. R., Hong, E., Burns, C. O., French, R., Novack, M. N., & Granpeesheh, D. (2017). An evaluation of the effects of intensity and duration on outcomes across treatment domains for children with autism spectrum disorder. *Translational Psychiatry*, 7(9), e1234. http://doi.org/10.1038/tp.2017.

[29] Behavior Analyst Certification Board. (2014). *Applied behavior analysis treatment of autism spectrum disorder: Practice guidelines for healthcare funders and managers (2nd ed.)***,** p. 18**.**

[30] *Id.*

1  information about effective treatments for individuals with autism spectrum disorder

2  (National Standard Project, Phase 1& 2), the National Autism Center concluded that

3  Behavior Interventions was the largest category of "Established Interventions" for

4  children, adolescents and young adults under 22 years of age and the only

5  "Established Intervention" for adults ages 22 and older. (National Autism Center.

6  (2015). *Findings and conclusions: National standards project, phase 2*. Randolph,

7  MA: Author, pp. 42-44, 73.)

8      61.    The effectiveness of ABA at any age was further demonstrated in a

9  2014 study conducted by Roth et al., which found "No difference in effect size was

10  found for age (adolescent versus adult) or cognitive functioning (low versus high

11  functioning), indicating consistent intervention effect throughout adolescence and

12  adulthood and cognitive ability."[31]

13      62.    In response to concerns of insurance providers, billers, and advocates,

14  the BACB and the Association of Professional Behavior Analysts (APBA) wrote the

15  2019 Clarifications Regarding Applied Behavior Analysis Treatment of Autism

16  Spectrum Disorder: Practice Guidelines for Healthcare Funders and Managers (2nd

17  ed.) to clarify some of the key features of ABA treatment outlined in the 2014 BACB

18  Guidelines.[32] While the primary focus of the BACB Clarifications was to clarify the

19  intensity of treatment, the intensity of case supervision, and caregiver training, the

20  BACB and the APBA also felt it necessary to re-emphasize the importance of

21  individualization in all aspects of ABA treatment for individuals with ASD,

22

---

23  [31] Roth, M. E., Gillis, J. M., & Reed, F. D. D. (2014). A Meta-Analysis of Behavioral

24  Interventions for Adolescents and Adults with Autism Spectrum Disorders. *Journal of Behavioral Education*, 23(2), 258–286. http://doi.org/10.1007/s10864-013-9189-

25  x (p. 299).

26  [32] Clarification of ASD Guidelines Available, https://www.bacb.com/wp-content/uploads/2020/05/Clarifications_ASD_Practice_Guidelines_2nd_ed.pdf,

27  last visited June 30, 2020.

28

reiterating "individualized treatment is a defining feature and integral component of ABA, which is one reason why it has been so successful in treating this heterogeneous disorder (p. 4)."[33]

63.    While greater outcomes may be achieved by starting treatment early in a child's development (this is consistent with our own practice), this in no way implies that considerable progress cannot be achieved with treatment starting at any age, or that older individuals with a wide range of skill deficiencies will not benefit substantially from comprehensive treatment addressing all areas of their needs.

<u>Duration and Intensity of Service</u>

64.    The BACB Guidelines, Blue Shield's medical policy and Blue Shield's Plan documents likewise do not place a limit on the intensity or duration of service or recommend that any be considered. As noted above, the BACB Guidelines emphasize the importance of individualized treatment to meet the needs of each client. In fact, the BACB Guidelines further state that individualization is one of the very reasons why ABA therapy is so effective in treating such a heterogeneous disorder as ASD.  Nonetheless, the MNC ABA Guidelines emphasize limiting the duration and intensity of service – defining the standard of care for comprehensive services as being a total of 1-2 years and defining comprehensive treatment as "up to 40 hours" and focused treatment as "10-25 hours per week."[34]

---

[33] Behavior Analyst Certification Board & Association of Professional Behavior Analysts. (2019). *Clarifications Regarding Applied Behavior Analysis Treatment of Autism Spectrum Disorder: Practice Guidelines for Healthcare Funders and Managers (2nd ed.)*, p. 1.

[34] 2016 Magellan Medical Necessity Criteria Guidelines, Version 2.0 (HAI-CA_0016065-16248), p. 123; 2017-2018 Magellan Care Guidelines (HAI-CA_0121538-121622), pp. 3, 7; 2018-2019 Magellan Care Guidelines (HAI-CA_0015571-15650), pp. 28, 34; 2019-2020 Magellan Care Guidelines, pp. 26, 31, https://www.magellanprovider.com/media/200887/mcg_2019-2020.pdf last visited June 30, 2020; 2020-2021 Magellan Care Guidelines, pp. 28, 34, https://www.magellanprovider.com/media/45694/mcg.pdf last visited June 30,

65.     Similar to the misconception that interventions based upon ABA are only effective for younger individuals diagnosed with ASD, there is also a misconception about the intensity or length of intervention required across time (Granpeesheh et al., 2009).  Not only does the research support the effectiveness of behavioral interventions for older individuals diagnosed with ASD, researchers have cautioned against prematurely ending intervention. Consistent with Ivar Lovaas' research on the Young Autism Project at UCLA (1987)[35] discussed in detail below, Howard, Stanislaw, Green, Sparkman, and Cohen (2014) stated, "Ending [intensive behavioral treatment] IBT after one year might also be justified if it were reasonably certain that extending treatment would be unlikely to produce further clinically significant gains. Again, **we have found no compelling evidence to support that prediction** [emphasis added]. On the contrary, some children in our IBT group made marked improvements in Years 2 and 3" (p. 3342).

66.     The research is clear that the higher the intensity of intervention and the longer the intervention is implemented, the better the outcomes (Eldevik, Eikeseth, Jahr, & Smith, 2006; Eldevik et al., 2010; Eldevik, Hastings, Jahr, & Hughes, 2011; Howard et al., 2014; Klintwall et al., 2014; Landa & Kalb, 2012; Linstead et al., 2017; Maglione et al., 2012; Peters-Scheffer, Didden, Mulders, & Korzilius, 2010; Virués-Ortega, 2010; Virues-Ortega, Rodríguez, & Yu, 2013).  Most recently, Linstead et al. (2017) found "Treatment duration had a stronger impact than intensity on treatment outcomes across all domains. This may suggest that some skills cannot be acquired in a shorter period of time, regardless of the intensity, and that they may require long-term treatment, potentially over developmental periods" (p. 4).

67.     While it is unclear how Magellan determined a 1-2 year time-frame as

2020.
[35] Lovaas O. I. (1987) Behavioral treatment and normal educational and intellectual functioning in young autistic children. *J Consult Clin Psychol*. 55: 3-9.

a standard of care guideline, this time-frame is often mistakenly attributed to Ivar Lovaas' seminal research in the field of ABA for young children with autism,[36] which is cited in both Magellan's 2015 Technology Assessment and the 2016 ABA MNC.[37] A review of the Technology Assessment reveals several inaccuracies in the team's interpretation of the study.[38] Using Lovaas' research in any way as the basis for the 1-2 year time frame reflects a critical misinterpretation regarding Lovaas' research. Magellan chose to define a 1-2 year time-frame as the standard of care of ABA-treatments in the MNC ABA Guidelines.[39]

68.    Being a senior member of the UCLA Young Autism Project[40] (i.e., for over 11 years I served as Therapist, Senior Therapist, Clinical Director, Lecturer, Research Psychologist and Interim Director), I have intimate knowledge of the UCLA Young Autism Project and have written chapters regarding the misinformation surrounding the project (Leaf, McEachin & Leaf, 2008; Leaf & McEachin, 2016.)  The following findings highlight both the guidance that can be gleaned from the study as well as the misinterpretations that may have contributed to Magellan's unjustifiably restrictive guidelines.

---

[36] *Id.*

[37] 2015 Magellan ABA Technology Assessment update (HAI-CA-006585-006602), p. 1-18; 2016 Magellan Medical Necessity Criteria Guidelines, Version 2.0 (HAI-CA_0016065-16248), p. 168.

[38] 2015 Magellan ABA Technology Assessment update, (HAI-CA-006589) p. 5.

[39] 2016 Magellan Medical Necessity Criteria Guidelines, Version 2.0 (HAI-CA_0016065-16248), p. 123; 2017-2018 Magellan Care Guidelines (HAI-CA_0121538-121622), pp. 3, 7; 2018-2019 Magellan Care Guidelines (HAI-CA_0015571-15650), pp. 28, 34; 2019-2020 Magellan Care Guidelines, pp. 26, 31, https://www.magellanprovider.com/media/200887/mcg_2019-2020.pdf last visited June 30, 2020; 2020-2021 Magellan Care Guidelines, pp. 28, 34, https://www.magellanprovider.com/media/45694/mcg.pdf last visited June 30, 2020.

[40] The UCLA Young Autism Project was the title given to the clinical treatment program and site of Dr. Lovass' study.

69.     In the 1987 Lovaas study, the 47% of subjects falling in the "recovery" group did receive 2-3 years of one-to-one intensive treatment for an average of 40 hours per week (ranging from 18-60 hours/week). However, the duration of treatment among all 19 participants ranged from 2-6 years.[41] The other 53% of children participating in the study received 40 hours per week of one-to-one treatment for 6 or more years, with improvements being shown each year.  Those children receiving a duration of intensive treatment ranging from 2-3 years were the children who achieved the best outcome. These children had started the fading process after 2 years of intensive treatment (40 hours) and were receiving 10 or less hours per week of treatment during their kindergarten year of school.[42]  Many of the children in the best outcome group, however, continued to receive less intensive services for 3 or more years.[43] Most notably, however, is the group of children who required a longer duration of intensive treatment (4 or more years) were those children whose cognitive abilities measured lower (FS IQ: 56-95) than those children who fell in the recovery group (FS IQ: 94-120).[44]  Nonetheless, all subjects in the experimental group showed broad improvement in all areas of observed behaviors.[45]

70.     The 2016 ABA MNC guidelines state that comprehensive intervention early in a child's development may close the gap between the recipient and a typically developing peer.  However, many individuals diagnosed with ASD will experience that gap throughout their life span. Nonetheless, the objective with older children, adolescents, and young adults remains the same: to remediate as fully as

---

[41] Lovaas O. I. (1987) Behavioral treatment and normal educational and intellectual functioning in young autistic children. *J Consult Clin Psychol*. 55: p. 5.
[42] *Id*.
[43] *Id*.
[44] *Id.* at p. 6, 7.
[45] *Id.* at p. 6.

30

possible the deficits that differentiate them from non-impaired peers.[46] This can only be accomplished by comprehensive efforts to narrow the gap. There is no age or durational limit on the effectiveness of interventions to close the gap to the extent possible for each individual with ASD.  The benefit of intervention should be defined in terms of improving the overall quality of life through treatment targeting behavioral stability, relationship development, vocation, and maximal independence in all activities of daily living.

71.    While much of the research looking at ABA-based treatment cited 2-3 years as the ***minimum*** length of treatment, this figure is generally based on time limits imposed by the study designs themselves, and not reflective of those children's actual treatment needs or best practices.  Clearly using evidence based research should be at the foundation of good medical practice. Accordingly, there are volumes of scientific literature and peer-reviewed research that has reliably demonstrated the effectiveness of ABA-based treatment for individuals of all ages diagnosed with ASD over the past fifty years.  It should be noted, however, this research must be interpreted carefully. The heterogeneity of ASD itself and the variability in behavior, cognition and development of the individuals must be considered when making comparisons across studies as well as the methodological differences in the studies themselves. While some concerns continue to be raised regarding the paucity of ABA research utilizing Randomized Clinical Trials, in their article on autism research, Keenen and Dillenberger (2011) explained that "While Randomized Clinical Trials are often considered the gold standard for clinical trials (such as drug evaluations), there are problems with this methodology as applied to behavior interventions for individuals with ASD."  They raised ethical concerns regarding a

---

[46] Behavior Analyst Certification Board. (2014). *Applied behavior analysis treatment of autism spectrum disorder: Practice guidelines for healthcare funders and managers (2nd ed.)*, p. 14.

study design that uses random allocation to a non-treatment group when there is no uncertainty as to the effectiveness of the treatment. Additionally, they went on to say that RCTs may not be the most suited tool for evaluating the effectiveness of ABA treatment because of the individualized nature of the intervention, unlike drugs in medical research in which the clearly defined interventions can be delivered. (Keenan, M. & Dillenburger, K.*(2011).* When all you have is a hammer . . .: RCTs and hegemony in science*. Research in Autism Spectrum Disorders 5*, pp. 2, 4.) Given the inherent limitations imposed by funded research (e.g., sample size, duration of study) and the often narrow focus of inquiry, it is important to look to additional sources to further inform our clinical decisions for real-world applications.

72.    In February 2019, five years after the 2nd edition of the BACB Guidelines were published, the BACB and APBA were compelled to publish the BACB Clarifications.  The purpose of the BACB Clarifications is, "to assist payers and providers by clarifying and amplifying the [BACB] Guidelines that pertain to the intensity of treatment, the intensity of case supervision, and caregiver training."[47] The document contained both clarifying statements regarding these areas as well as a repetition of statements made in the 2014 guidelines regarding the key features of ABA Services.[48] It is important to emphasize that two of these three areas which the BACB and APBA felt necessary to clarify involved specific areas of changes in the 2016 ABA MNC.

73.    With apparent concern for limitations placed on the intensity of treatment; the provision of comprehensive treatment for older children, adolescents, and young adults; and the importance of individualized treatment; the BACB Clarifications cited multiple studies looking at comprehensive treatment for ASD

---

[47] *Id*. at p. 1.
[48] *Id*., generally.

and confirmed that, "Although most of the participants in the studies cited above were 2-8 years of age when they entered treatment, extensive research shows that the effectiveness of the multiple behavior-change procedures that comprise comprehensive ABA treatment is not limited to clients of a certain age or diagnosis (e.g., Hassiotis et al., 2011; Ivy & Schreck, 2016; Wong et al, 2017). Therefore, *determinations as to whether ABA treatment should be focused or comprehensive and the intensity of treatment should be based on the medical necessity of the treatment for each individual client rather than the client's chronological age, duration or nature of previous ABA services, or the like.*"[49] (emphasis added).

74.    The MNC ABA Guidelines, which as written and applied, set a presumptive limit on the duration and intensity of comprehensive ABA therapy they will authorize, hinder and potentially prevent deficits that differentiate Blue Shield members with ASD from non-impaired peers from being remediated as fully as possible, and defy best practices.

75.    By erroneously ascribing a defined intensity of service (e.g., 21-40), a duration of treatment (e.g., 1-2 years), and an age range (e.g., under the age of 7) to the standard of care for comprehensive services, Defendants have promoted a practice that minimizes the individualization of a member's needs and defies best practices as specifically outlined in the BACB Guidelines and subsequent clarifications.

76.    Through a misrepresentation of the literature, Magellan appears to have defined a standard of care aligned with their own financial targets in an effort to provide justification for reducing the level and/or duration of care as a means of managing their cost of care to thousands of children with ASD and their families.

---

[49] *Id.*, at p. 2.

### D. Neither Magellan's MNC ABA Guidelines nor Blue Shield's Medical Policy Relating to ABA Permit Partial Authorizations

77.     Neither the MNC ABA Guidelines nor Blue Shield's ABA Medical Policies contain the specificity required to support partial denials. Neither Magellan nor Blue Shield provide any specific guidance regarding how a reduced level of continued care would be derived or otherwise calculated by a reviewer or a provider from the revised criteria.

78.     For example, Magellan's MNC ABA Guidelines provide only:

**Criteria for Continued Care**

All of the following criteria must be met:

1. The recipient shows improvement from baseline in skill deficits and problematic behaviors targeted in the approved treatment plan using validated assessments of adaptive functioning.

2. As determined by validated developmental assessment tools, the eligible recipient still cannot participate at an age-appropriate level in home, school or community activities because of the presence of behavioral excess and/or the absence of functional skills that interfere with participation in these activities, and the target behaviors or skill deficits identified for ABA intervention meet one or more of the following:

    a. The target behavior or skill is 1 standard deviation or more below the mean, or

    b. Represents a behavior that poses significant threat of harm to the recipient or others.

3. The recipient's caregivers demonstrate continued commitment to participation in the recipient's treatment plan and demonstrate the ability to apply those skills in naturalized settings as documented in the clinical record.

34

4.  The gains made toward developmental norms and behavior goals cannot be maintained if care is reduced.

5.  Behavior issues are not exacerbated by the treatment process.

6.  The recipient has the required cognitive capacity to benefit from the care provided and to retain and generalize treatment gains.

**Criteria for Discharge from Care**

One of the following criteria must be met:

1.  The recipient shows improvement from baseline in targeted skill deficits and problematic behaviors such that goals are achieved or maximum benefit has been reached.

2.  Caregivers have refused treatment recommendations.
3.  Behavioral issues are exacerbated by the treatment.
4.  Recipient is unlikely to continue to benefit or maintain gains from continued care.

79.    While the MNC ABA Guidelines and Blue Shield's ABA Policies provide a skeletal outline of factors to consider when determining the initiation of, continuation of, or the discharge from treatment, there is no quantifiable measure or tool identified to inform a provider or reviewer as to how each of those factors translate to a specific number of treatment hours, a reduction or step-down in hours, or otherwise indicate that a partial denial of the hours recommended by the member's provider is clinically indicated. Perhaps, more importantly, the revised guidelines and how they were being used failed to comport with the latest research in the field of ABA, best practices, or the BACB Guidelines.

## V.    CONCLUSION

80.    "Although the [BACB] *Guidelines* reference some quantitative treatment parameters that have been derived from research and expert opinion, they

state repeatedly that ***all aspects of ABA interventions must be customized to the strengths, needs, preferences, and environmental circumstances of each individual client and their caregivers, and must be flexible so as to accommodate changes that occur over the course of treatment.***" BACB Clarifications at 1 (emphasis added).

81.    In contrast to the high level of individualization required for the effective implementation of ABA therapy and contrary to the expanding body of research, the MNC ABA Guidelines – at least as construed by Blue Shield and Magellan to authorize partial denials based on age and duration of treatment – are inimical to the individualized nature of ABA-based treatment, to their own stated commitment to clinical best practices, and to the maximization of a patient's independence.

82.    Based on my review to date of Defendants' documents and testimony and my over 45 years of experience researching and publishing numerous works related to the treatment of ASD as well as evaluating and treating individuals diagnosed with ASD and working with professionals and professional organizations dedicated to the treatment of ASD, I have reached the following conclusions relating to Magellan's MNC ABA Guidelines and Blue Shield's ABA Medical Policies:

a.  For the years from 2016-2020, Magellan's MNC ABA Guidelines failed to meet generally accepted professional standards.  Magellan's use of age and duration and intensity of service as criteria for determining the appropriate level of continuing ABA therapy is contrary to the BACB Guidelines and BACB Clarifications and numerous other published articles in scientific journals.

b.  For the years from 2016-2020, Magellan's MNC ABA Guidelines and Blue Shield's ABA Policies do not authorize partial denials of ABA Therapy.

c.  For the years from 2016 to the present, Magellan's use of its Care Shaping

Program to target children with ASD based on age, duration and intensity of service for reductions in ABA therapy as a means to elevate cost savings and meet financial targets over the clinical needs of the patients is improper.  As a result, the recipients of Blue Shield's behavioral health care are not receiving continuing ABA therapy that meets the professional standard of care they have been promised.

**Professional References**

Anglesea, M.M., Hoch, H., & Taylor, B.A., Reducing rapid eating in teenagers with autism: Use of a pager prompt, 2008 *Journal of Applied Behavior Analysis,* J Appl Behav Anal. 2008 Spring; 41(1): 107–111. doi: 10.1901/jaba.2008.41-107.

Behavior Analyst Certification Board. (2014). *Applied behavior analysis treatment of autism spectrum disorder: Practice guidelines for healthcare funders and managers (2nd ed.).*

Behavior Analyst Certification Board & Association of Professional Behavior Analysts. (2019). *Clarifications Regarding Applied Behavior Analysis Treatment of Autism Spectrum Disorder: Practice Guidelines for Healthcare Funders and Managers (2nd ed.).*

California Department of Insurance, Senate Select Committee on Autism & Related Disorders Informational Hearing on Health Insurance Coverage for Autism Spectrum Disorders (ASD): Current Regulatory Oversight of Behavioral Intervention Therapy (July 2011).

Dotson, W.H., Leaf, J.B., Sheldon, J.B., & Sherman, J.A., Group teaching of conversational skills to adolescents on the autism spectrum, *Research in Autism Spectrum Disorder,* 2010 at 13-18.

Eldevik, S., Eikeseth, S., Jahr, E., & Smith, T. (2006). Effects of low-intensity behavioral treatment for children with autism and mental retardation. *Journal of Autism and Developmental Disorders*, *36*, 211-224. doi:10.1007/s10803-005-0058-x.

Eldevik, S., Hastings, R. P., Hughes, J. C., Jahr, E., Eikeseth, S., & Cross, S. (2009). Meta-analysis of early intensive behavioral intervention for children with autism. *Journal of Clinical Child & Adolescent Psychology*, *38*, 439-450. doi:10.1080/15374410902851739.

Eldevik, S., Hastings, R. P., Hughes, J. C., Jahr, E., Eikeseth, S., & Cross, S. (2010). Using participant data to extend the evidence base for intensive behavioral intervention for children with autism. *American Journal of Intellectual and Developmental Disabilities*, *115*, 381-405. doi:10.1352/1944-7558-115.5.381.

Eldevik, S., Hastings, R. P., Jahr, E., & Hughes, J. C. (2012). Outcomes of behavioral intervention for children with autism in mainstream pre-school settings. *Journal of Autism and Developmental Disorders*, *42*, 210-220. doi:10.1007/s10803-011-1234-9.

Eikeseth, S., Smith, T., Jahr, E., & Eldevik, S. (2002). Intensive behavioral treatment at school for 4- to 7-year-old children with autism: A 1-year comparison controlled study. *Behavior Modification*, *26*, 49-68. doi:10.1177/0145445502026001004.

Eikeseth, S., Smith, T., Jahr, E., & Eldevik, S. (2007). Outcome for children with autism who began intensive behavioral treatment between ages 4 and 7: A comparison controlled study. *Behavior Modification, 31*, 264-278. doi: 10.1177/0145445506291396.

Granpeesheh, D., Tarbox, J., Dixon, D. R. (2009). Applied behavior analytic interventions for children with autism: A description and review of treatment research. *Annals of Clinical Psychiatry, 21*(3), 162-173.

Hassiotis, A., Canagasabey, A., Robotham, D., Marston, L., Romeo, R., & King, M. (2011). Applied behaviour analysis and standard treatment in intellectual disability: 2-year outcomes. *The British Journal of Psychiatry*, *198*, 490-491. doi: 10.1192/bjp.bp.109.076646.

Howard, J. S., Sparkman, C. R., Cohen, H. G., Green, G., & Stanislaw, H. (2005). A comparison of intensive behavior analytic and eclectic treatments for young children with autism. *Research in Developmental Disabilities*, *26*, 359-383. doi:10.1016/j.ridd.2004.09.005.

Ivy, J.W., & Schreck, K.A. (2016). The efficacy of ABA for individuals with autism across the lifespan. C*urrent Developmental Disorders Reports*, *3*, 57-66. doi: 10.1007/s4047-016-0070-1.

Keenan, M. & Dillenburger, K.*(*2011). When all you have is a hammer . . .: RCTs and hegemony in science*. Research in Autism Spectrum Disorders,* 5, 1-13.

Klintwall, L., Eldevik, S., & Eikeseth, S. (2014). Narrowing the gap: Effects of intervention on developmental trajectories in autism. *Autism*, *19*, 53-63. doi:10.1177/1362361313510067.

Kuhn, D.E., Hardesty, S.L., & Sweeny, N.M., Assessment and treatment of excessive straightening and destructive behavior in an adolescent diagnosed with autism, J App Behav Anal; 2009 Summer, 42(2) ): 355 360.  doi: 10.1901/jaba.2009.42-355.

Landa, R., & Kalb, L. (2012).  Long-term outcomes of toddlers with autism spectrum disorders exposed to short-term intervention. *Pediatrics*. 2012 Nov;130 Suppl 2:S186-90. doi: 10.1542/peds.2012-0900Q.

Landa, R. (2018).  Efficacy of early interventions for infants and young children with, and at risk for, autism spectrum disorders., *Int Rev Psychiatry*. 2018 Feb;30(1):25-39.

Linstead, E., Dixon, D. R., Hong, E., Burns, C. O., French, R., Novack, M. N., & Granpeesheh, D. (2017). An evaluation of the effects of intensity and duration on outcomes across treatment domains for children with autism spectrum disorder. *Translational Psychiatry*, 7(9), e1234. http://doi.org/10.1038/tp.2017.207.

Lovaas O. I. (1987) Behavioral treatment and normal educational and intellectual functioning in young autistic children. *J Consult Clin Psychol*. 55: 3–9.

Maglione, M. A., Gans, D., Das, L., Timbie, J., & Kasari, C. (2012). Nonmedical interventions for recipient with ASD: Recommended guidelines and further research needs. *Pediatrics*, 130(2), S169-178.

Magellan Healthcare Guidelines; Outpatient Applied Behavior Analysis effective January 2014, January 2015, April 2016, July 2017, July 2018, July 2019.

Magellan Medical Necessity Criteria Guidelines 2016, Webinar Training Materials Gary Henschen, M.D., Chief Medical Officer-Behavioral Health, pg. 13-14.

Magellan Services Technology Assessment: Applied Behavior Analysis (ABA) Treatments for Autism Spectrum Disorder (ASD). (2015). Magellan Health Care.

National Autism Center. (2015). *Findings and conclusions: National standards project, phase 2*. Randolph, MA: Author

Peters-Scheffer, N., Didden, R., Mulders, M., & Korzilius, H. (2010). Low intensity behavioral treatment supplementing preschool services for young children with autism spectrum disorders and severe to mild intellectual disability. *Research in Developmental Disabilities*, *31*, 1678-1684. doi:10.1016/j.ridd.2010.04.008.

National Research Council (2001) Educating Children with Autism. Committee on Educational Interventions for Children with Autism. Catherine Lord and James P.McGee, eds. Division of Behavioral and Social Sciences and Education. Washington, DC: National Academy Press.

Phillips, Jenny, Deputy Director, Legislative Affairs, (2018). Letter from California Department of Managed Healthcare to Senator Portantino opposing Senate bill 399.

Roth, M. E., Gillis, J. M., & Reed, F. D. D. (2014). A Meta-Analysis of Behavioral Interventions for Adolescents and Adults with Autism Spectrum Disorders. *Journal of Behavioral Education*, 23(2), 258–286. http://doi.org/10.1007/s10864-013-9189-x.

Sallows, G.O., & Graupner, T.D. (2005). Intensive behavioral treatment for children with autism: Four-year outcome and predictors. *American Journal on Mental Retardation*, 110, 417–438.

Shape. (2019) Definition of Shape by Lexico.com (Oxford University Press), https://www.lexico.com/en/definition/shape.

Spreckley M., & Boyd R. (2009). Efficacy of Applied Behavioral Intervention in Preschool Children with autism for Improving Cognitive, Language, and Adaptive Behavior: A Systematic Review and Meta-analysis. *The Journal of Pediatrics*, *154*(3), 338-344.

Stokes, T. and Baer, D. (1977). An Implicit Technology of Generalization. *Journal of Applied Behavior Analysis,* 10, 349-367.

Virués-Ortega J. (2010). Applied behavior analytic intervention for autism in early childhood: meta-analysis, meta-regression and dose–response meta-analysis of multiple outcomes. *Clinical Psychological Review*, 30, 387–399.

Virués-Ortega J, Rodríguez V, & Yu CT. (2013). Prediction of treatment outcomes and longitudinal analysis in children with autism undergoing intensive behavioral intervention. *International Journal of Clinical and Health Psychology, 13*, 91–100.

Wong, C., Odom, S.L., Hume, K.A., Schultz, T.R. (2015). Evidence-based practices for children, youth, and young adults with autism spectrum disorder: A comprehensive review. *Journal of Autism and Developmental Disorders*, *45*, 1951-1966.

I declare under penalty of perjury the foregoing is true and correct. Executed this 6th day of July, 2020, at Seal Beach, California.

Ronald Burton Leaf, Ph.D.

# EXHIBIT A

June, 2020

# VITAE

Ronald Burton Leaf, Ph.D.
200 Marina Drive
Seal Beach, California
(562) 431-9293

## EDUCATION

B.A.            University of California, Los Angeles
                Political Science, 1975

M.A.            Southern Illinois University of Carbondale
                Behavior Modification, 1977

M.A.            University of California, Los Angeles
                Psychology, 1979

Ph.D.           University of California, Los Angeles
                Psychology, 1983

## TEACHING EXPERIENCE

1974-1975       Undergraduate Teaching Assistant
                Principles of Behavior Modification
                O. Ivar Lovaas, Ph.D.
                University of California, Los Angeles

1975:           Teaching Assistant
                Introduction to Behavior Modification
                Roger Poppen, Ph.D.
                Southern Illinois University of Carbondale

1976:           Teaching Assistant
                Principles of Behavior Therapy
                Zev Wanderer, Ph.D.
                University of California, Los Angeles

1979-1980:      Graduate Teaching Assistant
                Principles of Behavior Modification
                O. Ivar Lovaas, Ph.D.
                University of California, Los Angeles

| 1979-1980: | Graduate Teaching Assistant
Fieldwork in Behavior Modification
O. Ivar Lovaas, Ph.D.
University of California, Los Angeles |
|---|---|
| 1983-1984: | Lecturer
Department of Psychology
University of California, Los Angeles |
| 1987: | Lecturer
Department of Psychology
University of California, Los Angeles |
| 1987-1988: | Instructor
Department of Health Sciences
Cypress College |
| 1987-1988: | Instructor
Department of Special Education
Long Beach City College |
| 1988-1995: | Lecturer
Senior Research Projects
University of California, Los Angeles |
| 2003-2007: | Adjunct Professor
Behavior Analysis Department
St. Cloud State University |
| 2009-2010: | Adjunct Professor
Applied Behavioral Science
University of Kansas |
| 2013-2018: | Adjunct Professor
Department of Behavior Analysis
University of North Texas |
| 2018-Present | Lecturer
Department of Psychology
California State University, Long Beach |

**RONALD B. LEAF, Ph.D.**

## ADVISORY EXPERIENCE

| | |
|---|---|
| 1989: | Doctoral Committee Member<br>California School of Professional Psychology |
| 1999: | Doctoral Committee Chair<br>California School of Professional Psychology |

## TRAINING EXPERIENCE

| | |
|---|---|
| 1973: | Prison Counselor<br>Chino Youth Authority |
| 1973-1975: | Student Therapist<br>Hyperactivity Project<br>University of California, Los Angeles |
| 1976: | Special Education Classroom<br>Tri-County Special Education District |
| 1976: | Alcoholic Treatment Program<br>Jackson County Alcohol Rehabilitation Program |
| 1976: | Geriatric Treatment Program<br>Jackson County Program for the Aged |
| 1976: | Rehabilitation Internship<br>UCLA Young Autism Project<br>University of California, Los Angeles |
| 1977: | Senior Therapist<br>Autism Project<br>University of California, Los Angeles |
| 1983-1984: | Psychological Intern<br>Marilyn Ruman Clinical and Consulting Associates |
| 1983-1984: | Psychological Assistant<br>Marilyn Ruman, Ph.D. |
| 1983-1984: | Psychological Assistant<br>O. Ivar Lovaas, Ph.D. |

**RONALD B. LEAF, Ph.D.**                                                                4

| 1985-1986: | Psychological Assistant<br>Raymond Robinson, Ph.D. |
|---|---|
| 1986-1989: | Psychological Assistant<br>Mitchell Taubman, Ph.D. |

## RESEARCH EXPERIENCE

| 1974-1975: | Research Assistant<br>Experimental Studies on Hyperactivity<br>O. Ivar Lovaas, Ph.D.<br>University of California, Los Angeles |
|---|---|
| 1975: | Research Assistant<br>Schedules of Reinforcement<br>Roger Poppen, Ph.D.<br>Southern Illinois University of Carbondale |
| 1976: | Research Assistant<br>Vocational Training of the Mentally Retarded<br>Anthony J. Cuvo, Ph.D.<br>Southern Illinois University of Carbondale |
| 1977-1983: | Research Assistant<br>Experimental Studies on Childhood Schizophrenia<br>USPHS Grant MH11440-13<br>O. Ivar Lovaas, Ph.D.<br>University of California, Los Angeles |
| 1983-1984: | Research Assistant<br>Teaching Homes for Developmentally Disabled Children<br>USPHS Grant MH32803<br>Mitchell Taubman, Ph.D. & O. Ivar Lovaas, Ph.D.<br>University of California, Los Angeles |
| 1983-1984: | Research Psychologist<br>Experimental Studies on Childhood Schizophrenia<br>USPHS Grant MH11440-13<br>O. Ivar Lovaas, Ph.D.<br>University of California, Los Angeles |

**RONALD B. LEAF, Ph.D.**                                                                                                  5

# PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1974-1975: | Nursery School Director |
| 1977-1978: | Teaching Home Parent<br>San Fernando Valley Association for the Retarded |
| 1978: | Behavior Modification Specialist<br>Steps to Independence Through Education |
| 1978-1979: | Teaching Home Parent<br>Private Funding |
| 1978-1983: | Workshop Director<br>Behavior Therapy and Learning Center |
| 1978-1985: | Behavior Specialist<br>Department of Developmental Services |
| 1979-1980: | Clinic Supervisor<br>UCLA Young Autism Project<br>University of California, Los Angeles |
| 1979-Present: | Consultant: |

Arapahoe County School District (1979 - 1981)
Littleton, Colorado

Pocatello School District (1979 - 1991)
Pocatello, Idaho

Blackfoot School District (1980 - 1986)
Blackfoot, Idaho

Yuba-Sutter County School District (1981)
Yuba City, California

Caldwell School District (1982)
Caldwell, Idaho

Zonta Children's Center (1982)
San Jose, California

Briarwood School (1984)
Houston, Texas

Department of Health and Social Services
The State of Wyoming (1990 - 1999)

Juneau Unified School District (1993-1994)
Juneau, Alaska

Los Alamitos Unified School District (1993-1994)
Los Alamitos, California

Fountain Valley Unified School District (1994-1996)
Fountain Valley, California

Bakersfield Unified School District (1997-1998)
Bakersfield, California

East Whittier Unified School District (1997-2004)
Whittier, California

North Coastal Consortium for Special Education (1997-1999)
Oceanside, California

Clark County Unified School District (1999-Present)
Las Vegas, Nevada

Hawaii Unified School District (1997-2003)

Los Alimitos Unified School District (2002-2010)
Los Alimitos, California

Fairfax Unified School District (2003-2014)
Fairfax, Virginia

Fayette County Schools (2003-2009)
Fayette, Georgia

Hamilton Unified School District (2003-2009)
Hamilton, Tennessee

Las Virgenes Unified School District (2002-2017)
Las Virgenes, California

Manhattan Unified School District (2004-2005)
Manhattan Beach, California

Garden Grove Unified School District (2009-2011)
Garden Grove, California

Paramount Unified School District (2009-2017)
Paramount, California

Washington County Unified School District (2011-2014)
St. George, Utah

Brentwood Unified School District (2019-Present)
Brentwood, California

1980-1984:          Clinic Supervisor
                    Behavior Therapy and Learning Center

1980-Present:       Chief Financial Officer
                    Behavior Therapy and Learning Center

1983:               Interim Director
                    UCLA Young Autism Project
                    University of California, Los Angeles

1983-1996:          Director
                    Developmental Disabilities Services
                    Straight Talk Clinic

1984-Present:       Executive Director
                    Behavior Therapy and Learning Center

1984-Present:       Expert Witness
                         Los Angeles, California
                         Orange, California
                         Santa Clara/Contra Costa County
                         Bakersfield, California
                         Pocatello, Idaho
                         Vista, California
                         Oahu, Hawaii
                         San Luis Obispo, California
                         Sheffield, United Kingdom
                         Chattanooga, Tennessee
                         Atlanta, Georgia
                         Las Vegas, Nevada
                         Ontario, Canada
                         Las Virgenes, California
                         Anaheim, California
                         Leeds, UK
                         Mission Viejo, California
                         Brentwood, California
                         Knoxville, Tennessee

**RONALD B. LEAF, Ph.D.**                                                    8

|                  |                                                           |
|------------------|-----------------------------------------------------------|
|                  | Joplin, Missouri                                          |
| 1985-1986:       | Chairperson of Vendor Advisory Committee<br>Regional Center of Orange County |
| 1985-1986:       | Board of Directors<br>Regional Center of Orange County    |
| 1987-1993:       | Chairperson of Vendor Advisory Committee<br>Harbor Regional Center |
| 1987-1988:       | Board of Directors<br>Harbor Regional Center              |
| 1990-Present:    | Licensed Psychologist (California)<br>Private Practice    |
| 1994-Present:    | Director<br>Autism Partnership                            |
| 1996-1997:       | Consultant<br>Straight Talk Clinic                        |
| 2002:            | Director's Advisory Committee on<br>Autism Spectrum Disorders<br>Department of Developmental Services |
| 2009-Present     | Guest Reviewer<br>The Journal of Autism and Developmental Disorders |

## PAPERS PRESENTED AT PROFESSIONAL MEETINGS

1.  Leaf, R.B., Cuvo, A.J., & Borakove, L.S.  <u>Teaching janitorial skills to retarded adolescents: acquisition, generalization and   maintenance</u>.  Paper presented at the meeting of the Midwestern Association of Behavior Analysis, Chicago, Illinois, 1978.

2.  Lovaas, O.I., Leaf, R.B., & Bravin, J.B.  <u>Behavioral intervention with autistic and retarded children</u>.  Symposium presented at Western Psychological Association, Honolulu, Hawaii, 1980.

3.  Leaf, R.B.  <u>Outcome and predictive measures</u>.  Paper presented at the Annual Meeting of the American Psychological Association, Washington, D.C., 1982.

**RONALD B. LEAF, Ph.D.**                                                                    9

4. McEachin, J.J. & Leaf, R.B.  <u>The role of punishment in the motivation of autistic children</u>. Paper presented at the Annual meeting of Association of Behavior Analysis, Nashville, Tennessee, 1984.

5. Leaf, R.B.  <u>Residential Treatment of Individuals with a Dual Diagnosis</u>.  Paper presented at the Sixth Annual Convention of the National Association for the Dually Diagnosed, Washington, D.C., 1989.

6. Leaf, R. B. & Dayharsh, J.  <u>Practical, Positive and Effective Behavioral Strategies for Dealing with Dually Diagnosed Individuals</u>.  Paper presented at the Ninth Annual Convention of the National Association for the Dually Diagnosed, Toronto, Canada, 1992.

7. Leaf, R.B., Glover, D.A., Hillhouse, M.P., McEachin, J.J., Parker, T.A., Maltzman, I.M. <u>Dispelling Myths About Prader-Willi Syndrome</u>.  Symposium presented at the Annual meeting of the American Psychological Association, Toronto, Canada, 1993.

8. McEachin, J.J. & Leaf, R.B.  <u>Adapting the Intensive Behavioral Model to Older Children and Adolescents.</u>  Symposium presented at the Annual meeting of Autism Society of America, Greensboro, North Carolina, 1995.

9. Leaf, R.B., Williams, C., McEachin, J.J., Parker, T.A., Maltzman, I.M.  <u>Sex, Consent, and Fads--Ethics and Treatment of Developmentally Disabilities</u>.  Symposium presented at the Annual meeting of the American Psychological Association, New York, New York, 1995.

10. Taubman, M.T., Brierly, S., Wishner, J., McEachin, J., Leaf, R.B.  <u>The Effectiveness of an Overlapping, Group Discrete Trial Instructional Approach with Developmentally Disabled Preschoolers</u>.  Paper presented at the meeting of the Association for Behavior Analysis, Annual Convention, Chicago, Illinois, 1999.

11. Hudson, T., House, D., Leaf, R.B., Brierly, S., Torres, L., Hanson, D., Rose, K., Taubman, M.  <u>Beyond Contention, Beyond Hype:  A Team Oriented, Model Applied Behavior Analysis Classroom for Children with Autism</u>.  Symposium presented at Pupil Services and Special Education Symposium, Monterey, California, 2000.

12. Hiscox, S., Taubman, T., Leaf, R.B.  <u>Training Parents of Children with Developmental Disabilities in Behavior Management: A Comparative Outcome Study</u>.  Symposium presented at the meeting of the Association for Behavior Analysis, Annual Convention, Washington, D.C., 2000.

13. Leaf, R.B., Boehm, M., Parker, T.  <u>Countering Rigidity: Evolutions in Discrete Trial Teaching: Programmatic Evolutions</u>. Symposium presented at the meeting of the Association for Behavior Analysis, Annual Convention, Washington, D.C., 2000.

**RONALD B. LEAF, Ph.D.**                                                    10

14. Leaf, R.B., & Waks, A.  Impacting a System: ABA Oriented Services at Classrooms, School and District Levels.  Symposium presented at the meeting of the Association for Behavior Analysis, Annual Convention, New Orleans, Louisiana, 2001.

15. Taubman, M., Palos, L., Soluaga, D., Papovich,S., Leaf, R.B. & McEachin, J. Examination of the Effects of Components of an ABA Education Program for Students with Autism. Paper presented at the meeting of the Association for Behavior Analysis, Annual Convention, Toronto, Ontario, 2002.

16. Papovich, S., Rafuse, J., Siembieda, M., Williams, M., Sharpe, A., McEachin, J, Leaf, R.B., & Taubman, M.  An Analytic Comparison of Data Collection Techniques Used with Discrete Trial Teaching in an Applied Setting for Persons with Autism.  Paper presented at the meeting of the Association for Behavior Analysis, Annual Convention, Toronto, Ontario, 2002.

17. Leaf, R.B. ABA Approaches in Autism: Convergence and Divergence.  Paper presented at the meeting of the Berkshire Association for Behavior Analysis and Therapy, Annual Conference, Amherst, Massachusetts, 2002.

18. Soluaga, D., Papovich, S., Leaf, J., McEachin, J., Leaf, R., Taubman, M.  Instruction in Social Competencies Utilizing a Social Skills Taxonomy for Persons with Autism. Paper presented at the meeting of the Association for Behavior Analysis, 2003 Annual Convention, San Francisco, CA, *2003.*

19. Freeman, B.J., Weatherly, C., Leaf, R., Ramsey, C.  Appropriate Programs for Children with Autism Spectrum Disorders: Do the Professionals Agree? Symposium presented at LPR's  National Institute, 2004 Convention, Ft. Lauderdale, FL, 2004.

20. Papovich, S., Strohm, D., Riecks, K., McEachin, J., Travaligni, R. Leaf, J., Luna-Hernandez, J., Taubman, M.  A Comparative Analysis of Systematic Instruction versus Exposure and Guidance in a Classroom-based Program for Students with Autism. Paper presented at the meeting of the Association for Behavior Analysis, 2004 Annual Convention, Boston, MA, 2004.

21. Papovich, S., Riecks, K., Luna-Hernandez, J., McEachin, J., Leaf, R., Taubman, M. Establishing Humor Related Skills in Children with Autism. Paper presented at the meeting of the Association for Behavior Analysis, 2005 Annual Convention, Chicago, IL, 2005.

22. Soluaga, D., Leaf, J. B., Taubman, M. T., McEachin, J. J.  A Comparison of Constant Time Delay Versus a Lovaas-Type Flexible Prompt Fading Procedure. Paper presented at the meeting of the Association for Behavior Analysis, 2005 Annual Convention, Chicago, IL, 2005.

23. Leaf, R.B.  Social Skills.  Symposium presented at Missouri Association of Behavior Analysis, Convention, St. Louis, MO., 2005.

**RONALD B. LEAF, Ph.D.**                                                                              11

24. Leaf, J.B., Taubman, M., Bloomfield, S., Palos-Rafuse, L.I., McEachin, J.J., & Leaf, R.B. <u>Effectiveness of a Training Package for Teaching Friendship Development and Maintenance Skills for Young Children with Autism</u>. Paper presented at the meeting of the Association of Behavior Analysis, Atlanta, GA., 2006.

25. Leaf, R.B. <u>It Has To Be </u>Said! Keynote address presented at the ARC Annual Conference, Chicago, IL. 2007.

26. Leaf, R.B., Taubman, M.T. & McEachin, J.J. <u>Autism Partnership's Model of Social Skills and Friendship Development</u>. Paper presented at the meeting of the Association for Behavior Analysis, 2009 Annual Convention, Chicago, IL, 2007

27. Leaf, R., Taubman, M.T. & Freeman, B.J. <u>Current Developments in the Field of Behavior Analysis and Their Implications</u>. Symposium presented at Missouri Association of Behavior Analysis, St. Louis, MO., 2007,

28. Leaf, R.B. & Taubman, M. <u>Teaching Social Skills to Individuals with Autism Spectrum Disorders</u>. Autism Intervention Conference, Columbia, MO., 2008.

29. Taubman, M. & Leaf, R.B. <u>A Synopsis of 30 Years of Research Regarding ABA and ASD</u>. Autism Intervention Conference, Columbia, MO., 2008.

30. Leaf, R.B., Leaf, J.B.& Dotson, W. H. <u>Social Skills Training for Children and Adolescents with Autism: Two Models of Group Instructions</u>. Symposium presented at the meeting of the Association for Behavior Analysis, Annual Convention, Chicago, Illinois, 2008.

31. Leaf, R.B. & McEachin, J.J. <u>Facts/Truths & Fictions/Myths in the ABA Treatment of Autism</u>. Third International Congress on Autism and Aspergers Syndrome, Buenos Aires, Argentina, 2008.

32. Leaf, R.B. <u>Emerging Approaches in the Evaluation and Treatment of Autism Spectrum Disorders</u>. Twenty-Seventh National Society of Genetic Counselors Annual Education Conference, Los Angeles, California, 2008.

33. Leaf, R.B. <u>It Can Be Done: Translating Evidence-Based Research into Education Programs for Children with ASD</u>. 2008 NATTAP Conference, Columbus, Ohio, 2008.

34. Leaf, R.B. <u>My Ideal Intervention Program: The First 100 Days of Early Intervention.</u> Autism Intervention Conference, Columbia, MO, 2009.

35. Leaf, R.B. <u>ABA in Classrooms: It's Time for School</u>. Autism Intervention Conference, Columbia, MO., 2009.

36. Leaf, R.B. & Leaf, J.B. <u>Elements of a Quality Educational Program</u>. Northwest Missouri Conference on Autism, St. Joseph, MO., 2009.

**RONALD B. LEAF, Ph.D.**                                                                          12

37. Mountjoy, T., Leaf, R.B., McEachin, J.J. & Rafuse, J. Sitting without Tears: A Rapid Procedure for Establishing Cooperation with Instruction. Symposium presented at the meeting of the Association for Behavior Analysis, Annual Convention, Phoenix, AZ, 2009.

38. Ramer, A., McEachin, J.J., Taubman, M.T. & Leaf, R.B. Time-In to Reduce Impulsive and other Problematic Behaviors in Children with Autism. Symposium presented at the meeting of the Association for Behavior Analysis, Annual Convention, Phoenix, Arizona, 2009.

39. Leaf, R.B., Dayharsh, J.D., Driscoll, M. & Jesner, M. Quality ABA: Understanding the Role of the Family. Symposium presented at the meeting of the Association for Behavior Analysis, Annual Convention, Phoenix, Arizona, 2009.

40. Taubman, M.T., Leaf, R.B., Styzens, J., Schroeder, R. & Edwards, A. A Model ABA Classroom for Middle School Students with Autism: It's Never Too Late. Symposium presented at the meeting of the Association for Behavior Analysis, Annual Convention, Phoenix, Arizona, 2009.

41. Kuyumjian, A., Taubman, M.T., Rudrud, E., Edwards, A., Schulze, K., McEachin, J.J., & Leaf, R.B. The Teaching and Generalization of Social Skills Using a Teaching Interaction Methodology. Paper presented at the meeting of the Association for Behavior Analysis, Annual convention, Denver, CO, 2011

42. Leaf, R.B., McEachin, J., Taubman, M.T. & Leaf, J.B. An Examination of Social Skills Curriculum and Teaching Methodologies to Teach Social Skills to Children and Adolescents Diagnosed with Autism Spectrum Disorder. Symposium presented at International Conference on Autism, Intellectual Disabilities & Developmental Disabilities, Miami, Florida, 2012.

43. Bloomfield, S., Leaf, J.B., Muehlebach, C., Taubman, M.T., McEachin, J.M., & Leaf, R.B. An Evaluation of a Rainbow Token System to Decrease Stereotypic Behaviors in Children With Autism. Symposium presented at the meeting of the Association for Behavior Analysis, Annual Convention, Seattle, Washington, 2012.

44. Kassardjian, A., Leaf, J.B., Muehlebach, C., Taubman, M.T., Leaf, R.B., & McEachin, J.M. Conditioning the Preference of Stimuli for Five Children on the Autism Spectrum: A Replication Study. Symposium presented at the meeting of the Association for Behavior Analysis, Annual Convention, Seattle, Washington, 2012.

45. Leaf, J.B., Tsuji, K.H., Lentell, A., Oppenheim-Leaf, M., Taubman, M.T., McEachin, J.J., & Leaf, R.B. Comparing Discrete Trial Teaching Implemented in a One-to-One Instructional Format to a Group Instructional Format. Symposium presented at the meeting of the Association for Behavior Analysis, Annual Convention, Seattle, Washington, 2012.

**RONALD B. LEAF, Ph.D.**                                                                   13

46. Leaf, R.B., Taubman, M.T., McEachin, J.J. & Leaf, J.B.   Teaching "Learning to Learn"
Skills to Children Diagnosed with Autism Spectrum Disorder.  Symposium
presented at the meeting of the Association for Behavior Analysis, Annual Convention,
Seattle, Washington, 2012.

47. Leaf, R.B., Taubman, M.T., McEachin, J.J. & Leaf, J.B.   A Program Description of a
Community-Based Intensive Behavioral Intervention Program for Individuals with
Autism. Symposium presented at the meeting of the Association for Behavior Analysis,
Annual Convention, Seattle, Washington, 2012.

48. McEachin, J.J., Leaf, J.B., Bloomfield, S., Taubman, M.T., & Leaf, R.B.   A Comparison
of Different Classes of Reinforcement to Increase Receptive and Expressive Language.
Symposium presented at the meeting of the Association for Behavior Analysis, Annual
Convention, Seattle, Washington, 2012.

49.  Oppenheim-Leaf, M., Leaf, J.B., Leaf, R.B., Sherman, J.A., Sheldon, J.B. McEachin,
J.M., & Taubman, M.T.   Conditioning the Preference of Stimuli for Three High
Functioning Children on the Autism Spectrum.  Symposium presented at the meeting of
the Association for Behavior Analysis, Annual Convention, Seattle, Washington, 2012.

50. Satharasinghe, R.I., Mountjoy, T., McEachin, J.M., Leaf, R.B., & Taubman, M.T., &
Rudrud, E. Using Differential Reinforcement of Other Behaviors to Reduce Elopement in
a Child With Autism Spectrum.  Symposium presented at the meeting of the Association
for Behavior Analysis, Annual Convention, Seattle, Washington, 2012.

51. Taubman, M.T., Leaf, R.B., McEachin, J.J. & Leaf, J.B.   Teaching Social Skills that
Change Lives: Developing Meaningful Relationships for People Diagnosed with Autism.
Symposium presented at the meeting of the Association for Behavior Analysis, Annual
Convention, Seattle, Washington, 2012.

52. Tsuji, K.H., Leaf, J.B., Griggs, B., Taubman, M.T., McEachin, J.M., Leaf, R.B.,
Edwards, A. & Oppenheim-Leaf, M.  Teaching Social Skills to Children with Autism
Using the Cool Versus Not Cool Procedure.  Symposium presented at the meeting of the
Association for Behavior Analysis, Annual Convention, Seattle, Washington, 2012

53. Leaf, J.A., Leaf, J.B., Alcalay, A., Kuyumjian, A., Bloomfield, S., Leaf, R., Taubman,
M.T., & McEachin, J.J.  Comparing Most-to-Least to Error Correction to Teach
Expressive and Receptive Labeling.  Symposium presented at the meeting of the
Association for Behavior Analysis, Annual Convention, Seattle, Washington 2012.

54. Leaf, J. B., Oppenheim, M. L., Taubman, M., McEachin, J., Leaf, R.  Sheldon, J. B., &
Sherman, J. (2012). A comparison of social stories and the teaching interaction procedure
for teaching social skills to children with an autism spectrum disorder. Paper presented at
the meeting of the California Association of Behavior Analysis, Garden Grove, CA

55. Kuyumjian, A., Taubman, M., Rudrud, E., Edwards, A., Leaf, J. B., Schulze, K., McEachin, J., & Leaf, R. (2012). <u>Utilizing teaching interactions to facilitate social skills in the natural environment</u>. Paper presented at the meeting of the California Association of Behavior Analysis, Garden Grove, CA

56. Leaf, J.A., Leaf, J.B., Alcalay, A., Kuyumjian, A., Bloomfield, S., Leaf, R., Taubman, M.T., & McEachin, J.J.  <u>Comparing Most-to-Least to Error Correction to Teach Expressive and Receptive Labeling.</u>  Symposium presented at the meeting of the Association for Behavior Analysis, Annual Convention, Minneapolis, Minnesota, 2013.

57. Alcalay, A., Leaf, J.B., Leaf, J.A., Bloomfield, S., Tsuji, K.H., Taubman, M.T., Leaf, R.B., & McEachin, J.J.  <u>Comparing Most-to-Least to Flexible Prompt Fading to Teach Expressive Labeling to Children with Autism.</u>  Symposium presented at the meeting of the Association for Behavior Analysis, Annual Convention, Minneapolis, Minnesota, 2013.

58. Gatley, L.M.D. , Leaf, J.B., Brown, M., Kwok, A., Leaf, R.B., Taubman, M.T., & McEachin, J.J.  <u>Comparing Flexible Prompt Fading to Error Correction to Teach Expressive Labeling to Children with Autism.</u>  Symposium presented at the meeting of the Association for Behavior Analysis, Annual Convention, Minneapolis, Minnesota, 2013.

59. Kuyumjian, A., Leaf, J.B., Ravid, D., Leaf, J.A., Taubman, M.T., McEachin, J.J. & Leaf, R.B. <u>Comparing Social Stories to Teaching Interactions When Implemented in a Group Instructional Format.</u>  Symposium presented at the meeting of the Association for Behavior Analysis, Annual Convention, Minneapolis, Minnesota, 2013.

60. Leaf, J.B., Dale, S., Alcalay, A., Redican, D., Spoto, A., Taubman, M.T., McEachin, J., & Leaf, R.B.  <u>A Description and Evaluation of a Social Skills Group for Young Children with Autism.</u>  Symposium presented at the meeting of the Association for Behavior Analysis, Annual Convention, Minneapolis, Minnesota, 2013.

61. Kuyumjian, A., Leaf, J. A., Leaf, J. B., Leaf, R., Taubman, M. T., McEachin, J. J., Alcalay, A., Oppenheim-Leaf, M. (2014). <u>How effective is differential reinforcement for individuals diagnosed with autism</u>. Paper presented at the meeting of the Association of Behavior Analysis, Chicago, IL.

62. Alcalay, A., Leaf, J. B., Leaf, R., Taubman, M. T., McEachin, J. J., Tsuji, K. H., Bloomfield, S., & Leaf, J. A. (2014). <u>Formal preference assessments compared to in-the-moment analysis of reinforcers for increasing rate of behaviors</u>. Paper presented at the meeting of the Association of Behavior Analysis, Chicago, IL.

63. Leaf, J. B., Leaf, R., Alcalay, A., Leaf, J. A., McEachin, J. J., Taubman, M. T., Bloomfield, S., & Tsuji, K. (2014). <u>Formal preference assessments compared to in-the-moment analysis of reinforcers for increasing expressive labeling.</u> (2014). Paper presented at the meeting of the Association of Behavior Analysis, Chicago, IL.

**RONALD B. LEAF, Ph.D.**                                                                    15

64. Leaf., J. A., Leaf, J. B., Samuel, P. C., Alcalay, A., Kuyumjian, A., Leaf, R., Taubman, M. T., & McEachin, J. J. (2014). <u>A preliminary description and analysis of a social skills group for individuals with autism</u>. Paper presented at the meeting of the Association of Behavior Analysis, Chicago, IL.

65. Bloomfield, S., Leaf, J. B., Leaf, J. A., Alcaaly, A., Kuyumjian, A., Taubman, M. T., McEachin, J. J., & Leaf, R. (2014). <u>An empirical investigation on the effectiveness of a social taxonomy for children with autism</u>. Paper presented at the meeting of the Association of Behavior Analysis, Chicago, IL.

66. Leaf, J. B., Leaf, R. B., Taubman, M., & McEachin, J. (2014). <u>Teaching social skills that changes lives: Developing meaningful relationships for people diagnosed with autism</u>. Workshop to Berkshire Association for Behavior Analysis and Therapy: Distinguished Presenter.

67. Taubman, M., Leaf, J. B., Leaf, R., McEachin, J. J. (2015). <u>Behaviorally based social skills group for individuals diagnosed with autism: A clinical and research review</u>. Paper presented at the meeting of the Association of Behavior Analysis, San Antonio, TX.

68. Leaf, J. A., Milne, C., Townley-Cochran, D., Leaf, J. B., Taubman, M. T., McEachin, J. J., Leaf, R. (2015). <u>Group implementation of the cool versus not cool procedure to teach game play</u>. Paper presented at the meeting of the Association of Behavior Analysis, San Antonio, TX.

69. Milne, C., Leaf, J. A., Townley-Cochran, D., Leaf, J. B., & Oppenheim-Leaf, M. (2015). <u>Teaching social behaviors to individuals with autism: Within the context of a social skills group</u>. Paper presented at the meeting of the Association of Behavior Analysis, San Antonio, TX.

70. Leaf, J. B., Taubman, M., Oppenheim-Leaf, M., Leaf, J., Townley-Cochran, D., Milne, C., Leaf, R., McEachin, J. (2015). <u>The effects of a social skills group for individuals diagnosed with autism: A randomized control trial</u>. Paper presented at the meeting of the Association of Behavior Analysis, San Antonio, TX.

1. Townely-Cochran, D., Leaf, J. B., Leaf, R., Taubman, M, McEachin, J. (2015). <u>Comparing variations of discrete trial teaching for children diagnosed with autism</u>. Paper presented at the meeting of the Association of Behavior Analysis, San Antonio, TX.

72. Mitchell, E., Leaf, J. B., Townley-Cochran, D., Leaf, R., McEachin, J., & Taubman, M. (2015). <u>An analysis and evaluation of corrective feedback provided to individuals diagnosed with autism spectrum disorders</u>. Paper presented at the meeting of the Association of Behavior Analysis, San Antonio, TX.

**RONALD B. LEAF, Ph.D.**                                                                    16

73. Alcalay, A., Townley-Cochran, D., Leaf, J. B., McEachin, J. J., & Taubman, M., Leaf, R. (2015). <u>An evaluation of group discrete trial teaching and informative feedback on tacting and observational learning</u>. Paper presented at the meeting of the Association of Behavior Analysis, San Antonio, TX.

74. Cihon, J. H., Leaf, J. B., Leaf, R., McEachin, J. J., & Taubman, M. (2016). <u>An evaluation of various prompting systems: A randomized control trial</u>. Paper presented at the meeting of the Association of Behavior Analysis, Chicago, IL.

75. Cihon, J. H., Leaf, J. B., Leaf, R., McEachin, J. J., & Taubman, M. (2016). <u>The effectiveness of positional prompts for teaching receptive labels to individuals diagnosed with autism spectrum disorder</u>. Paper presented at the meeting of the Association of Behavior Analysis, Chicago, IL.

76. Leaf, J. A., Oppenheim-Leaf, M., Leaf., J. B., Leaf, R., McEachin, J. J., & Taubman, M.T. (2016). <u>Changing preference from tangible to social activities through an observation procedure</u>. Paper presented at the meeting of the Association of Behavior Analysis, Chicago, IL.

77. Mitchell, E., Leaf, J. B., Oppenheim-Leaf, Taubman, M. T., Leaf, R., & McEachin, J. J. (2016). <u>The never-ending story: A methodological review, clinical usage, and evaluation of social stories</u>. Paper presented at the meeting of the Association of Behavior Analysis, Chicago, IL.

78. McEachin, J. J., Cihon, J. H., Ferguson, J., Leaf, J. B., Leaf, R., & Taubman, M. T. (2017). <u>Developing useful learning strategies for individuals with autism spectrum disorder</u>. Paper presented at the meeting of the Association of Behavior Analysis. Denver, Colorado.

79. Leaf, J.B., Leaf, R., McEachin, J. J., & Taubman, M. (2017). <u>Concerns about the registered behavior technician in relation to effective autism intervention</u>. Paper presented at the meeting of the Association of Behavior Analysis. Denver, Colorado.

80. Leaf, J. A., Cihon, J. H., Ferguson, J., Leaf, J. B., McEachin, J. J., Leaf, R., & Taubman, M. T. (2017). <u>The relative effectiveness and efficiency of flexible prompt fading and no-no prompting to teach expressive labels to children diagnosed with ASD</u>. Paper presented at the meeting of the Association of Behavior Analysis. Denver, Colorado.

81. Alcaaly, A., Ferguson, J., Cihon, J. H., Leaf, J. B., Taubman, M. T., Leaf, R., & McEachin, J. J. (2017<u>). Evaluating the effects of stimulus order and placement to teach receptive labels for children diagnosed with ASD</u>. Paper presented at the meeting of the Association of Behavior Analysis. Denver, Colorado.

82. Leaf, J. B., Cihon, J. H., Leaf, R., McEachin, J. J., Taubman, M. T., & Ferguson, J. (2017). A progressive approach to discrete trial teaching: Some current guidelines. Workshop to the International Association of Applied Behavior Analysis. Denver, Colorado.

83. Leaf, J. B., Alcalay, A., Ferguson, J. L., Cihon, J. H., McEachin, J., & Leaf, R. (2018). Comparing multiple stimulus without replacement to the in-the-moment reinforcer analysis. Paper presented at the meeting of the California Association of Behavior Analysis. Santa Clara, California.

84. Ferguson, J. L., Cihon, J. H., Leaf, J. B., McEachin, J., & Leaf, R. (2018). Evaluating the use of a "magic number" token system to increase commenting for children with autism spectrum disorder. Paper presented at the meeting of the California Association of Behavior Analysis. Santa Clara, California.

85. Cihon, J. H., Ferguson, J. L., Leaf, J. B., Leaf, R., McEachin, J. (2018). Use of a level system to improve synchronous engagement for children with autism spectrum disorder. Paper presented at the meeting of the California Association of Behavior Analysis. Santa Clara, California.

86. Leaf, J. B., Alcalay, A., Ferguson, J. L., Cihon, J. H., McEachin, J., & Leaf, R. (2018). Comparing multiple stimulus without replacement to the in-the-moment reinforcer analysis. Paper presented at the meeting of the Professional Behavior Analysts. St. Louis, Missouri.

87. Ferguson, J. L., Cihon, J. H., Leaf, J. B., McEachin, J., & Leaf, R. (2018). Evaluating the use of a "magic number" token system to increase commenting for children with autism spectrum disorder. Paper presented at the meeting of the Professional Behavior Analysts. St. Louis, Missouri.

88. Cihon, J. H., Ferguson, J. L., Leaf, J. B., Leaf, R., & McEachin, J. (2018). Use of a level system to improve synchronous engagement for children with autism spectrum disorder. Paper presented at the meeting of the Professional Behavior Analysts. St. Louis, Missouri.

89. Milne, C., Cihon, J. H., Ferguson, J., Leaf, J. B., Leaf, R., & McEachin, J. (2018). Evaluating the use of a magic number token system to increase commenting for children with autism spectrum disorder. Paper presented at the meeting of the Association of Behavior Analysis. San Diego, California.

90. Ferguson, J., Cihon, J. H., Leaf, J. B., McEachin, J., & Leaf, R. (2018). Use of a level system to improve synchronous engagement for children with autism spectrum disorder. Paper presented at the meeting of the Association of Behavior Analysis. San Diego, California.

**RONALD B. LEAF, Ph.D.**                                                                                            18

91. Leaf, J. B., Alcalay, A., Ferguson, J., Cihon, J. H., Leaf, J. B., Leaf, R., & McEachin, J. (2018). Comparing multiple stimulus without replacement to the in-the-moment reinforcer analysis. Paper presented at the meeting of the Association of Behavior Analysis. San Diego, California.

92. Cihon, J. H., Leaf, J. B., Ferguson, J., Leaf, R., & McEachin, J. (2018). Comparing error correction to most-to-least prompting to train tact relations for individuals diagnosed with autism spectrum disorders. A randomized clinical trial study. Paper presented at the meeting of the Association of Behavior Analysis. San Diego, California.

93. Ferguson, J. L., Redican, D., Cihon, J. H., Leaf, J. B., Leaf, R., McEachin, J. J. (2018). Using the teaching interaction procedure to train staff on an ABA-based technique. Paper presented at the meeting of the Association of Behavior Analysis. San Diego, California.

94. Leaf, J. B., Cihon, J. H., Leaf, J. A., Palos-Rafuse, L., Rafuse, R., Leaf, R., & McEachin, J. (2018) Advancing training in autism intervention through a comprehensive internship: CABA. Paper presented at the meeting of the Association of Behavior Analysis. San Diego, California.

95. Leaf, R.L., Carr, J., & Weiss, M.J. (2018)   Real and perceived threats to the practice and funding quality Applied Behavior Analysis.  Symposium presented at the Autism Law Summit. San Antonio, TX.

96. Aljohani, W. A., Leaf, J. B., Milne-Seminara, C., Ferguson, J., Cihon, J. H., McEachin, J., & Leaf, R. (2019). Training behavior change agents and parents to implement discrete trial teaching: A literature review. Paper presented at the meeting of the Association of Behavior Analysis. Chicago, Illinois.

97. Ferguson, J., Cihon, J. H., Milne-Seminara, C., Leaf, J. B., McEachin, J. J., & Leaf, R. (2019). Evaluating the correlation between multiple choice examination scores and the implementation of applied behavior analysis-based autism intervention procedures. Paper presented at the meeting of the Association of Behavior Analysis. Chicago, Illinois.


# INVITED ADDRESSES

1. "Teaching Severely Emotionally Disturbed Children"
   Special Study Institute, Florida State University, 1979

2. "Behavior Management at Home and School"
   "Designing Programs for Language, Social and Self-Help Skills"
   "Exemplary Practice for Parents and Teachers"
   Montana Office of Public Instruction, 1980

3, "Behavioral Methods"
Idaho Conference on Human Behavior, 1980

4. "Behavior Management"
Southern Nevada Association for the Handicapped, 1980

5. "Behavior Modification with the Autistic Child"
San Jose State University, 1981

6. "The Autistic Child"
Los Angeles Unified School District, 1981

7. "Advanced Behavior Modification Techniques"
Los Angeles Teaching Home Workshop, 1980 & 1981

8. "Management of Behavior in the Home Setting"
National Society of Autistic Children, 1983

9. "Management of Behavior"
National Society of Autistic Children, 1984

10. "Practical Procedures for Working with Autistic Individuals"
Northern California Association for Behavior Analysis Fourth
Annual Conference, 1985

11. "Management of Behavior of the Older Child"
National Society of Autistic Children, 1985

12. "Management of Behavior of the Younger Child"
National Society of Autistic Children, 1985

13. "Management of Behavior"
National Society of Autistic Children, 1985

14. "Behavior Modification, Does it Generalize?"
Northern California Association for Behavior Analysis
Fifth Annual Conference, 1986

15. "Placement considerations of Clients with Prader-Willi Syndrome"
Prader Willi Association, 1986

16. "Residential Alternatives to Institutionalization"
Metropolitan State Hospital, 1986

17. "Residential Alternatives to Institutionalization"
Fairview Developmental Center, 1986

**RONALD B. LEAF, Ph.D.**                                                                20

18. "Challenges to Community Based Treatment"
    Northern California Association for Behavior Analysis
    Sixth Annual Conference, 1987

19. "Practical Behavior Management"
    A Conference on Autism
    New Mexico Protection and Advocacy, 1987

20. "Practical Behavior Management Procedures"
    Orange County Department of Education, 1987

21. "Adaptation of the Teaching Family Model for Developmentally Disabled Persons"
    Interagency Collaboration Committee, 1987

22. "Behavior Modification--The Hard Realities"
    Association of Behavior Analysis-Southern California, 1987

23. "Service and Treatment Models for Persons with Prader-Willi Syndrome"
    California Legislature Ways and Means Subcommittee on Health and Welfare, 1987

24. "DSM III-R: Introduction and Application"
    Pocatello School District, 1988

25. "Residential Treatment - 5-year Update"
    Northern California Association for Behavior Analysis
    Seventh Annual Conference, 1988

26. "Behavior Modification and Psychotherapy: Friends or Foes"
    Northern California Association for Behavior Analysis
    Eighth Annual Conference, 1989

27. "Challenges in the Treatment of the DD: Parent Training to Obesity"
    Northern California Association for Behavior Analysis
    Ninth Annual Conference, 1990

28. "Diagnosis Evaluation and Treatment of Mildly Autistic Individuals"
    Northern California Association for Behavior Analysis
    Tenth Annual Conference, 1991

29. "The Family's Role in Habilitation"
    "Developing Skills for Independence"
    Mega Conference--Casper, Wyoming, 1992

30. "Behavior Management"
    Rancho Los Amigos Medical Center, 1993

31. "Parent Training: From Soup to Nuts"
Northern California Association for Behavior Analysis
Twelfth Annual Conference, 1993

32. "Eat and Be Merry? Implications of Recent Research on Food as a Reinforcer"
Northern California Association for Behavior Analysis
Twelfth Annual Conference, 1993

33. "Positive, Practical and Effective Strategies for Dealing with Disruptive Behaviors".
Abilene Unified School District
Seventh Annual Special Educator's Conference, 1993

34. "Supported Living? Supported Employment? Let's Get Realistic!!!"
Northern California Association for Behavior Analysis
Thirteenth Annual Conference, 1994

35. "Implementing Positive, Proactive, Practical Behavior Programs to   Enable Autistic
Individuals  to Cope with Everyday Frustrations"
Greater Long Beach South Bay Autism Society, 1994

36. "Managing Disruptive Behaviors"
Fountain Valley Unified School District, 1994

37. "Adapting the Intensive Behavioral Model for Older Autistic Children and Adolescents"
Northern California Association for Behavior Analysis
Fourteenth Annual Conference, 1995

38. "Segregation to Full Inclusion: Implementing a Balanced Framework"
Northern California Association for Behavior Analysis
Fourteenth Annual Conference, 1995

39. "Dually Diagnosed Workshop"
Indiana Association of Rehabilitation Facilities Annual Conference, 1995

40. "Autism Workshop"
Indiana Association of Rehabilitation Facilities Annual Conference, 1995

41. "Managing Your Child's Behavior"
Long Beach Unified School District, 1995

42. "Behavior Therapy"
East County SELPA, 1995

43. "Discrete Trial Training"
Greater Anaheim SELPA, 1995

44. "Practical, Positive and Effective Strategies to Manage Behavior"
    West Orange County Consortium for Special Education, 1995

45. "Behavior Intervention for Young Children with Autism"
    Moreno Valley Unified School District, 1995

46. "Behavior Intervention for Students with Autism"
    State of Hawaii Department of Education, 1996

47. "Strategies to Manage Behavior"
    West Orange County Consortium for Special Education, 1996

48. "Practical Behavior Management"
    Autism Society America Greater Long Beach South Bay Chapter, 1996

49. "Behavior Intervention:  Strategies for Assessment, Intervention Development and
    Evaluation"
    State of Hawaii Department of Education, 1996

50. "Developing Communication Program for Early Childhood"
    State of Hawaii Department of Education, 1996

51. "Dealing with Behavior Problems"
    East Tennessee Chapter, Autism Society of America, 1996

52. "Adapting the Treatment Model: Serving Children with Autism Using Applied
    Behavioral Analysis"
    Autism Society of Wisconsin, 1996

53. "Behavior Intervention"
    Greater New Orleans Chapter, Autism Society of America,1996

54. "Factors in the Treatment of Individual with Autism"
    The East Bay Chapter of the Autism Society of America,1996

55. "Discrete Trial Teaching"
    Long Beach Unified School District, 1996
    Los Angeles SELPA, 1996
    North Coastal Consortium for Special, 1997
    Greater Anaheim SELPA, 1996
    Pasadena Unified School District, 1997
    Placentia Yorba Linda Unified School District, 1996
    Santa Ana Unified School District, 1996
    Southwest SELPA, 1996
    Tustin Unified School District, 1996 & 1997

56. "Behavior Intervention"
Autism Society of America, Nevada Chapter, 1997

57. "Illusions, Delusions and Conclusions of Discrete Trial Training"
Northern California Association for Behavior Analysis
Fifteenth Annual Conference, 1997

58. "Intensive Behaviour Therapy: A Two-Day Intensive Training Program"
Geneve Centre, Toronto, Canada, 1998

59. "Discrete Trial Training: Cure of the Year"
Northern California Association for Behavior Analysis
Sixteenth Annual Conference, 1998

60. "Evolution of Behavioral Treatment"
Indiana Resource Center for Autism, 1998

61. "Autism Training Series"
Oregon Department of Education, 1998

62. "What Really Works - Innovative Behavioral Approaches"
Autism Society of Los Angeles, 1998

63. "Behavioral Treatment with Individual with Autism"
North County Chapter of Autism Society, 1998

64. "Applied Behavior Analysis (ABA)"
Pre-Conference Workshop presented at the Annual meeting of Autism Society of
America, Reno, Nevada, 1998

65. "Autism Intervention"
F.E.A.T., Victoria, British Columbia, 1998

66. "Countering Rigidity: Evolutions in Discrete Trial Teaching"
Autism Symposium, University of Judaism, Los Angeles, 1999

67. "Panel Discussion: Particia Krantz, Gary LaVingna, Ronald Leaf,
John Lutzker and Lynn McClannahan"
Autism Symposium, University of Judaism, Los Angeles, 1999

68. "Behavioral Treatment with Individual with Autism"
F.E.A.T., Arizona, 1999

69. "Panel Discussion: Edward Fenske, B.J. Freeman, Ronald Leaf and Bernard Rimland"
F.E.A.T., Arizona, 1999

**RONALD B. LEAF, Ph.D.**                                                          24

70. "Training in Behavioral Interventions for Persons with Autism"
    Northern California Association for Behavior Analysis
    Eighteenth Annual Conference, 2000

71. "Learning to Learn: Instruction on Learning Processes for Children with Autism-
    Observational Learning and the Social Club"
    Autism Symposium, University of Judaism, Los Angeles, 2000

72. "Autism: Coping with Difficult Behaviors, 18 months-3 years"
    Fourth Annual Conference: Making Connections with Infants and
    Toddlers, Fort Lauderdale, Florida, 2000

73. "Using Discrete Trials within a Continuum of Behavior Teaching for Nonverbal Imitation
    and Expressive Language to Play and Social Skills"
    California Association for Behavior Analysis
    Nineteenth Annual Conference, 2001

74. "Applied Behavior Analysis for Children with Autism"
    South Dakota University Affiliated Program,
    Sioux Falls, South Dakota, 2001

75. "Basic Applied Behavior Analysis for Children in the Treatment of Autism"
    Autism Society of Illinois Annual Conference, 2001

76. "Developing, Selecting and Evaluating Curriculum for Intensive Behavioral Treatment of
    Autism"
    California Association for Behavior Analysis
    Twentieth Annual Conference, 2002

77. "Autism Spectrum Disorders: Providing Children with Meaningful Education"
     Freeman, B.J., Green, C., Leaf, R., Sperry, L., Waks, A., & Weatherly, C.
    Child and Family Service, Oahu, Hawaii, 2002

78. "A Cost Effective Approach that Prepares Students with ASD for Success"
    Autism Society Ontario, 2003

79. "Divergence, Convergence and Resolution?"
    California Association for Behavior Analysis
    Twenty-third Annual Conference, 2005

80. "A Model IEP Team"
    Symposium presented at LPR's National Institute, 2005 Convention,
    Las Vegas, NV, 2005

81. "Quality Programming for Autism: Academics, Behavior and Communication"
    Mark R. Hammond Associates, 2006

82. "Discrete Trial Teaching: Facts, Folklore and Myths"
    The Autism Alliance of Greater Kansas City, 2007

83. "Applied Behavior Analysis"
    The Faces of Autism Conference, Saskatchewan, 2007

84. Leaf, R. & Leaf, J.B. (2007). *Discrete Trial Teaching: Facts, Folklore, and Myths*. Workshop to Kansas City Autism Alliance, Kansas City, K.S.

85. Leaf, R.B., & Leaf, J. B. (2009). *Elements of a Quality Education.* Workshop to the Northwest Missouri Conference on Autism, St. Joseph, M.O.

86. "Beyond Greetings and Eye Contact: Development of Authentic and Meaningful Social Skills"
    Texas Conference on Behavior Analysis, Houston, 2009

87. "It's Time for School" Building Quality Education Program for Students"
    Autism Research Institute, Garden Grove, California, 2012

## UNIVERSITY AND COLLEGE PRESENTATIONS

Mount St. Mary's College, 1978

University of California, Los Angeles, 1980

Idaho State University at Pocatello, 1980

Southern Illinois University at Carbondale, 1981

Angelo State University, 1984

Golden West College, 1986

Cypress College, 1986

University of California, Los Angeles, 1986

California State University, Los Angeles, 1987

Golden West College, 1990

California State University, Dominguez Hills, 1993

Biola University, 1995

Pepperdine University, 1998

University of Hong Kong, 1999

University of Massachusetts at Amherst, 2002

University of Kansas, 2006, 2007, 2009

University of Southern California, 2013


## WORKSHOP PRESENTATIONS

1978-Present   Beijing, China
         Calgary, Canada
         Cartagena, Columbia
         Copenhagen, Denmark
         Edmonton, Canada
         Guangzhou, China
         Hong Kong
         Ipoh, Malaysia
         Leeds, UK
         London, UK
         Manchester, UK
         Manila, Philippines
         New Foundland, Canada
         Odense, Denmark
         Rajhamandry, India
         Shanghai, China
         Singapore
         Taiwan
         Thailand
         Tokyo, Japan
         Toronto, Canada
         Victoria, Canada

         Arizona
         Arkansas
         California
         Colorado
         Florida
         Georgia
         Hawaii
         Idaho

**RONALD B. LEAF, Ph.D**.

Illinois
Massachusetts
Michigan
Minnesota
Missouri
Nevada
North Carolina
Oklahoma
South Carolina
Texas
Utah
Virginia
Washington DC
Wisconsin
Wyoming

# PUBLICATIONS

1. Cuvo, A.J., Leaf, R.B., & Borakove, L.S.  (1978). Teaching janitorial skills to the mentally retarded: acquisition, generalization and maintenance.  *Journal of Applied Behavior Analysis*, 11, 345-353.

2. Leaf, R.B.  (1979).  Follow-up of autistic children who have received intensive behavior modification.  Unpublished Master's Thesis, University of California, Los Angeles.

3. Lovaas, O.I., & Leaf, R.B. (1981).  Teaching Developmentally Disabled Children:  The Me Book.  Baltimore:  University Park Press (video tapes).

4. Leaf, R.B. (1983).  A simplified measure for behavioral assessment of autistic individuals.  Unpublished Doctoral Dissertation, University of California, Los Angeles.

5. Leaf, R.B.  (1990).  Residential Treatment of Individuals with Dual Diagnosis.  Kingston, N.Y.: National Association for the Dually Diagnosed, (audio tape).

6. Leaf, R.B., Dayharsh, J.J.  (1993).  Practical Positive and Effective Strategies for Dealing with Dually Diagnosed Individuals.  Kingston, N.Y.:  National Association for the Dually Diagnosed, (video tape).

7. Taubman, M., Brierly, S., Wishner, J., Baker, D., McEachin, J., & Leaf, R.B. (2001).  The effectiveness of a group discrete trial instructional approach for preschoolers with developmental.  *Research in Developmental Disabilities*, 22, 205-219.

8. Leaf, R, Taubman, M, Bondy, A & McEachin, J. (2008).  The test of time. *Advance*, 18 (23), 15.

9.   Soulaga, D., Leaf, J.B., Taubman, M., McEachin, J, Leaf, R.B. (2008). <u>A comparison of flexible prompt fading and constant time delay for five children with autism.</u> *Research in Autism Spectrum Disorders*, 2, 753-765.

10.  Leaf, J.B., Taubman, M., Bloomfield, S., Palos-Rafuse, L.I., McEachin, J.J., Leaf, R.B. & Oppenheim, M. L. (2009). <u>Increasing social skills and pro-social behavior for three children diagnosed with autism through the use of a teaching package</u>. *Research in Autism Spectrum Disorders*, 3, 275-289.

11.  Leaf, R.B, Taubman, M.T., McEachin, J.J., Leaf, J.B. & Tsuji, K.H. (2011).  <u>A program description of a community-based intensive behavioral intervention program for individuals with autism spectrum disorders.</u>  *Education and Treatment of Children,* 34, 259-285.

12.  Leaf, J.B., Tsuji, K.H., Griggs, B., Edwards, A., Oppenheim, M.L., Taubman, McEachin, J., & Leaf, R.B. (2012).  <u>Teaching social skills to children with autism using the cool versus not cool procedure</u>. *Education and Training in Autism and Developmental Disabilities,* 47, 165-175.

*13.* Leaf, J. B., Oppenheim-Leaf, M. L., Call, N. A., Sheldon, J. B., Sherman, J. A., Taubman, M., McEachin, J. J., Dayharsh, J., & Leaf, R. B. (2012). <u>Comparing the teaching interaction procedure to social stories for people with autism</u>. *Journal of Applied Analysis,* 45, 281-298.

14.  Leaf, J. B., Oppenheim-Leaf, M. L., Leaf, R, Coutemanche, A.B., Taubman, M, McEachin, J, Sheldon, J. B., & Sherman, J. A. (2012). <u>Observational effects on the preferences of children with autism</u>. *Journal of Applied Analysis*, 45, 473-483.

15.  Leaf, J. B., Tsuji, K. H., Lentell, A., McEachin, J. J., Taubman, M., Leaf, R. B., & Oppenheim-Leaf, M. (2013). A comparative analysis of one-to-one instruction to group instruction for children diagnosed with an autism spectrum disorder. *Behavioral Interventions*, 28, 82-106.

16.  Kuyumjian, A., Taubman, M., Rudrud, E., Edwards, A., Leaf, J. B., Schulze, K., McEachin, J., & Leaf, R. (2013). Utilizing teaching interactions to facilitate social skills in the natural environment. *Education and Training in Autism and Developmental Disabilities,* 48, 245-257.

17.  Taubman, M.T., Leaf, R.L., McEachin, J.J., Papovich, S., & Leaf, J.B. (2013).  A Comparison of Data Collection Techniques Used with Discrete Trial Teaching. *Research in Autism Spectrum Disorders*, 7, 1026-1034.

18.  Leaf, J. B., Leaf, R., Taubman, M., McEachin, J., & Delmolino, L. (2014). Comparison of flexible prompt fading to error correction for children with autism spectrum disorder. *Journal of Developmental and Physical Disabilities, 26, 203-224.*

**Ronald B. Leaf, Ph.D.**

19. Leaf, J. B., Leaf, J. A., Alcalay, A., Dale, S., Kassardjian, A., Tsuji, K., Leaf, R., Taubman, M., & McEachin, J. (2014) Comparison of most-to-least to error correction to teach tacting to two children diagnosed with autism. *Evidence Based Communication Assessment and Intervention, 7,* 124-133.

20. Kassardjian, A., Leaf, J. B., Ravid, D., Leaf, J. A., Alcalay, A., Dale, S., Tsuji, K., Taubman, M., Leaf, R., McEachin, J., & Oppenheim-Leaf, M. L. (2014). Comparing the Teaching Interaction Procedure to Social Stories: A Replication Study. *Journal of Autism and Developmental Disorders, 44,* 2329-2340.

27. Leaf., J. B., Dale, S., Kassardjian, A., Tsuji, K. H., Taubman, M., McEachin, J., Leaf, R. B., & Oppenheim-Leaf, M. (2014). Comparing different classes of reinforcement to increase expressive language for individuals with autism. *Education and Training in Autism and Developmental Disabilities, 49,* 533-546.

28. Leaf, J. B., Alcalay, A., Leaf, J. A., Tsuji, K., Kassardjian, A., Dale, S., McEachin, J., Taubman, M., & Leaf, R. (2014). Comparison of most-to-least to error correction for teaching receptive labeling for two children diagnosed with autism. *Journal of Research in Special Education Needs, Online,* 1-9.

29. Au, A. H. C., Mountjoy, T. J., Man, K. L. P., Leaf, J. B., Leaf, R. B., Taubman, M., & McEachin, J. (2015). A programmatic description of an international private behaviorally orientated autism school. *Education and Treatment of Children, 38,* 121-144.

30. Leaf, J.B., Oppenheim-Leaf, M, L., Leaf, R.B., Taubman, M.T., McEachin, J.J., Parker, T., Waks, A.B., & Mountjoy, T. (2015). What is the proof? A methodological review of studies that have used social stories. *Education and Training in Autism and Developmental Disabilities, 50,* 127-141.

31. Leaf, J.B., Leaf, R.B., Alaclay, A., Leaf, J.A., Ravid, D., Dale, St. Kuyumjian, A., Tsuji, K., Taubman, M.T., McEachin, J.J., & Oppenheim-Leaf, M, L. (2015). Utility of formal preference assessments for individuals diagnosed with autism spectrum disorder. *Education and Training in Autism and Developmental Disabilities, 50,* 199-212.

32. Leaf, J. B., Taubman, M., Leaf, J., Dale, S., Tsuji, K., Kassardjian, A., Alcalay, A., Milne, C., Mitchell, E., Townley-Cochran, D., Leaf, R. & McEachin, J. (2015). Teaching social interaction skills using cool versus not cool. *Child & Family Behavior Therapy, 37,* 321-334.

33. Leaf, J. B., Kassardjian, A., Oppenheim-Leaf, M. L., Tsuji, K. H., Dale, S., Alcalay, A., Leaf, J. A., Ravid, D., Miline, C., Leaf, R., Taubman, M., & McEachin, J. (2015). Observational effects of preference selection for four children on the autism spectrum: A replication. *Behavioral Interventions,30,* 256-269.

34. Townley-Cochran, D., Leaf, J. B., Taubman, M., Leaf, R., McEachin, J. (2015). Observational learning of students diagnosed with Autism: A review paper. *Review Journal of Autism and Developmental Disorders,2,* 262-272.

35. Leaf, J. B., Townley-Cochran, Taubman, M., Cihon, J. H., Oppenheim-Leaf, M. L.,
Kassardjian, A., Leaf, R., McEachin, J., Pentz, T. G. (2015). The teaching interaction
procedure and behavioral skills training for individuals diagnosed with autism spectrum
disorder: A review and commentary. *Review Journal of Autism and Developmental
Disorders, 2,* 402-413.

36. Leaf, J. B., Oppenheim-Leaf, M. L., Townley-Cochran, D., Leaf, J. A., Alcalay, A.,
Milne, C., Kassardjian, A., Tsuji, K., Dale, S., Leaf, R., Taubman, M., & McEachin, J.
(2016). Changing preference from tangible to social activities through an observational
conditioning procedure. *Journal of Applied Behavior Analysis, 49, 49*-57.

37. Leaf, J. B., Leaf, R., McEachin, J., Taubman, M., Ala'i-Rosales, S., Ross, R. K., Smith,
T, & Weiss, M. J. (2016). Applied Behavior Analysis is a Science and, Therefore,
Progressive. *Journal of Autism and Developmental Disorders, 46,* 720-731.

38. Leaf, J. B., Townley-Cochran, D., Mitchell, E., Milne, C., Alcaaly, A., Leaf, J., Leaf, R.,
Taubman, M., McEachin, J., & Oppenheim-Leaf, M. L. (2016). Evaluation of multiple
alternative prompts during tact training. *Journal of Applied Behavior Analysis, 49,* 399-
404.

39. Leaf, J. B., Kassardjian, A., Oppenheim-Leaf, M. L., Cihon, J. H., Taubman, M., Leaf, R.
& McEachin, J. (2016). Social thinking®: Science, pseudoscience, or antiscience?
*Behavior Analysis in Practice, 9,* 152-157.

40. Au, A., Mountjoy, T., Leaf, J. B., Leaf, R., Taubman, M., McEachin, J., & Tsuji, K.
(2016). Teaching social behavior to individuals diagnosed with autism spectrum disorder
using the cool versus not cool procedure in a small group instructional format. *Journal of
Intellectual Disability,2,* 115-124.

41. Leaf, J. B., Leaf, J. A., Alcalay, A., Kassardjian, A., Tsuji, K., Dale, S., Ravid, D.,
Taubman, M., McEachin, J., & Leaf, R. (2016). Comparison of most-to-least prompting
to flexible prompt fading for children with autism spectrum disorder. *Exceptionality, 24,*
109-122.

42. Leaf, J. B., Taubman, M., Milne, C., Dale, S., Leaf, J., Townley-Cochran, D., Tsuji, K.,
Kassardjian, A., Alcalay, A., Leaf, R., & McEachin, J. (2016). Teaching social
communication skills using a cool versus not cool procedure plus role-playing and a
social skills taxonomy. *Education and Treatment of Children, 39,* 44-63.

43. Leaf, J. B., Mitchell, E., Townley-Cochran, D., McEachin, J., Taubman, M., & Leaf, R.
(2016). Comparing social stories™ to cool versus not cool. *Education and Treatment of
Children, 39,* 173-186.

44. Leaf, J. A., Leaf, J. B., Milne, C., Townley-Cochran, Oppenheim-Leaf, M. L., Cihon,
J.H. Taubman, M., McEachin, J., & Leaf, R. (2016). The effects of the cool versus not
cool procedure to teach social game play to individuals diagnosed with autism spectrum
disorder. *Behavior Analysis in Practice, 9,* 34-49.

45. Leaf, J. B., Alcalay, A., Leaf, J. A., Tsuji, K., Kassardjian, A., Dale, S., McEachin, J., Taubman, M., & Leaf, R. (2016). Comparison of most-to-least to error correction for teaching receptive labeling for two children diagnosed with autism. *Journal of Research in Special Education Needs, 16,* 217-225.

46. Kassardjian, A., Leaf, J. A., Leaf., J. B., Townley-Cochran, D., Alcaly, A., Milne, C., Dale, S., Tsuji, K,. Leaf, R., Taubman, M., & McEachin, J. (2016). Evaluation of graduated vs all-or-none contingencies on rate tasks for individuals diagnosed with autism. *Education and Training in Autism and Developmental Disabilities, 51,* 434-446.

47. Leaf, J. B., Leaf., R., McCray, C., Lamkins, C., Taubman, M., McEachin, J., & Cihon, J. H. (2016). A preliminary analysis of a behavioral classrooms needs assessment. *International Electronic Journal of Elementary Education, 9,* 385-404.

48. Leaf, J. B., Cihon, J. H., Leaf, R., McEachin, J., & Taubman, M. (2016). A progressive approach to discrete trial teaching: Some current guidelines. *International Electronic Journal of Elementary Education, 9,* 361-372.

49. Leaf, J. B., Cihon, J. H., Townley-Cochran, D., Miller, K., Leaf, R., McEachin, J., & Taubman, M. (2016). An evaluation of positional prompts for teaching receptive identification to individuals diagnosed with autism spectrum disorder. *Behavior Analysis in Practice, 9,* 349-363.

50. Leaf, J. B., Leaf, R., McEachin, J., Taubman, M., Smith, T., Harris, S. L., Freeman, B. J., Mountjoy, T., Parker T., Streff, T., Volkmar, F, R., & Waks, A. (2017). Concerns about the registered behavior technician™ in relation to effective autism intervention. *Behavior Analysis in Practice, 10,* 154-163.

51. Townley-Cochran, D., Leaf, J. B., Leaf., R., Taubman, M., & McEachin, J. (2017). Comparing error correction procedures for children diagnosed with autism. *Education and Training in Autism and Developmental Disabilities, 52, 91-101.*

52. Leaf, J. B., Leaf, J. A., Milne, C., Taubman, M., Oppenheim-Leaf, M., Torress, N., Townley-Cochran, Leaf, R., McEachin, J., & Yoder, P. (2017). An evaluation of a behaviorally based social skills group for individuals diagnosed with autism spectrum disorder. *Journal of Autism and Developmental Disorders, 47,* 243-259.

53. Leaf, J. B., Cihon, J. H., Alcalay, A., Mitchell, E., Townley-Cochran, D., Miller, K., Leaf, R., Taubman, M., & McEachin, J. (2017). Instructive feedback embedded within group instruction for children diagnosed with autism spectrum disorder. *Journal of Applied Behavior Analysis, 50,* 304-316.

54. Milne, C., Leaf, J. A., Leaf, J. B., Cihon, J. H., Torress, N., Townley-Cochran, D., Taubman, M., Leaf, R., McEachin, J., & Oppenheim-Leaf, M. (2017). Teaching joint attention and peer to peer communication using the cool versus not cool procedure in a large group setting. *Journal of Developmental and Physical Disabilities, 29,* 777-796.

56. Leaf, J. B., Leaf, R., Leaf, J. A., Alcalay, A., Ravid, D., Dale, S., Kassardjian, A., Tsuji, K., Taubman, M., McEachin, J., & Oppenheim-Leaf, M. L. (2018). Comparing paired-stimulus preference assessments with in-the-moment reinforcer analysis on skill acquisition: A preliminary investigation. *Focus on Autism and Other Developmental Disabilities, 37, 14-24.*

57. Leaf, J. B., Cihon, J. H., Ferguson, J. L., McEachin, J., Leaf, R., & Taubman, M. (2018). Evaluating three methods of stimulus rotation when teaching receptive labels. *Behavior Analysis in Practice,* 11, 334-349.

58. Leaf, J. B., Cihon, J. H., Ferguson, J. L., Taubman, M., Leaf, R., & McEachin, J. (2018). Social Thinking®, pseudoscientific, not empirically supported, and non-evidence based: A reply to Crooke and Winner. *Behavior Analysis in Practice*, 11, 456-466.

59. Leaf, J. B., Leaf, R., McEachin, J., Cihon, J. H., & Ferguson, J. L. (2018). Advantages and challenges of a home-and clinic-based model of behavioral intervention for individuals diagnosed with autism spectrum disorder. *Journal of Autism and Developmental Disorders,* 48, 2258-2266.

60. Cihon, J. H., Ferguson, J. L., Leaf, J. B., Leaf, R., McEachin, J., & Taubman, M. (2019). Use of a level to improve syncronious engagement for children with autism spectrum disorder. *Behavior Analysis in Practice, 12,* 44-51.

61. Alcalay, A., Ferguson, J. L., Cihon, J. H., Torres, N., Leaf, J. B., Leaf, R., McEachin, J., Schulze, K. A., & Rudrud, E. H. (2019). Comparing multiple stimulus preference assessments without replacement to in-the-moment reinforcer analysis on rate of responding. *Education and Training in Autism and Developmental Disorders, 54,* 69-82.

62. Ala'i-Rosales, S., Cihon, J. H., Currier, T. D. R., Ferguson, J. L., Leaf, J. B., Leaf, R., McEachin, J., & Weinkauf, S. M. (2019). The Big Four: Functional Assessment Research Informs Preventative Behavior Analysis. *Behavior Analysis in Practice, 12,* 222-234.

63. Leaf, J. B., Townley-Cochran, D., Cihon, J. H., Mitchell, E., Leaf, R., Taubman, M., & McEachin, J. (2019). Descriptive analysis of the use of punishment-based techniques with children diagnosed with autism spectrum disorder. *Education and Training in Autism and Developmental Disorders, 54, 107-118.*

64. Leaf, J. B., Aljohani, W. A., Milne, C., Ferguson, J. L., Cihon, J. H., Oppenheim-Leaf, M. L., McEachin, J., & Leaf, R. (2019). Training behavior change agents and parents to implement discrete trial teaching: A literature review. *Review Journal of Autism and Developmental Disorders, 6,* 26-39.

65. Leaf, J. B., Cihon, J. H., Ferguson, J. L., Leaf, R., & McEachin, J. (2019). Comparing no-no prompt to flexible prompt fading to teach expressive labels to individuals diagnosed with autism spectrum disorder. *Education and Training in Autism and Developmental Disorders, 54,* 274-287.

66. Ferguson, J. L., Cihon, J. H., Leaf, J. B., Milne, C., VanMeter, S., Leaf, R., & McEachin, J. (2019). Assessment of social validity trends in the Journal of Applied Behavior Analysis. *European Journal of Applied Behavior Analysis, 20,* 146-157.

67. Cihon, J. H., Ferguson, J. L., Milne, C., Leaf, J. B., McEachin, J., & Leaf, R., (2019). A preliminary evaluation of a token system with a flexible earning rate. *Behavior Analysis in Practice, 12,* 548-556.

68. Cihon, J. H., Ferguson, J. L., Leaf, J. B., Milne, C., Leaf, R., & McEachin, J. (2019). A randomized clinical study of three prompting systems to teach tact relations. *Journal of Applied Behavior Analysis, 53,* 727-743.

69. Leaf, J. B., Ferguson, J. L., Cihon, J. H., Milne, C. M., Leaf, R., & McEachin, J. (2019). A critical review of social narratives. *Journal of Developmental and Physical Disabilities, 32,* 241-256.

70. Ferguson, J. L., Milne, C. M., CIhon, J. H., Dotson, A., Leaf, J. B., McEachin, J., & Leaf, R. (2020). An evaluation of estimation data collection to trial by trial data collection during discrete trial teaching. *Behavioral Interventions, 35*, 178-191

71. Leaf, J. B., Milne, C., Aljohani, W. A., Ferguson, J. L., Cihon, J. H., Oppenheim-Leaf, M. L., McEachin, J., & Leaf, R. (2020). Training change agents how to implement formal preference assessments: A review of the literature. *Journal of Developmental and Physical Disabilities, 32, 41-56.*

72. Green, D. R., Ferguson, J. L., Cihon, J. H., Toress, N., Leaf, R., McEachin, J., Rudrud, E., Schulze, K., & Leaf, J. B. (In Press). The teaching interaction procedure as a staff training tool. *Behavior Analysis in Practice.*

73. Milne, C., Leaf, J. B., Cihon, J. H., Ferguson, J., McEachin, J., Leaf, R. (In Press). What is the proof now? An updated methodological review of research on social stories. *Education and Training in Autism and Developmental Disorders.*

74. Ferguson, J. L., Leaf, J. A., Cihon, J. H., Milne, C. M., Leaf, J. B., McEachin, J., & Leaf, R. (In Press). Practical functional assessment: A case study replication and extension with a child diagnosed with autism spectrum disorder. *Education and Treatment of Children.*

75. Cihon, J. H., Milne, C. M., Ferguson, J. L., Leaf, J. B., McEachin, J., Leaf, R. (In Press). Fad treatments in autism intervention: An evaluation of fidget spinners. *Education and Training in Autism and Developmental Disorders.*

76. Leaf, J. B., Cihon, J. H., Ferguson, J. L., Milne, C., Leaf, R., & McEachin, J. (In Press). Comparing error correction to errorless learning: A randomized clinical trial. *The Analysis of Verbal Behavior.*

**Ronald B. Leaf, Ph.D.**                                                                                34

77. Leaf, J. B., Cihon, J. H., Ferguson, J. L., Milne, C. M., Leaf, R., & McEachin, J. (In Press). Advances in our understanding of behavioral intervention: 1980 to 2020 for individuals diagnosed with autism spectrum disorder. *Journal of Autism and Developmental Disorders.*

## BOOKS

1. Leaf, R.B., & McEachin, J.J. (1999). *A Work in Progress: Behavior Management Strategies and a Curriculum for Intensive Behavioral Treatment of Autism*. New York, NY: Different Roads to Learning.

2. Leaf, R.B., McEachin, J.J. & Taubman, M. (2008). *Sense and Nonsense in the Behavioral Treatment of Autism: It Has to Be Said*. New York, NY: Different Roads to Learning.

3. Leaf, R.B., Taubman, M, & McEachin, J.J. (2008). *It's Time for School: Building Quality ABA Educational Programs*. New York, NY: Different Roads to Learning.

4. Taubman, M.T., Leaf, R.B. & McEachin (2011). *Crafting Connections: Contemporary Applied Behavior Analysis for Enriching the Social Lives of Persons with Autism Spectrum Disorder*. New York, NY: Different Roads to Learning.

5. Leaf, R.B., McEachin, J.J., & Taubman, M. (2012). *A Work in Progress Companion Series*. New York, NY: Different Roads to Learning.

6. Leaf, R, Leaf, J.B., & McEachin, J. (2018). *Clinical Judgement in ABA: Lessons from our pioneers*. New York, NY: Different Roads to Learning.

7. Leaf, J. B., Milne, C. M., Leaf, J. A., Rafuse, J., Cihon, J. H., Ferguson, J. L., Leaf, R., McEachin, J., & Mountjoy, T. (In Press). *The Autism Partnership Method: Social Skills Groups*. Different Roads to Learning, New York, NY: Different Roads to Learning.

## CHAPTERS IN BOOKS

1. Leaf, J.B., Leaf, R.B. & Leaf, J.D. (2008). A parent's story: Jake and Nick. In E. Capani (Eds.). *Triumphs in Autism*.

2. Leaf, R.B. & McEachin, J. (2016). The Lovaas Model: Love It or Hate It, But First Understand It. In Romanczyk, R, and McEachin, J (eds.). *Comprehensive Models of Autism Spectrum Disorder Treatment*.

# CREDENTIALS and LICENSES

Licensed Psychologist (# PSY 11481)
      State of California Board of Medical Quality Assurance

Adult Teaching Credential (#33789)
      State of California

# EXHIBIT 42

**Redacted Version of Documents
Conditionally Filed Under Seal**

Page 1

1                 UNITED STATES DISTRICT COURT

2                 CENTRAL DISTRICT OF CALIFORNIA

3

    SCOTT CROSBY AND KARISSA        )
4   CROSBY, individually and on     )
    behalf of their son Jake        )
5   Crosby, and on behalf of all    )
    others similarly situated,      )
6                                    )
                Plaintiffs,          ) CASE NO.
7                                    ) 8:17-cv-01970-CJC-JDE
                                     )
8   vs.                             )
                                     )
9                                    )
    CALIFORNIA PHYSICIANS'          )
10  SERVICE dba BLUE SHIELD OF       )
    CALIFORNIA,                      )
11                                   )
                Defendant.           )
12  _____ )

13

14                    CONFIDENTIAL

15      VIDEOTAPED 30(b)(6) DEPOSITION OF MAGELLAN HEALTH

16            BY AND THROUGH YAGNESH VADGAMA

17             THURSDAY, OCTOBER 17, 2019

18                    9:42 A.M.

19

20

21

22

23

24  REPORTED BY:  KATHERINE FERGUSON, CSR NO. 12332

25               JOB NO. 170091

Confidential

Page 139

10    Q    So if age is not a factor in the MNC, how

11  is it appropriate to consider age under the MNC?

12         MR. COLLINS:  Object to the form.  He's

13  answered that.

14    A    Age is appropriate within the MNC depending

15  on the number of hours that are being requested.

16  BY MS. DJORDJEVIC:

17    Q    And can you point to me where that is?

18    A    Definition:  "Services may range from 21 --

19    Q    What page and --

20    A    I'm sorry.

21    Q    And which set of --

22    A    I'm looking at Exhibit 4.

23    Q    Okay.

24    A    Under definitions, comprehensive

25  intervention:  "Services may range from 21 to 40

Confidential

Page 140

1    hours per week early in the recipient's development;

2    for example, under the age of seven."

3        Q    You're reading from the comprehensive

4    intervention definition?

5        A    That's correct.

14       Q    So this definition section that you were

15   just reading from, do you consider that to be

16   something that supports partial denials?

17           MR. COLLINS:  Object to form.

18       A    We consider the age, the number of hours

19   that are being requested, along with the criteria for

20   continued care, as well as the criteria for discharge

21   from care as all reasons to have a deeper

22   introspection into the number of hours that are being

23   requested.

Confidential

Page 295



Confidential



Confidential

Page 348

STATE OF CALIFORNIA        )

                           ) ss

COUNTY OF LOS ANGELES      )

        I, KATHERINE FERGUSON, Certified Shorthand

Reporter, for the State of California, do hereby

certify:

        That prior to being examined, the witness named in

the foregoing deposition, was by me duly sworn to

testify the truth, the whole truth and nothing but the

truth;

        That the testimony of the witness and all

objections made at the time of the examination were

recorded stenographically by me;

        That the foregoing transcript is a true record of

the testimony and all objections made at the time of the

examination.

        Before completion of the deposition, review of the

transcript [ ] was [X] was not requested.  If requested,

any changes made by the deponent (and provided to the

reporter) during the period allowed are appended hereto.

        I hereby certify that I am not interested in the

event of the action.

        IN WITNESS WHEREOF, I have subscribed my name this

29th day of October, 2019.

_____

Katherine Ferguson, CSR 12332

# EXHIBIT 52

**Redacted Version of Document
Conditionally Filed Under Seal**

**BONNETT FAIRBOURN**
  **FRIEDMAN & BALINT, PC**
Andrew S. Friedman (*Pro Hac Vice*)
afriedman@bffb.com
Francis J. Balint (*Pro Hac Vice*)
fbalint@bffb.com
Kimberly C. Page (P*ro Hac Vice*)
kpage@bffb.com
Nada Djordjevic (*Pro Hac Vice*)
ndjordjevic@bffb.com
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100; Fax: (602) 274-1199

**LAW OFFICES OF RANDY D. CURRY**
Randy D. Curry, Esq., SBN 119636
randydcurrylaw@gmail.com
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663
Tel.: (949) 258-4381; Fax: (949) 258-4382

Attorneys for Plaintiffs and the Proposed Class

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CROSBY and KARISSA CROSBY, individually, and on behalf of their son JAKE CROSBY, and on behalf of all others similarly situated.<br><br>       Plaintiffs,<br><br>    vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA; MAGELLAN HEALTH, INC; and HUMAN AFFAIRS INTERNATIONAL OF CALIFORNIA,<br><br><br>      Defendants. | Case No.:  8:17-CV-01970-CJC-JDE<br><br>JUDGE: Hon. Cormac J. Carney<br>COURTROOM: 9B<br><br><br>Expert Report of:<br><br>**Frank G. Fox, Ph.D**<br>**Jonathan F. Fox, Ph.D**<br><br>July 6, 2020 |

# Contents

1. Background and Experience ................................................................................................. 3

2. Scope of Engagement ........................................................................................................ 5

3. Key Findings ...................................................................................................................... 5

4. Description of Provided Data .............................................................................................. 6

5. Care Shaping Overview and Summary Statistics ............................................................... 8

6. Methodology ..................................................................................................................... 12

7. Estimates of Care Shaping Value ..................................................................................... 21

# Appendices

Appendix A - Litigation Cases, Most Recent Five Years, Frank Fox, Ph.D.
Appendix B - Selected Authorization Histories
Appendix C - Cleaned HAI-CA_0205578
Appendix D - Frank G. Fox CV
Appendix E - Jonathan F. Fox CV

# Table List

Table 1: Care Shaping File HAI-CA_0205578 Episode Summary ................................................ 9

Table 2: Reduced and Suppressed Hours within HAI-CA_0205578 ........................................... 9

Table 3: Care Shaping Counts by Year ................................................................................... 10

Table 4: Care Shaping Summary Statistics by Year ................................................................ 10

Table 5: Requested, Authorized, and Reduced Hours per Episode .......................................... 12

Table 6: ABA Therapy Member Counts .................................................................................. 13

Table 7: Care-Shaped Characteristics for Persons Age 7+ ...................................................... 15

Table 8: Care-Shaped Characteristics for Persons with 2+ years of ABA therapy .................... 16

Table 9: Care-Shaped Characteristics for Persons with High Intensity ABA therapy in 2016 ....... 17

Table 10: Care-Shaped Characteristics for Persons Either Age 7+, Had 2+ years of ABA Therapy, or Had 25+ ABA therapy hours/week in 2016 ...................................................................... 18

Table 11: Care-Shaped Characteristics for Persons Either Age 7+, Had 2+ years of ABA Therapy, or Had 21+ ABA therapy hours/week in 2016 ...................................................................... 19

Table 12: Estimates of Suppressed Hours ............................................................................. 20

Table 13: Care Shaped Hours and Value for all Magellan BSC Care-Shaped Persons, January 1, 2016 to August 31, 2019 ..................................................................................................... 21

Table 14: Care Shaped Hours and Value for Persons Within Defined Study Population, January 1, 2016 to August 31, 2019 ..................................................................................................... 22

# 1. Background and Experience

## 1.1    Frank G. Fox, Ph.D

### 1.1.1  Education and Experience

*Dr. Fox has been a consulting economist and has owned and operated his own consulting firm since 1996. He earned his Ph.D. in Economics at the University of Washington in 1977.  He began his career in econometric modeling in the defense industry, preparing stochastic forecast models. Dr. Fox then moved into health care economics in the early 1980s. Since he has had his own consulting practice, he has provided healthcare planning, statistical analysis and financial consulting to many of the hospitals in the State of Washington and in other parts of the country.  He has also been engaged by numerous physician practices as an expert in health economics and financial/statistical modeling.*

*Dr. Fox has been qualified and has testified as a statistical expert, an expert in economics and health economics, and a healthcare planning expert in a significant number of courts-of-law. This includes deposition and expert testimony in the following: (1) Florida, Federal District Court (1985); (2) Oregon, Federal District Court (2006); (3) Seattle WA, Superior Court (2004); (4) in eighteen separate Washington Department of Health Administrative Law Judge ("DOH ALJ") Hearings—one in 2004, 2008, 2010, two cases in 2011, two cases in 2012, two cases in 2013, four cases in 2014, one case in 2015, two cases in 2016 and two cases in 2018; and (5) in two hearings before the Alaska Office of Administrative Hearings, one in 2016 and another in 2017.*

*Dr. Fox has been deposed as an expert in seven cases; one in 2012, one in 2014, two in 2015, two in 2018; and one case in 2019. These cases were settled before trial. He has also acted as an expert consultant in the following cases:  (1) numerous cases involving the acute care bed need methodology required by the Washington Department of Health under the certificate-of-need rules; (2) an anti-trust case in Oregon (2008); (3) ambulatory surgery center certificate-of-need cases in Washington; (4) kidney dialysis certificate-of-need cases in Washington; and (5) nursing home and hospice certificate-of-need cases in Washington.  In 2018, he provided an expert declaration valuing the injunctive relief in a class action settlement in support of the motion for preliminary approval of that settlement in* Kerr v. Kaiser Foundation Health Plan*, Los Angeles Superior Court Case No. BC556863. In May 2019, Dr. Fox provided an expert declaration modeling the utilization and cost for selected treatments for patients with diagnoses identified in the California Mental Health Parity Act and substance abuse in* Ames v. Anthem Blue Cross Life & Health Insurance Company*, Los Angeles Superior Court Case No. BC591623. His litigation experience for the past five years is included in Appendix A.  Dr. Fox's education, qualifications and experience are summarized in his curriculum vitae, attached as **Error! Reference source not found.**.*

## 1.2    Jonathan F. Fox, Ph.D

### 1.2.1    Education and Experience

*Jonathan F. Fox, Ph.D has worked as an economic consultant for Health Trends since April 2019. Dr. Jonathan Fox received his Ph.D in Economics from the University of Arizona in 2010 with fields in Labor Economics, Econometrics, and Industrial Organization. Between 2010 and 2013, Dr. Jonathan Fox completed a post doctorate at the Max Planck Institute for Demographic Research, and between 2013 and March 2019 worked as Professor of Economics in the John F. Kennedy School for North American Studies at the Free University Berlin. As a Senior Economic Consultant for Health Trends, he has assisted in the construction of Certificate of Need applications in Washington and Oregon, including the preparation of utilization and financial pro forma models. Dr. Jonathan Fox has also evaluated and performed actuarial analyses of health insurance benefit utilization and costs, assisted in the preparation of expert reports, and performed market demand analyses for regional hospitals. Dr. Jonathan Fox's curriculum vitae is attached as **Error! Reference source not found.**.*

## 2.  Scope of Engagement

2.1    Scope

2.1.1   Plaintiffs' attorneys have requested that we prepare an evaluation to include the following definitions:

a.   A Study Period defined to include January 1, 2016 to August 31, 2019.

b.   A Study Population defined to include Blue Shield of California ("BSC" or "Blue Shield") Insureds covered by health plans underwritten by Blue Shield for which Magellan was financially "at risk" ("Blue Shield Insureds"), who received Applied Behavioral Analysis ("ABA") therapy over the study period, were subjected to care-shaping by Human Affairs International of California and Magellan Health, Inc., (collectively "Magellan" or "Magellan Health") and:

i.    Age seven years old or older; and/or
ii.   Had a history of ABA therapy spanning two years or more; and/or
iii.  Received intensive ABA therapy, where "intensive" is defined as at least 25 therapy hours per week.

2.1.2   Given the above, we have been requested to provide an expert opinion regarding reasonable estimates of the value of these selective reductions and partial denials across Blue Shield Insureds who utilized ABA therapy, as well as for the specified Study Population over the Study Period.

## 3.  Key Findings

3.1    "Care shaping" consists of active efforts by Magellan Health to restrict ABA therapy for Blue Shield Insureds seeking treatment for Autism Spectrum Disorder ("ASD"). These efforts took two separate methods:

3.1.1   Method 1: After receiving an initial authorization request from ABA therapy providers, prior to formally entering the request for adjudication Magellan either explicitly or implicitly communicated coverage intentions and its definition of medical necessity, such that providers would then resubmit revised authorization requests for lower levels of care that conformed to Magellan's position regarding coverage. Authorization requests not subsequently revised were denied in part (i.e., approving lower number of hours of ABA therapy).

3.1.2   Method 2: After receiving an initial authorization request from ABA therapy providers, prior to formally entering the request for adjudication Magellan either explicitly or implicitly communicated coverage intentions and its definition of medical necessity such that in following authorization periods, providers would request fewer hours to conform to Magellan's position regarding coverage.

3.2    The reduction in hours attributable to Method 1 is referred to as "Reduced Hours." The reduction in hours attributable to Method 2 is referred to as "Suppressed Hours."

3.3    There exists evidence in the files we were provided that demonstrates both methods of care-shaping contributed to significant reductions in utilization.

3.4    The final authorization files provided by Magellan Health have been effectively "cleaned" of nearly all partial authorizations. This is evidenced by the fact that in the authorization files HAI-CA_0205262 and HAI-CA_0205765, over 99% of all authorization requests do not have denials of any type.[1] Magellan Health care shaping procedures, which rely on providers submitting revised requests with fewer hours, are not reflected in the final authorization requests present within these files.

3.5    ████████████████████████████████████████████████████████████████████████ [2] Based on our analyses, we estimate ████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ .

3.6    Adjusting these values to reflect only those Insureds who are defined as part of the Study Population, we estimate ████████████████████████████████████████████████ . In total, for individuals within the defined Study Population, ████████████████████████████████████████████ .

3.7    There is evidence of a systematic "ratcheting down" of hours over time for many care shaped Blue Shield Insureds. These estimates do not account for the permanent reduction of hours across successive authorization periods. Examples of this temporal structure is provided in Appendix B.

# 4. Description of Provided Data

4.1    To date, plaintiff attorneys have provided the following files from Magellan Health:

   a.   Two sets of three datafiles of claims, authorizations, and appeals (six files in total) for an initial group of 1,370 ABA users within the BSC covered population (HAI-CA_0205261, HAI-CA_0205262, HAI-CA_0205263), as well for a supplementary group of 149 ABA users within the BSC covered population (HAI-CA_0205764, HAI-CA_0205765, and HAI-CA_0205766). The provided authorizations data covers the period July 2013 to February 2018, while the provided claims data covers the period July 2013 to August 2018.

   b.   Two identical files of variable descriptions for the claims, authorizations, and appeals datafiles (HAI-CA_0205264 and HAI-CA_0205767).

   c.   One file of birth months and years for the initial and supplementary groups (HAI-CA_0205768).

---

[1] Declaration of Bruce Deal, May 29, 2020, p. 5.
[2] ████████████████████████████████████████████████████████████████████████

d. Two claims files for the initial and supplementary groups (HAI-CA_0205772 and HAI-CA_0205773, respectively), over the period July 2012 to January 2019.

e. Five care-shaping files (HAI-CA_0205577, HAI-CA_0205578, HAI-CA_0205579, HAI-CA_0205769, HAI-CA_0205774).

f. Seven files of utilization analyses by Magellan Health.
   i. Six of which have been undertaken at the member level (HAI-CA_0205576, HAI-CA_00743824R, HAI-CA_0188588R, HAI-CA_0189333, HAI-CA_0119559R, HAI-CA_0197993).
   ii. One of which has been undertaken at the provider level (HAI-CA_0181334)
   iii. The files containing Magellan Health analyses include the member-level or provider-level source data used, but vary in the amount of information presented and the subpopulation sampled.

      1. For example, HAI-CA_0197993 includes ABA therapy hours by member age for selected populations (i.e. persons with authorized weeks with more than 40 hours or children under the age of three), but no information on the number of visits or the amount paid.

      2. On the other hand, HAI-CA_00743824R includes ABA therapy visits and the amount paid for persons receiving ABA therapy during the first two quarters of 2016, 2017, and 2018, but no information on the number of ABA hours and only summary statistics for visits and payments by member age.

Of the provided files, HAI-CA_0205262 and HAI-CA_0205765 are used to estimate historical ABA therapy service length and intensity. The care shaping files HAI-CA_0205577 and HAI-CA_0205578 have been applied towards understanding the Magellan Health care shaping process. The files HAI-CA_0205579 and HAI-CA0205774 are used to price the Blue Shield ABA therapy reimbursement rate. The care shaping file HAI-CA0205774 is used to calculate the number of Reduced Hours and, together with HAI-CA_0205262 and HAI-CA_0205765, calculate the number of Suppressed Hours for both the overall care shaped population and the Study Population.

4.2 To date, plaintiff attorneys have also provided additional documents related to this case. They include the following:

a. Scott Crosby and Karissa Crosby on behalf of their son, Jake Crosby, and on behalf of others similarly situated, Plaintiffs vs. California Physicians' Service dba Blue Shield of California; Magellan Health, Inc.; and Human Affairs International of California, Defendants. *Second Amended Complaint-Class Action*, Case No. 8:17-CV-01970-CJC-JDE. Filed April 16, 2018.

b. Scott Crosby and Karissa Crosby on behalf of their son, Jake Crosby, and on behalf of others similarly situated, Plaintiffs, vs. California Physicians' Service dba Blue Shield of California; Magellan Health, Inc.; and Human Affairs International of California, Defendants. *Defendant California Physicians' Service dba Blue Shield of California*

*Answer to Plaintiffs' Second Amended Complaint*, Case No.  8:17-CV-01970-CJC-JDE. Filed April 30, 2018.

c.  Scott Crosby and Karissa Crosby on behalf of their son, Jake Crosby, and on behalf of others similarly situated, Plaintiffs, vs. California Physicians' Service dba Blue Shield of California; Magellan Health, Inc.; and Human Affairs International of California, Defendants.  *Defendant Human Affairs International of California and Magellan Health, Inc.'s Answer to Plaintiffs' Second Amended Complaint*, Case No.  8:17-CV-01970-CJC-JDE. Filed April 30, 2018.

c.  Scott Crosby and Karissa Crosby on behalf of their son, Jake Crosby, and on behalf of others similarly situated, Plaintiffs, vs. California Physicians' Service dba Blue Shield of California; Magellan Health, Inc.; and Human Affairs International of California, Defendants. Case No.  8:17-CV-01970-CJC-JDE. *Declaration of Bruce F. Deal.* May 29, 2020.

d.  Scott Crosby and Karissa Crosby on behalf of their son, Jake Crosby, and on behalf of others similarly situated, Plaintiffs, vs. California Physicians' Service dba Blue Shield of California; Magellan Health, Inc.; and Human Affairs International of California, Defendants. Case No.  8:17-CV-01970-CJC-JDE.  *Deposition of Autism Spectrum Consultants, Inc., Cynthia Lynn Underwood*, May 22, 2020.

e.  Letter from Ms. Kimberley C. Page, plaintiff attorney, Bonnett Fairborn Friedman & Balint, PC, to Mr. John David Collins, defendant attorney, Maynard Cooper Gale, April 2, 2020.

f.  E-mail correspondence from Mr. Collins to Ms. Page, April 7, 2020. Response from Ms. Page, April 10, 2020.

g.  Letter from Mr. Collins to Ms. Page, June 11, 2020.

h.  The following documents produced by Magellan:   HAI-CA_0016065-16248; HAI-CA_0121538-121622; HAI-CA_0015571-15650; HAI-CA_0110035; HAI-CA_0076528; HAI-CA_0065451.

## 5.  Care Shaping Overview and Summary Statistics

### 5.1    Care Shaping Process

John David Collins, counsel for Magellan Health, in his April 7, 2020 email, described the datafile HAI_CA 0205578 as "an exemplar of a care shaping tracker."[3] HAI_CA 0205578 omitted the column headings, which we inferred from those provided in HAI_CA 0205577. The care shaping tracker HAI_CA 0205578 lists, for members selected, the authorization period over which the care shaping took place, the number of hours authorized in the previous period, the number of hours requested, the number of hours initially authorized, as well as two columns of calculations: Non-Authorized Hours (columns AA through AD) and Care Shaped

---

[3] E-mail from John David Collins, Maynard Cooper Cale, to Ms. Kimberly Page, Bonnett Fairborn Friedman & Balint, dated April 7, 2020.  In this e-mail, Mr. Collins specifically discussed care-shaping across numerous spreadsheets prepared by HAI_CA_025575.

Hours (columns AE through AH). The provided file HAI-CA_0205578 required cleaning and editing to work with, and we have included this cleaned and edited version in Appendix C. Table 1 lists the number of care shaping episodes and time periods over which they span.

| Table 1: Care Shaping File HAI-CA_0205578 Episode Summary | | | | |
|---|---|---|---|---|
| Care Shaping Episodes | First Shaping Week | Last Shaping Week | First Auth Period Start | Last Auth Period Start |
| ███ | 1/3/2017 | 10/24/2017 | 10/2/2016 | 11/1/2017 |
| Source: HAI-CA_0205578 | | | | |

Although there exists variation in the calculations over the set of reported weeks, most calculations in HAI_CA-0205578 present Non-Authorized Hours as reflecting the difference between the number of hours requested and the number of hours authorized, and Care Shaped Hours as the difference between the number of hours authorized in the previous period and the number of hours requested. Within HAI_CA 0205578, negative calculations of Non-Authorized Hours and Care Shaped Hours are set equal to zero. Both actions, systematically authorizing fewer hours than initially requested and reducing future hours through communication of coverage intentions to providers, constitute care shaping. As noted above, we call the difference between requested hours and authorized hours "reduced hours" and the difference between the prior period authorization and current period request "suppressed hours." Within the file HAI_CA0205578, Reduced Hours would be analogous to "Non-Authorized Hours" and Suppressed Hours analogous to "Care Shaped Hours."

Although the 318 care shaping episodes listed within HAI-CA_0205578 do not identify member IDs, this file does provide information on authorization start and end dates, the number of hours approved in the prior authorization period, and the number of hours requested and approved in the current period. From this information, we calculate total Reduced and Suppressed hours across the 318 care shape episodes in HAI-CA_0205578. These totals are presented in Table 2.

| Table 2: Reduced and Suppressed Hours within HAI-CA_0205578 | | | | | |
|---|---|---|---|---|---|
| File | Reduced Hours | Suppressed Hours | Reduced Hours/ Episode | Suppressed Hours/ Episode | Suppressed Hours/ Reduced Hours |
| HAI-CA_0205578 | ██ | ██ | ██ | ██ | ██ |
| Source: HAI-CA_0205578, self-calculations. | | | | | |
| Notes: Calculations based on a cleaned version of HAI-CA_0205578 and the above definitions of Reduced and Suppressed hours. Hours per episode calculated based on the 318 care shaping episodes present in HAI-CA_0205578. | | | | | |

The file HAI-CA_0205578 spans only a subset of the study period, for an unidentifiable set of ABA users. No comparable care shaping file covering the entire study has been provided by

defendants, however, a related care shaping file titled HAI-CA_0205774 was provided on April 7, 2020.

These two files, HAI-CA_0205578 and HAI_CA_0205774, are generally analogous, with the exception that HAI_CA_0205774 does not contain information on the number of hours authorized in the prior period. This variable is necessary for calculation of Suppressed Hours, and therefore necessitates either estimation of the prior period authorization or of Suppressed Hours.[4] This estimation process is outlined in Section 6.5. First, however, we present summary statistics for the information contained within HAI-CA_0205774.

## 5.2    Care Shaping Summary Statistics

From HAI_CA_0205774, between January 1, 2016 and August 31, 2019, Magellan performed 1,152 care shaping episodes across 612 individuals as measured by the Group ID variable. Table 3 lists the annual care shaping counts, as well as the individuals care-shaped each year.

| Table 3: Care Shaping Counts by Year | | | |
|---|---|---|---|
| Year | Care Shaped Group IDs | Care shapings | Care Shapes/ Group ID |
| 2016 | | | |
| 2017 | | | |
| 2018 | | | |
| 2019 YTD | | | |
| **Period Total** | | | |

Source: HAI-CA_0205774; self-calculations.

Notes: 2019 YTD reflects the period January 1, 2019 to August 31, 2019. Year summaries based on authorization start dates. Since many individuals are care-shaped multiple times, the annual counts do not aggregate to the period total.

From Table 3, both the number of persons care shaped, as well as the average number of care shapes per care shaped person, increased between 2016 and 2018, then declined in 2019. The year 2019 reflects only the partial year January 1, 2019 to August 31, 2019, but this observation holds after extrapolating to a full year.

Table 4 presents summary statistics for requested hours, authorized hours, reduced hours, and their corresponding values for the 612 care shaped persons in HAI-CA_0205774.

| Table 4: Care Shaping Summary Statistics by Year |
|---|

---

[4] In principle, it is possible to use ABA therapy authorization histories, such as those provided in HAI-CA_0205262 and HAI-CA_0205765, to calculate the prior period authorization. However, to date, defendants have only provided incomplete authorization histories that extend to February 6, 2018.



| Year | Req. Hours | Auth. Hours | Req. Value | Auth. Value | Reduced Hours | Reduced Value | Hourly Rate |
|---|---|---|---|---|---|---|---|
| 2016 | | | | | | | |
| 2017 | | | | | | | |
| 2018 | | | | | | | |
| 2019 YTD | | | | | | | |
| **Period Total** | | | | | | | |

Source: HAI-CA_0205774; self-calculations

Notes: 2019 YTD reflects the period January 1, 2019 to August 31, 2019. Year summaries based on authorization start dates. Reduced Hours and Reduced Value based on the difference between Req. Hours and Auth. Hours, and Req. Value and Auth. Value, respectively. Hourly rate calculated based on the ratio of Reduced Value to Reduced Hours, and accounting for a 60% contractual discount as specified in HAI-CA_0205579.



We present the number of requested hours, authorized hours, and reduced hours per care shaping episode in Table 5.



| Table 5: Requested, Authorized, and Reduced Hours per Episode | | | |
|---|---|---|---|
| Year | Requested Hours/ Episode | Auth Hours/ Episode | Reduced Hours/ Episode |
| 2016 | | | |
| 2017 | | | |
| 2018 | | | |
| 2019 YTD | | | |
| **Period Total** | | | |

Sources: Based on ratio of care shaping counts in Table 3 to requested, authorized, and reduced hours in Table 4.

Notes: 2019 YTD reflects the period January 1, 2019 to August 31, 2019.

From Table 5, between 2016 and 2018, there is a continued decline in the requested hours per care shaping episode, a pattern simultaneously consistent with a broadening of care shaping selection criteria, an increasing pool of care shaped persons, and the impact of Magellan care shaping methods. The pool of individuals selected for care shaping in 2016 had on average much higher levels of requested hours than the pool of individuals in 2018. Correspondingly, the average number of reduced hours per episode also fell between 2016 and 2018. Between 2018 and 2019, there exists a slight uptick in the average number of requested hours per episode, which likely corresponds to the observed reduction in care shaped persons that occurred over this period (from ███ in 2018, to ███ in 2019 YTD).

# 6. Methodology

## 6.1    Aggregating Authorization Records

Mr. Bruce Deal, in his May 29, 2020 Declaration, describes the structure of the authorizations data as follows:

> "The data are organized into service periods corresponding to 15 minute increments, such that a request for 26 weeks x 20 hour per week would equal 2,080 15-minute segments. Because of data limitations, each row is capable of handling only 999 segments, so a request for 2,080 segments would typically include two rows of 999 segments each and one row of 82 segments." [5]

---

[5] Declaration of Bruce F. Deal, May 29, 2020, as provided by plaintiff counsel.

For a given Case-Episode-Encounter observation, we then aggregate first across the variable "ccr_," and then across the authorization end dates.[6] This creates a summary authorization file by Member ID and authorization period.

## 6.2    Member ID versus Group ID

Individuals within the care shaping file are identified via the variable Group ID, while individuals within the authorization files are identified via the variable Member ID. The variable Group ID was added by Magellan or their counsel "for purposes of grouping together the same members because some members had the exact same names and DOBs." [7] Thus, for reasons unclear, some individuals with a given Group ID have multiple Member ID records. For the analyses to follow, we define individuals based on their Member IDs.

Changes in an individual's Member ID number appear to occur in orderly fashion, with one Member ID associated with an individual's authorization records over one period of time, and additional Member ID numbers associated with authorizations over later periods of time. Investigation of the authorization records suggests that when a Member ID changes, unused authorized units are relisted under the new Member ID. Thus, if a Member ID changes prior to an individual using any authorized units, their authorization is listed twice, once under the old Member ID and again under the new Member ID. Furthermore, it seems that if a Member ID changes after some authorized units have been used, only the unused units are listed under the new Member ID.

Our decision to define individuals based on their Member IDs has the consequence of dividing authorization histories across Member ID "identities." This leads to artificially shorter authorization histories but has been chosen to avoid either arbitrary or time-consuming decisions regarding which Member ID corresponded to a given care-shaped episode.

## 6.3    Member Active Status

Estimates of Study Population size are based on annual statistics for "active" members. We define a member as active in those years for which they were authorized for ABA therapy services. Table 6 summarizes the active ABA users as measured by their Member ID and Group ID, as well as the corresponding counts and proportions of those who were care shaped.

| Year | Active Group IDs | Active Member IDs | Care Shaped Active Member IDs | Proportion Care Shaped |
|------|------------------|-------------------|-------------------------------|------------------------|
| Table 6: ABA Therapy Member Counts | | | | |
| Jul to Dec 2013 | ■ | ■ | | |
| 2014 | ■ | ■ | | |
| 2015 | ■ | ■ | | |
| 2016 | ■ | ■ | | 0.12 |

---

[6] The provided data dictionaries refer to the variable ccr_ as the "review number," although it is not entirely clear what this review number represents. However, aggregating across this variable results in the number of authorized units overall (which are constant across a given review number) to equal the authorized units by procedure category.
[7] Letter from Mr. Collins to Ms. Page, June 11, 2020, p. 3.

| | | |
|---|---|---|
| 2017 | ███████████████████ | 0.32 |
| 2018* | | 0.45 |

Sources: Self-calculations; Sources: HAI-CA_0205262, HAI-CA_0205765, and HAI-CA_0205774

Notes: Group IDs reflect Member IDs with the same name and date of birth. "Active" members defined as those who had an authorization date range which included a given year. Counts based on member_id variable in authorization files.
*Authorization files include authorization requests up to February 6, 2018, as well as two authorizations in April 2018 and four authorizations in 2019.

Across the years presented in Table 6, there exist about 10-20 more Member ID records than Group ID records. Thus, each year about 2-3 percent of persons receiving ABA therapy obtained a new Member ID under which their authorization records were transferred.

In general, the number of individuals receiving ABA therapy increased over time. The only exception is 2018, which only reflects authorization requests up to February 6, 2018 so omits any new users who received ABA therapy after that date, as well as individuals with discontinuities in their therapy requests causing them to be missed.[8]

Over the period 2016 to 2018, the number of care-shaped individuals increased annually, as did their proportion. This proportion increased from about 12 percent in 2016, to about 32 percent in 2017, to about 45 percent in 2018. A portion of the increase between 2017 and 2018 is potentially a result of partial year for 2018, so it is arguably reasonable to deflate the 2018 figure. If we assume the same number of active member IDs in 2018 as in 2017 (███), this proportion reflects an increase to about 36 percent rather than 45 percent.

6.4    Study Population Definition

Magellan's medical necessity guidelines placed limits on ABA therapy services based off member age and utilization history.[9] This included the exclusion of high intensity ("Comprehensive Intervention") ABA therapy services to individuals over the age of 7 and those with therapy durations of two years or more. Furthermore, based on review of the seven files of utilization analyses by Magellan Health (see Section 4), Magellan's documents, and analysis of member characteristics, individuals receiving high intensity ABA therapy services were disproportionately targeted for care shaping interventions.[10]

We thus define the Study Population as those persons receiving ABA therapy reimbursed through Blue Shield, who were selected for care shaping, and who fit any of the three factors of age 7 or older, having had 2+ years of ABA therapy, and having had high intensity ABA

---

[8] A discontinuity of about 5 weeks (January 1, 2018 to February 6, 2018) could result in an active individual not being present in HAI-CA_020526 or HAI-CA_0205765.
[9] Second Amended Complaint – Class Action, Case 8:17-cv-01970-CJC-JDE Document 48, April 16, 2018.; 2016 Magellan Medical Necessity Criteria Guidelines, Version 2.0 (HAI-CA_0016065-16248), p. 123; 2017-2018 Magellan Care Guidelines (HAI-CA_0121538-121622), pp. 3, 7; 2018-2019 Magellan Care Guidelines (HAI-CA_0015571-15650), pp. 28, 34.
[10] HAI-CA_0110035; HAI-CA_0076528 at 529; HAI-CA_0065451.

therapy. We present, for each year, the number of active ABA users who were 7 years old or older who were care-shaped in that year in Table 7.

| | | | | Table 7: Care-Shaped Characteristics for Persons Age 7+ | | | | |
| Year | Active Member IDs | Active Member IDs, 7+ | Care Shaped Member IDs, All Ages | Care-Shaped Member IDs, 7+ | % care shaped, 7+ | % not care shaped, 7+ | P-value |
|---|---|---|---|---|---|---|---|
| 2016 | | | | | 0.538 | 0.450 | |
| 2017 | | | | | 0.464 | 0.493 | |
| 2018 | | | | | 0.554 | 0.500 | |

Sources: Self-calculations; Sources: HAI-CA_0205262, HAI-CA_0205765, and HAI-CA_0205774

Notes: "Active" members defined as those who had an authorization date range which included a given year. Counts based on member_id variable in authorization files. Authorization files include authorization requests up to February 6, 2018, as well as two authorizations in April 2018 and four authorizations in 2019. P-value based on a Chi-square proportion test for differences between subsample proportions, where the subsamples consist of persons who were care shaped in a given year versus those who were not care shaped in a given year.[11]

The proportion of ABA users who were care-shaped each year and who were 7 years old or over ranged from about 54 percent in 2016, to about 46 percent in 2017, to about 55 percent in 2018. Testing the equivalence of this proportion against the proportion of persons age 7 years old or over who were not care-shaped each year results in a statistically significant difference at the 90th percentile in 2016, but no statistically significant difference at the 90th percentile in 2017 or 2018. Thus it appears that, at least in 2016 and 2018, care-shaped individuals were slightly more likely to be 7 years old or older than their non-care-shaped counterparts, but that these differences are possibly the result of random variation.

[11] Wang, D. 2000. sg154: Confidence intervals for the ratio of two binomial proportions by Koopman's method. Stata Technical Bulletin 58: 16–19. Reprinted in Stata Technical Bulletin Reprints, vol. 10, pp. 244–247. College Station, TX: Stata Press. Wang, D. 2000. sg154: Confidence intervals for the ratio of two binomial proportions by Koopman's method. Stata Technical Bulletin 58: 16–19. Reprinted in Stata Technical Bulletin Reprints, vol. 10, pp. 244–247. College Station, TX: Stata Press.

The number and proportion of persons care shaped in each year who had been receiving ABA therapy for 2 years or more is presented in Table 8.

| Table 8: Care-Shaped Characteristics for Persons with 2+ years of ABA therapy | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year | Active Members | 2+ yrs of ABA therapy | Care Shaped, all active member IDs | Care-Shaped, 2+ yrs | % care shaped 2+ yrs | % not care shaped 2+ yrs | P value |
| 2016 | | | | | 0.269 | 0.228 | |
| 2017 | | | | | 0.378 | 0.249 | |
| 2018 | | | | | 0.280 | 0.252 | |

Sources: Self-calculations; Sources: HAI-CA_0205262, HAI-CA_0205765, and HAI-CA_0205774

Notes: "Active" members defined as those who had an authorization date range which included a given year. Counts based on member_id variable in authorization files. Authorization files include authorization requests up to February 6, 2018, as well as two authorizations in April 2018 and four authorizations in 2019. P-value based on a Chi-square proportion test for differences between subsample proportions, where the subsamples consist of persons who were care shaped in a given year versus those who were not care shaped in a given year.[12]

The proportion of care-shaped users with 2+ years of ABA therapy history increased from 27 percent in 2016 to about 38 percent in 2017, before falling back to 28 percent in 2018. These proportions were all higher than those for persons who were not care-shaped, however this difference is statistically significant at the 90th percentile only for 2017. That said, the difference in 2018 was close to statistical significance at the 90th percentile, and likely would have been given a full year's worth of 2018 authorization data. Thus, it appears that care-shaped individuals were more likely to have had a history of ABA therapy for 2 years or more than their non-care-shaped counterparts and that these differences were likely the result of more than simply random variation.

---

[12] Ibid.

Table 9 presents, for each year, the number and proportion of persons care shaped in each year who had been receiving high intensity ABA therapy in 2016, where high intensity ABA therapy is defined as either 21 hours/week[13] or more or 25 hours/week or more. Ideally, high intensity ABA therapy would be measured in the authorization period or year directly preceding the care shaping episode, however given the incomplete authorizations data provided by defendants, we proxy this with an indicator for whether an individual had an authorization with high intensity ABA therapy at some point in 2016.

| Table 9: Care-Shaped Characteristics for Persons with High Intensity ABA therapy in 2016 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year | Active Member IDs | High Intensity ABA, 2016 | Care Shaped Member IDs | Care-Shaped, High intensity ABA, 2016 | % care shaped 2+ yrs | % not care shaped w/ any of 3 factors | P value |
| 21+ hours/week | | | | | 0.304 | 0.158 | |
| 25+ hours/week | | | | | 0.209 | 0.098 | |

Sources: Self-calculations; Sources: HAI-CA_0205262, HAI-CA_0205765, and HAI-CA_0205774

Notes: Members defined as those included within either HAI-CA_0205262 or HAI-CA_0205765HAI. Counts based on member_id variable in authorization files. P-value based on a Chi-square proportion test for differences between subsample proportions, where the subsamples consist of persons who were care shaped in a given year versus those who were not care shaped in a given year.[14]

From Table 9, about 30 percent of care-shaped persons had at least 21 ABA therapy hours/week. About 2 percent of care-shaped persons had at least 25 ABA therapy hours/week. For persons who were not care-shaped, these proportions were about 15 percent and 10 percent, respectively. The differences across the care-shaped and non-care-shaped populations were statistically significant at the 99th percentile and indicate that care-shaped persons were about twice as likely as non-care-shaped persons to have been high-intensity users in 2016, defined as either 21+ or 25+ hours of ABA therapy per week.

Given the estimates from Table 7, Table 8, and Table 9, we calculate the proportion of persons fitting any of the three factors of age 7 or older, having had 2+ years of ABA therapy, and having had high intensity ABA therapy (defined as 25+ hours per week) in a prior authorization period.

---

[13] Mr. Bruce Deal, in his May 29, 2020 declaration, defined high intensity ABA therapy as 21+ hours per week. This was to correspond to the definition of "comprehensive care" within Magellan's medical necessity guidelines. Defining the study population to include persons with 21+ hours per week rather than 25+ hours per week slightly broadens the pool of individuals considered part of the study population. Declaration of Bruce Deal dated May 29, 2020, p. 8.
[14] Ibid.

Table 10 presents these estimates of the Study Population.

| Year | Active Member IDs | Member w/ any 3 factors | Care Shaped | Care Shaped w/ any 3 factors | % care shaped w/ any 3 factors | % not care shaped w/ any 3 factors | P value |
|------|------|------|------|------|------|------|------|
| **Table 10: Care-Shaped Characteristics for Persons Either Age 7+, Had 2+ years of ABA Therapy, or Had 25+ ABA therapy hours/week in 2016** | | | | | | | |
| 2016 | | | | | 0.846 | 0.692 | |
| 2017 | | | | | 0.724 | 0.623 | |
| 2018 | | | | | 0.669 | 0.596 | |
| | | | | | | | |
| Avg. | 877.3 | 584.0 | 252.7 | 180.7 | 0.715 | 0.646 | NA |

Sources: Self-calculations; Sources: HAI-CA_0205262, HAI-CA_0205765, and HAI-CA_0205774

Notes: "Active" members defined as those who had an authorization date range which included a given year. Counts based on member_id variable in authorization files. Authorization files include authorization requests up to February 6, 2018, as well as two authorizations in April 2018 and four authorizations in 2019. P-values under 0.05 indicate statistical significance at the 95th Percentile. P-value based on Chi-square proportion test for differences between subsample proportions, where the subsamples consist of persons who were care shaped in a given year versus those who were not care shaped in a given year.[15] Averages of counts based on row averages. Averages of proportions based on ratios of row averages. Proportions test for differences in subsamples not possible to perform on ratios of row averages. The 3 factors include persons age 7+, who had 2+ years of ABA Therapy, and who had 25+ ABA therapy hours/week in 2016.

From Table 10, individuals fitting the above Study Population criteria account for 84.6% of care shaped persons in 2016, 72.4% in 2017, and 66.9% in 2018. On average, this ratio was about 71.5%. For every year, the proportion of individuals fitting these criteria was higher for care-shaped persons than for persons who were not care shaped. These differences are statistically significant at the 95th percentile for each year, and statistically significant at the 99th percentile for 2016 and 2017.

Furthermore, our use of the Member ID variable to identify individuals biases these proportions downward. As mentioned above, individuals with a given Group ID may have multiple Member IDs, thereby splitting their authorizations history and making it less likely they will be identified as persons with 2+ years of ABA therapy history.

We apply the proportion care shaped with any 3 factors to discount our estimates of Reduced Value and Suppressed Value below, to reflect the Study Population.

---

[15] Wang, D. 2000. sg154: Confidence intervals for the ratio of two binomial proportions by Koopman's method. Stata Technical Bulletin 58: 16–19. Reprinted in Stata Technical Bulletin Reprints, vol. 10, pp. 244–247. College Station, TX: Stata Press. Wang, D. 2000. sg154: Confidence intervals for the ratio of two binomial proportions by Koopman's method. Stata Technical Bulletin 58: 16–19. Reprinted in Stata Technical Bulletin Reprints, vol. 10, pp. 244–247. College Station, TX: Stata Press.

*Defining High Intensity ABA Therapy as 21+ Hours per Week*

Mr. Bruce Deal, in his May 29, 2020 declaration, defined high intensity ABA therapy as 21+ hours per week.[16] This was to correspond to the definition of a "comprehensive intervention" within Magellan's medical necessity guidelines. Defining the study population to include persons with 21+ hours per week rather than 25+ hours per week slightly broadens the pool of individuals considered part of the study population. Table 11 presents the Study Population proportion fitting the three factors of age 7 or older, having had 2+ years of ABA therapy, and having had high intensity ABA therapy (defined as 21+ hours per week) in 2016.

| Year | Active Member IDs | Member w/ any 3 factors | Care Shaped | Care Shaped w/ any 3 factors | % care shaped w/ any 3 factors | % not care shaped w/ any 3 factors | P value |
|---|---|---|---|---|---|---|---|
| 2016 | | | | | 0.894 | 0.775 | |
| 2017 | | | | | 0.776 | 0.651 | |
| 2018 | | | | | 0.689 | 0.612 | |
| | | | | | | | |
| Average | 877.3 | 623.3 | 252.7 | 190.0 | 0.752 | 0.694 | NA |

Table 11: Care-Shaped Characteristics for Persons Either Age 7+, Had 2+ years of ABA Therapy, or Had 21+ ABA therapy hours/week in 2016

Sources: Self-calculations; Sources: HAI-CA_0205262, HAI-CA_0205765, and HAI-CA_0205774

Notes: "Active" members defined as those who had an authorization date range which included a given year. Counts based on member_id variable in authorization files. Authorization files include authorization requests up to February 6, 2018, as well as ▮ authorizations in April 2018 and ▮ authorizations in 2019. P-values under 0.05 indicate statistical significance at the 95th Percentile. P-value based on Chi-square proportion test for differences between subsample proportions, where the subsamples consist of persons who were care shaped in a given year versus those who were not care shaped in a given year.[17] Averages of counts based on row averages. Averages of proportions based on ratios of row averages. Proportions test for differences in subsamples not possible to perform on ratios of row averages. The 3 factors include persons age 7+, who had 2+ years of ABA Therapy, and who had 21+ ABA therapy hours/week in 2016.

Broadening the definition of high intensity necessarily increases the proportion of persons fitting that definition. Between Table 10 and Table 11, the Study Population proportion increased about three to seven percentage points. Applying this broader Study Population definition will increase our estimates of value, or savings to Magellan, for the Study Population.

Magellan Care Guidelines for outpatient ABA therapy define Comprehensive and Focused Interventions as a range of "21 to 40 hours per week" for the former and "up to 20 hours per

---

[16] Declaration of Bruce F. Deal, May 29, 2020, p. 8.

[17] Wang, D. 2000. sg154: Confidence intervals for the ratio of two binomial proportions by Koopman's method. Stata Technical Bulletin 58: 16–19. Reprinted in Stata Technical Bulletin Reprints, vol. 10, pp. 244–247. College Station, TX: Stata Press. Wang, D. 2000. sg154: Confidence intervals for the ratio of two binomial proportions by Koopman's method. Stata Technical Bulletin 58: 16–19. Reprinted in Stata Technical Bulletin Reprints, vol. 10, pp. 244–247. College Station, TX: Stata Press.

week" for the latter.[18] However, these Guidelines further constrain these treatment ranges in the discussion of "Intensity of Services," where, for example, in its 2018-2019 Magellan Care Guidelines, it states: "Comprehensive services are generally to be *restricted* to younger children…Comprehensive ABA of *up to 40 hours per week is limited* to treatment where there are multiple targets across most or all developmental domains," and for Focused Interventions, it states "Focused Interventions *are generally authorized* for 10-25 hours per week. (emphasis added)"[19] Furthermore, the correspondence of Magellan employees documented in HAI-CA_0110035, HAI-CA_0076528, and HAI-CA_0065451 specifically reference targeting individuals with 25+ hours per week of ABA therapy for care shaping to reduce costs.[20] It is clear Magellan directly targets certain Insureds who utilize ABA therapy as a mechanism to save its coverage expenses.

Thus, to align our Study Population definition as close as possible with that of Magellan's documented population targeted for care shaping, as well as in the interest of conservatism, we rely on the narrower Study Population definition. This consists of the proportion of ABA therapy users within the Study Period fitting any of the three factors of age 7 or older, having had 2+ years of ABA therapy, and having had high intensity ABA therapy (defined as 25+ hours per week) in a prior authorization period.

## 6.5    Suppressed Hours

As noted in Section 5, information on prior period authorized hours used in HAI-CA_0205578 to calculate Suppressed Hours (labeled "Care Shaped Hours" in HAI-CA_0205578) has not been provided for the full study period. In principle, it is possible to use ABA therapy authorization histories, such as those provided in HAI-CA_0205262 and HAI-CA_0205765, to calculate the prior period authorization. However, to date, defendants have only provided incomplete authorization histories that extend to February 6, 2018.

Given these constraints, we estimate Suppressed Hours based on the ratio of Suppressed Hours to Reduced Hours calculated in Table 2. These estimates are presented in Table 12.

| Table 12: Estimates of Suppressed Hours | | | | |
|---|---|---|---|---|
| Year | Reduced Hours/ Episode (Table 5) | Care Shaped Hours Ratio (Table 2) | Care Shaped Hours/ Episode (Estimate) | Suppressed Hours (Estimate) |
| 2016 | | | | |
| 2017 | | | | |
| 2018 | | | | |
| 2019 | | | | |
| Sources: Self-calculations based on statistics in Table 2 and Table 5 | | | | |

---

[18] Magellan Medical Necessity Criteria Guidelines, 2016, HAI-CA_006190; 2017-2018 Magellan Care Guidelines, HAI-CA_0121572; and 2018-2019 Magellan Care Guidelines, HAI-CA_0015598.

[19] 2018-2019 Magellan Care Guidelines, HAI-CA_0015604.

[20] HAI-CA_0110035, HAI-CA_0076528, and HAI-CA_0065451.

## 7. Estimates of Care Shaping Value

### 7.1    Care Shaping Value, All Magellan BSC Care-Shaped ABA Users

From the above analyses and presented statistics, it is possible to construct estimates of Care Shaping Value or Savings to Magellan. Table 9 indicates this estimated value is ▮▮▮ over the Study Period, comprised of ▮▮▮ in Reduced Value and ▮▮▮ in Suppressed Value. It should be noted this ▮▮▮ million Reduced Value figure is virtually the same as Magellan's figure, presented in Table 4, above.

| Year | Care Shape Episodes | Reduced Hours | Suppressed Hours | Total Care Shaped Hours | Reduced Value | Suppressed Value | Total Care Shaped Value |
|---|---|---|---|---|---|---|---|
| 2016 | | | | | | | |
| 2017 | | | | | | | |
| 2018 | | | | | | | |
| Jan to Aug 2019 | | | | | | | |
| Total | | | | | | | |

Table 13: Care Shaped Hours and Value for all Magellan BSC Care-Shaped Persons, January 1, 2016 to August 31, 2019

Sources: Self-calculations and estimates based on above analyses.

Notes: See Table 3 for care shape episode counts, Table 4 for Reduced Hours, and Table 12 for Suppressed Hours. Reduced and Suppressed value reflect the product of reduced and suppressed hours with the hourly rates presented in Table 4 and a ▮▮▮ contractual adjustment rate. An episode is counted for a given year if it was associated with an authorization start date in that year. Differences between above statistics and corresponding statistics in Table 4 due to application of average reimbursement rate rather than episode-specific reimbursement rates.

7.2    Care Shaping Value, Study Population ABA Users

From the above analyses and presented statistics, it is possible to adjust the estimates of Reduced Value and Suppressed Value for the Study Population. These adjusted estimates are presented in Table 14.

| Year | Study Pop Discount Statistic | Study Pop Reduced Value w/ Discount | Study Pop Suppressed Value w/ Discount | Total Study Pop Care Shaped Value |
|---|---|---|---|---|
| **Table 14: Care Shaped Hours and Value for Persons Within Defined Study Population, January 1, 2016 to August 31, 2019** | | | | |
| 2016 | | | | |
| 2017 | | | | |
| 2018 | | | | |
| Jan to Aug 2019 | | | | |
| Total | | | | |

Sources: Self-calculations and estimates based on above analyses.

Notes: See Table 13 for non-discounted reduced and suppressed valued. Study Pop discount statistic from Table 10. 2019 Study Pop Discount Statistic based on 2016 to 2018 average.

DATED:  July 6, 2020, Seattle, Washington.

_____

Frank G. Fox, Ph.D.

_____

Jonathan F. Fox, Ph.D.

# Appendix A - Litigation Cases, Most Recent Five Years, Frank Fox, Ph.D.

*Dr. Fox has been deposed and testified as an expert in the following cases in the past five years:*

a.  Evaluation Dated December 28, 2017 for Three Certificate of Need Applications Each Proposing to Add Dialysis Station Capacity to Grays Harbor County, DaVita, Inc., Petitioner (2018)

> Master Case No. M2018-12
> Parties/Counsel:
> Washington Department of Health/Jack Bucknell
> DaVita, Inc.,/Brian Grimm/Anna Thompson
> *Fresenius Medical Care(Intervenor)/Christopher Emch/ Lori Nomura

b.  Evaluation Dated February 1, 2018 for Two Certificate of Need Applications Each Proposing to Add Dialysis Station Capacity to Grant County, DaVita, Inc., Petitioner (2018)

> Master Case No. M2018-260
> Parties/Counsel:
> Washington Department of Health/
> DaVita, Inc.,/Brian Grimm
> *Fresenius Medical Care(Intervenor)/Christopher Emch/ Lori Nomura

c.  Certificate of Need Application of Signature Healthcare Services LLC to Establish a Psychiatric Hospitals in Pierce County v. Washington Department of Health (2016)

> Docket No. M2016-232
> Parties/Counsel:
> Washington Department of Health/Richard McCarten
> Signature Healthcare Services, LLC/ Gregory McBroom
> *Alliance for South Sound Health (Intervenor)/Brian Grimm/Matthew Gordon

d.  Alaska Regional Hospital v. Providence Alaska Medical Center (2015)

> Alaska Office of Administrative Hearings, OAH 15-1084-CTN, Agency No. 3252
> Parties/Counsel:
> *Providence Alaska Medical Center/Peter Gruenstein
> Alaska Regional Hospital/Stephen Rose

e.  Rockwood Health System d/b/a Valley Hospital Appeal of Certificate of Need #1518 Awarded to Providence Medical Park (2015)

> Washington State Department of Health, Case No. M2014-1290
> Parties/Counsel:
> *Providence Medical Park/Brian Grimm
> Rockwood Health System/John Sullivan

f.  Universal Health Services Appeal of Approval of the Certificate of Need Application by VestSeattle, LLC Proposing to Establish a 75-Bed Psychiatric Hospital in Snohomish County (2014)

    Washington State Department of Health, Case No. 2014-276
    Parties/Counsel:
    *Universal Health Services/Christopher Emch/ Lori Nomura
    Vest Seattle/ Jonathan Bashford/Barbara Duffy

g.  Universal Health Services Appeal of Approval of the Certificate of Need Application by SW Behavioral Health, LLC Proposing to Add Psychiatric Bed Capacity to King County (2014)

    Washington State Department of Health, Case No. 2013-1283
    Parties/Counsel:
    *Universal Health Services/Christopher Emch/ Lori Nomura
    SW Behavioral Health/ Brad Fisher/Lisa Redinger Hayward

h.  Providence Health and Services-Washington and Swedish Health Services Appeal of a Certificate of Need Approval for the University of Washington Medical Center to Add 79 Acute care Beds (2014)

    Washington State Department of Health, Case No. M2013-1393
    Parties/Counsel:
    *Providence Health and Services/Swedish Health Services/Peter Erlichman/Steven Pentz
    University of Washington Medical Center/Jeffrey Friemund
    Washington Department of Health/Richard McCarten

i.  Evaluation of the Following Two Certificate of Need Applications Proposing to Add Acute Care Bed Capacity to the Benton/Franklin Planning Area:  Kadlec Regional Medical Center Proposing to Add 114 Acute Care Beds to the Existing Hospital in Richland; Kennewick General Hospital Proposing to Add 25 Acute Care Beds to the Auburn Campus in Kennewick (2014)

    Washington State Department of Health, Cases No. M2010-1529, No. M2011-375
    Consolidated Proceeding
    Parties/Counsel:
    *Kadlec/ Brian Grimm
    Kennewick General Hospital/Christopher Emch
    Washington Department of Health/Richard McCarten
    *Client
    Expert for Plaintiffs, Deposition taken April 11, 2014

j.  I prepared an expert report in the following case that was settled before my testimony was required (2017):

    Maple Springs Management, LLC v. Mat-Su Colony OAH No. 17-0026-CTN and OAH No. 17-0027-CTN

*I have had my deposition taken in the following cases during the past five years:*

a.  Yakima Regional Medical and Cardiac Center and Toppenish Community Hospital, Claimants v. First Choice Health Network., Respondent

Expert for Respondents, Deposition taken June 16, 2015
Parties/Counsel:
Yakima Regional and Toppenish/ Michael Vaska
First Choice/Wendy Lyon

b.  <u>O.S.T., by and through his parents, G.T. and E.S., on his own behalf and on behalf of all similarly situated individuals, Plaintiff, v. Regence Blueshield, a Washington corporation</u>

No. 11-2-34187-9 SEA
Expert for Plaintiffs, Deposition taken April 11, 2014

# Appendix B - Selected Authorization Histories

Authorization histories for five selected members. Members selected based on length and completeness of authorizations history from 2016 onward, which was completed for about half of care-shaped members. First authorization period taken as that just preceding the first care-shaped episode.

**Group ID:    MEM153**

| Auth Number | Auth Start | Auth End | Hrs/Week Req'd | Hrs/Week Auth'd |
|---|---|---|---|---|
| 1 | 11/5/2017 | 2/5/2018 | | |
| 2 | 2/6/2018 | 8/6/2018 | | |
| 3 | 11/8/2018 | 5/8/2019 | | |
| 4 | 5/9/2019 | 11/9/2019 | | |

**Group ID:    MEM229**

| Auth Number | Auth Start | Auth End | Hrs/Week Req'd | Hrs/Week Auth'd |
|---|---|---|---|---|
| 1 | 4/29/2016 | 6/29/2016 | | |
| 2 | 6/30/2016 | 12/30/2016 | | |
| 3 | 12/31/2016 | 6/30/2017 | | |
| 4 | 7/1/2017 | 1/1/2018 | | |
| 5 | 1/2/2018 | 4/2/2018 | | |
| 6 | 4/3/2018 | 10/3/2018 | | |
| 7 | 12/20/2018 | 6/20/2019 | | |
| 8 | 6/21/2019 | 12/21/2019 | | |

**Group ID:    MEM275**

| Auth Number | Auth Start | Auth End | Hrs/Week Req'd | Hrs/Week Auth'd |
|---|---|---|---|---|
| 1 | 9/1/2016 | 3/1/2017 | | |
| 2 | 3/2/2017 | 6/2/2017 | | |
| 3 | 6/3/2017 | 9/3/2017 | | |
| 4 | 9/4/2017 | 12/4/2017 | | |
| 5 | 12/5/2017 | 6/5/2018 | | |
| 6 | 6/6/2018 | 12/6/2018 | | |
| 7 | 12/7/2018 | 6/7/2019 | | |
| 8 | 6/8/2019 | 12/8/2019 | | |

**Group ID:    MEM275**

| Auth Number | Auth Start | Auth End | Hrs/Week Req'd | Hrs/Week Auth'd |
|---|---|---|---|---|
| 1 | 1/1/2016 | 3/10/2017 | | |
| 2 | 3/11/2017 | 9/11/2017 | | |
| 3 | 9/11/2017 | 11/11/2017 | | |
| 4 | 11/12/2017 | 12/12/2017 | | |
| 5 | 12/13/2017 | 1/13/2018 | | |
| 6 | 1/14/2018 | 7/14/2018 | | |
| 7 | 10/17/2018 | 4/17/2019 | | |
| 8 | 4/18/2019 | 10/18/2019 | | |

**Group ID:    MEM1386**

| Auth Number | Auth Start | Auth End | Hrs/Week Req'd | Hrs/Week Auth'd |
|---|---|---|---|---|
| 1 | 5/8/2016 | 8/8/2016 | | |
| 2 | 8/9/2016 | 2/9/2017 | | |
| 3 | 2/10/2017 | 8/10/2017 | | |
| 4 | 8/11/2017 | 2/11/2018 | | |
| 5 | 2/12/2018 | 8/12/2018 | | |
| 6 | 2/14/2019 | 8/14/2019 | | |
| 7 | 8/15/2019 | 2/15/2020 | | |



Appendix C - Cleaned HAI-CA_0205578

| Week of Report | Start Date | End Date | Mths |
|---|---|---|---|
| 1/3/2017 | 12/4/2016 | 6/4/2017 | 6 |
| 1/3/2017 | 1/7/2017 | 7/7/2017 | 6 |
| 1/3/2017 | 11/3/2016 | 5/2/2017 | 6 |
| 1/3/2017 | 1/21/2017 | 7/21/2017 | 6 |
| 1/3/2017 | 12/26/2016 | 6/26/2017 | 6 |
| 1/3/2017 | 1/3/2017 | 7/3/2017 | 6 |
| 1/3/2017 | 12/17/2016 | 6/17/2017 | 6 |
| 1/10/2017 | 1/2/2017 | 7/2/2017 | 6 |
| 1/10/2017 | 12/1/2016 | 1/1/2017 | 1 |
| 1/10/2017 | 1/30/2017 | 7/30/2017 | 6 |
| 1/17/2017 | 1/30/2017 | 7/30/2017 | 6 |
| 1/17/2017 | 1/21/2017 | 7/21/2017 | 6 |
| 1/17/2017 | 1/1/2017 | 7/1/2017 | 6 |
| 1/17/2017 | 1/7/2017 | 7/7/2017 | 6 |
| 1/17/2017 | 1/15/2017 | 7/15/2017 | 6 |
| 1/17/2017 | 12/29/2016 | 6/29/2017 | 6 |
| 1/17/2017 | 1/4/2017 | 7/4/2017 | 6 |
| 1/24/2017 | 2/9/2017 | 8/9/2017 | 6 |
| 1/24/2017 | 1/12/2017 | 7/12/2017 | 6 |
| 1/24/2017 | 2/15/2017 | 8/15/2017 | 6 |
| 1/24/2017 | 1/21/2017 | 7/21/2017 | 6 |
| 1/24/2017 | 2/18/2017 | 8/18/2017 | 6 |
| 1/24/2017 | 1/4/2017 | 7/4/2017 | 6 |
| 1/24/2017 | 2/7/2017 | 8/7/2017 | 6 |
| 1/24/2017 | 1/1/2017 | 3/1/2017 | 2 |
| 1/24/2017 | 1/3/2017 | 7/3/2017 | 6 |
| 1/31/2017 | 2/2/2017 | 8/2/2017 | 6 |
| 1/31/2017 | 2/13/2017 | 8/13/2017 | 6 |
| 1/31/2017 | 1/2/2017 | 7/2/2017 | 6 |
| 1/31/2017 | 1/13/2017 | 7/13/2017 | 6 |
| 1/31/2017 | 2/12/2017 | 8/12/2017 | 6 |
| 1/31/2017 | 12/6/2016 | 6/6/2017 | 6 |
| 2/7/2017 | 2/8/2017 | 8/8/2017 | 6 |
| 2/7/2017 | 2/3/2017 | 8/3/2017 | 6 |
| 2/7/2017 | 1/16/2017 | 7/16/2017 | 6 |
| 2/7/2017 | 2/5/2017 | 8/5/2017 | 6 |
| 2/7/2017 | 1/2/2017 | 4/2/2017 | 3 |
| 2/7/2017 | 1/1/2017 | 4/1/2017 | 3 |
| 2/7/2017 | 1/23/2017 | 3/31/2017 | 2 |
| 2/7/2017 | 1/23/2017 | 3/31/2017 | 2 |
| 2/14/2017 | 2/16/2017 | 8/16/2017 | 6 |
| 2/14/2017 | N/A | N/A | |
| 2/14/2017 | 2/13/2017 | 6/7/2017 | 4 |
| 2/14/2017 | 2/14/2017 | 8/14/2017 | 6 |
| 2/14/2017 | 2/18/2017 | 5/18/2017 | 3 |
| 2/21/2017 | 10/2/2016 | 4/2/2016 | 6 |
| 2/21/2017 | 2/4/2017 | 8/4/2017 | 6 |
| 2/21/2017 | 3/8/2017 | 9/8/2017 | 6 |
| 2/21/2017 | 3/4/2017 | 9/4/2017 | 6 |
| 2/21/2017 | N/A | N/A | |
| 2/21/2017 | 2/26/2017 | 5/26/2017 | 3 |
| 2/21/2017 | 2/23/2017 | 8/23/2017 | 6 |
| 2/21/2017 | 3/1/2017 | 9/1/2017 | 6 |
| 2/21/2017 | 2/17/2017 | 8/17/2017 | 6 |
| 2/28/2017 | 2/17/2017 | 5/31/2017 | 3 |
| 2/28/2017 | 3/2/2017 | 9/2/2017 | 6 |
| 2/28/2017 | 2/8/2017 | 5/8/2017 | 3 |
| 2/28/2017 | 1/6/2017 | 6/6/2017 | 5 |
| 2/28/2017 | 2/11/2017 | 8/11/2017 | 6 |
| 3/7/2017 | 3/2/2017 | 6/2/2017 | 3 |
| 3/7/2017 | 11/13/2016 | 5/16/2017 | 6 |
| 3/7/2017 | 3/3/2017 | 9/3/2017 | 6 |
| 3/7/2017 | 3/10/2017 | 9/10/2017 | 6 |
| 3/7/2017 | 2/20/2017 | 8/20/2017 | 6 |
| 3/7/2017 | 3/6/2017 | 9/6/2017 | 6 |
| 3/14/2017 | 2/11/2017 | 8/11/2017 | 6 |
| 3/14/2017 | 3/25/2017 | 9/25/2017 | 6 |
| 3/14/2017 | 4/10/2017 | 10/10/2017 | 6 |
| 3/14/2017 | 3/29/2017 | 9/29/2017 | 6 |
| 3/14/2017 | 2/28/2017 | 8/28/2017 | 6 |
| 3/14/2017 | 3/19/2017 | 9/19/2017 | 6 |
| 3/14/2017 | 3/1/2017 | 9/1/2017 | 6 |
| 3/21/2017 | 3/25/2017 | 9/25/2017 | 6 |
| 3/21/2017 | 3/21/2017 | 9/21/2017 | 6 |
| 3/21/2017 | 1/15/2017 | 7/15/2017 | 6 |
| 3/21/2017 | 3/16/2017 | 9/16/2017 | 6 |
| 3/21/2017 | 3/6/2017 | 9/6/2017 | 6 |
| 3/21/2017 | 3/20/2017 | 6/20/2017 | 3 |
| 3/21/2017 | 4/18/2017 | 10/18/2017 | 6 |
| 3/28/2017 | 3/15/2017 | 9/15/2017 | 6 |
| 3/28/2017 | 3/13/2017 | 6/13/2017 | 3 |
| 3/28/2017 | 3/31/2017 | 9/30/2017 | 6 |
| 3/28/2017 | 3/2/2017 | 9/2/2017 | 6 |
| 3/28/2017 | 4/2/2017 | 10/2/2017 | 6 |
| 3/28/2017 | 4/9/2017 | 10/9/2017 | 6 |
| 3/28/2017 | 4/2/2017 | 10/2/2017 | 6 |
| 3/28/2017 | 3/25/2017 | 9/25/2017 | 6 |
| 3/28/2017 | 3/27/2017 | 9/27/2017 | 6 |
| 3/28/2017 | 3/31/2017 | 9/30/2017 | 6 |
| 4/4/2017 | 1/5/2017 | 7/5/2017 | 6 |
| 4/4/2017 | 4/20/2017 | 10/20/2017 | 6 |
| 4/4/2017 | 4/5/2017 | 10/5/2017 | 6 |
| 4/4/2017 | 4/2/2017 | 10/2/2017 | 6 |
| 4/4/2017 | 4/6/2017 | 10/6/2017 | 6 |
| 4/4/2017 | 1/6/2017 | 6/6/2017 | 5 |
| 4/11/2017 | 4/1/2017 | 10/1/2017 | 6 |
| 4/11/2017 | 4/1/2017 | 10/1/2017 | 6 |
| 4/11/2017 | 4/17/2017 | 10/17/2017 | 6 |
| 4/11/2017 | 5/8/2017 | 8/8/2017 | 3 |
| 4/11/2017 | 5/1/2017 | 11/1/2017 | 6 |
| 4/11/2017 | 5/2/2017 | 11/2/2017 | 6 |
| 4/11/2017 | 4/18/2017 | 10/18/2017 | 6 |
| 4/11/2017 | 4/6/2017 | 10/6/2017 | 6 |
| 4/18/2017 | 4/30/2017 | 10/30/2017 | 6 |
| 4/18/2017 | 1/1/2017 | 7/1/2017 | 6 |
| 4/18/2017 | 4/17/2017 | 10/17/2017 | 6 |
| 4/18/2017 | 4/2/2017 | 7/2/2017 | 3 |

| | | | Auth | Total Hours | | | | Previous Authorization (per...) | | | | Hours Requested (per mth) | | | | Hours Authorized (per mth) | | | | Non-Auth'd Hours (per mth) | | | | Care Shaped Hours (per mth) | | | |
| | | | | Prior | Hrs | Initial | Appeal | | | | | | | | | | | | | | | | | | | | |
| Week of Report | Start Date | End Date | Auth Mths | Auth | Res | Auth | Auth | Direct | Sup | PT | Other (Specif y) | Direct | Sup | PT | Other (Specif y) | Direct | Sup | PT | Other (Specif y) | Direct | Sup | PT | Other (Specif y) | Direct | Sup | PT | Other (Specif y) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/18/2017 | 3/16/2017 | 9/16/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/18/2017 | 4/9/2017 | 10/9/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/25/2017 | 5/1/2017 | 8/1/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/25/2017 | 4/10/2017 | 6/10/2017 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/25/2017 | 4/7/2017 | 10/7/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/25/2017 | 4/7/2017 | 10/7/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/25/2017 | 4/7/2017 | 10/7/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/25/2017 | 2/3/2017 | 8/3/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/25/2017 | 3/18/2017 | 9/18/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/25/2017 | 4/17/2017 | 10/17/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/25/2017 | 4/7/2017 | 10/7/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/2/2017 | 4/3/2017 | 10/3/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/2/2017 | 5/3/2017 | 11/3/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/2/2017 | 2/16/2017 | 8/16/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/2/2017 | 5/1/2017 | 11/1/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/2/2017 | 4/28/2017 | 7/28/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/2/2017 | 5/1/2017 | 7/1/2017 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/2/2017 | 5/8/2017 | 11/8/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/9/2017 | 3/3/2017 | 6/3/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/9/2017 | 5/6/2017 | 8/6/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/9/2017 | 5/19/2017 | 11/19/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/9/2017 | 6/3/2017 | 12/3/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/9/2017 | 6/2/2017 | 9/2/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/9/2017 | 5/16/2017 | 11/16/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/9/2017 | 5/10/2017 | 11/10/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/16/2017 | 6/2/2017 | 7/2/2017 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/16/2017 | 5/21/2017 | 11/21/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/16/2017 | 5/9/2017 | 8/9/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/16/2017 | 5/18/2017 | 8/18/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/16/2017 | 5/15/2017 | 11/15/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/16/2017 | 6/7/2017 | 12/7/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/23/2017 | 6/7/2017 | 12/7/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/23/2017 | 6/7/2017 | 12/7/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/23/2017 | 5/8/2017 | 11/8/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/23/2017 | 6/3/2017 | 9/3/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/23/2017 | 4/19/2017 | 10/19/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/23/2017 | 6/12/2017 | 12/12/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/23/2017 | 6/7/2017 | 12/7/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/23/2017 | 4/10/2017 | 10/10/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/30/2017 | 5/16/2017 | 8/16/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/30/2017 | 4/19/2017 | 10/19/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/30/2017 | 5/8/2017 | 11/8/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/30/2017 | 6/12/2017 | 12/12/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/30/2017 | 5/10/2017 | 11/10/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/30/2017 | 5/22/2017 | 11/22/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/30/2017 | 5/31/2017 | 11/30/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/6/2017 | 6/19/2017 | 8/15/2017 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/6/2017 | 6/7/2017 | 12/7/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/6/2017 | 6/9/2017 | 12/9/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/6/2017 | 6/10/2017 | 12/10/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/6/2017 | 6/12/2017 | 12/12/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/6/2017 | 6/5/2017 | 8/11/2017 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/6/2017 | 6/7/2017 | 12/7/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/6/2017 | 5/30/2017 | 11/30/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/6/2017 | 6/5/2017 | 12/5/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/13/2017 | 6/10/2017 | 12/10/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/13/2017 | 5/27/2017 | 11/27/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/13/2017 | 6/9/2017 | 9/3/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/13/2017 | 5/7/2017 | 11/7/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/13/2017 | 6/7/2017 | 12/7/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/13/2017 | 5/29/2017 | 11/29/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/13/2017 | 6/1/2017 | 9/1/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/13/2017 | 6/1/2017 | 9/1/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/13/2017 | 6/29/2017 | 8/29/2017 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/20/2017 | 7/3/2017 | 1/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/20/2017 | 6/2/2017 | 12/2/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/20/2017 | 6/18/2017 | 12/18/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/20/2017 | 6/21/2017 | 12/21/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/20/2017 | 6/16/2017 | 9/16/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/20/2017 | 7/2/2017 | 1/2/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/20/2017 | 6/23/2017 | 12/23/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/20/2017 | 6/10/2017 | 12/10/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/20/2017 | 6/21/2017 | 12/21/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/20/2017 | 6/15/2017 | 12/15/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/20/2017 | 7/3/2017 | 1/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/27/2017 | 6/19/2017 | 12/19/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/27/2017 | 7/6/2017 | 1/6/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/27/2017 | 7/4/2017 | 1/4/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/27/2017 | 6/12/2017 | 12/6/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/27/2017 | 6/20/2017 | 10/25/2017 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/27/2017 | 7/4/2017 | 1/4/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/27/2017 | 7/1/2017 | 1/1/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/27/2017 | 7/4/2017 | 1/4/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/27/2017 | 3/23/2017 | 9/21/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/27/2017 | 6/14/2017 | 12/14/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/4/2017 | 7/1/2017 | 1/1/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/4/2017 | 6/29/2017 | 12/29/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/4/2017 | N/A | N/A | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/4/2017 | 7/22/2017 | 1/22/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/4/2017 | 7/6/2017 | 7/10/2017 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/11/2017 | 7/24/2017 | 1/24/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/11/2017 | 7/4/2017 | 1/4/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/11/2017 | 6/29/2017 | 12/29/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/11/2017 | 7/16/2017 | 1/16/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/11/2017 | 7/14/2017 | 1/14/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/11/2017 | 7/3/2017 | 1/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/11/2017 | 7/8/2017 | 1/8/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/11/2017 | 7/4/2017 | 1/4/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/11/2017 | 7/3/2017 | 1/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/18/2017 | 8/9/2017 | 2/9/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/18/2017 | 8/1/2017 | 2/1/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/18/2017 | 7/11/2017 | 1/11/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/18/2017 | 7/9/2017 | 1/9/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/18/2017 | 7/10/2017 | 1/10/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/18/2017 | 7/11/2017 | 10/11/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/18/2017 | 8/8/2017 | 2/8/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/18/2017 | 7/16/2017 | 10/16/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/25/2017 | 8/7/2017 | 2/7/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |

| Week of Report | Start Date | End Date | Auth Mths | Total Hours: Prior Auth | Hrs Req | Initial Auth | Appeal Auth | Previous Authorization (per mth): Direct | Sup | PT | Other (Specify) | Hours Requested (per mth): Direct | Sup | PT | Other (Specify) | Hours Authorized (per mth): Direct | Sup | PT | Other (Specify) | Non-Auth'd Hours (per mth): Direct | Sup | PT | Other (Specify) | Care Shaped Hours (per mth): Direct | Sup | PT | Other (Specify) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/25/2017 | 8/16/2017 | 2/16/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/25/2017 | 7/8/2017 | 1/8/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/25/2017 | 7/17/2017 | 10/17/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/25/2017 | 7/1/2017 | 1/1/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/25/2017 | 7/1/2017 | 1/1/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/25/2017 | 8/5/2017 | 2/5/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/25/2017 | 8/2/2017 | 2/2/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/25/2017 | 8/1/2017 | 2/1/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/25/2017 | 7/29/2017 | 1/29/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/25/2017 | 8/6/2017 | 2/6/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/1/2017 | 8/17/2017 | 2/17/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/1/2017 | 8/3/2017 | 2/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/1/2017 | 7/29/2017 | 1/29/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/1/2017 | 7/3/2017 | 1/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/1/2017 | 8/24/2017 | 2/24/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/1/2017 | 8/25/2017 | 2/25/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/1/2017 | 8/2/2017 | 2/2/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/1/2017 | 8/3/2017 | 2/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/1/2017 | 7/26/2017 | 1/26/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/8/2017 | 8/4/2017 | 11/4/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/8/2017 | 9/3/2017 | 3/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/8/2017 | 8/20/2017 | 2/20/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/8/2017 | 8/7/2017 | 2/7/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/8/2017 | 8/1/2017 | 2/1/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/8/2017 | 8/18/2017 | 2/18/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/8/2017 | 8/21/2017 | 2/21/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/15/2017 | 8/28/2017 | 11/28/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/15/2017 | 9/2/2017 | 3/2/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/15/2017 | 7/8/2017 | 1/8/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/15/2017 | 8/15/2017 | 12/15/2017 | 4 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/15/2017 | 9/2/2017 | 3/2/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/15/2017 | 8/22/2017 | 2/22/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/15/2017 | N/A | N/A | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/22/2017 | 9/15/2017 | 12/15/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/22/2017 | 8/21/2017 | 10/21/2017 | 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/22/2017 | 9/6/2017 | 3/6/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/22/2017 | N/A | N/A | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/22/2017 | 8/24/2017 | 2/24/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/22/2017 | 8/18/2017 | 2/18/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/22/2017 | 9/2/2017 | 3/2/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/22/2017 | 8/6/2017 | 2/6/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/22/2017 | 9/4/2017 | 12/4/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/22/2017 | 9/18/2017 | 3/18/2017 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/29/2017 | 9/26/2017 | 3/26/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/29/2017 | 9/23/2017 | 3/23/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/29/2017 | 8/21/2017 | 2/21/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/29/2017 | 8/7/2017 | 11/7/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/5/2017 | 9/1/2017 | 3/1/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/5/2017 | 9/13/2017 | 3/13/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/5/2017 | 9/7/2017 | 3/7/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/5/2017 | 7/2/2017 | 1/2/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/5/2017 | 9/28/2017 | 3/28/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/5/2017 | 8/17/2017 | 3/17/2018 | 7 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/5/2017 | 10/1/2017 | 1/1/2018 | 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/5/2017 | 9/7/2017 | 3/7/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/5/2017 | 9/3/2017 | 3/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/19/2017 | 9/19/2017 | 3/19/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/19/2017 | 10/5/2017 | 4/5/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/26/2017 | 10/11/2017 | 1/11/2018 | 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/26/2017 | 9/8/2017 | 3/8/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/26/2017 | 9/9/2017 | 3/9/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/26/2017 | 9/25/2017 | 12/25/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/26/2017 | 9/3/2017 | 3/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/26/2017 | 9/27/2017 | 12/27/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/26/2017 | 9/5/2017 | 12/5/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/3/2017 | 8/28/2017 | 3/1/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/3/2017 | 9/18/2017 | 3/18/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/3/2017 | 9/22/2017 | 3/22/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/3/2017 | 10/5/2017 | 4/5/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/3/2017 | 10/10/2017 | 4/10/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/3/2017 | 9/28/2017 | 12/28/2017 | 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/3/2017 | 9/26/2017 | 3/26/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/10/2017 | 10/2/2017 | 4/2/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/10/2017 | 10/8/2017 | 4/8/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/10/2017 | 10/5/2017 | 4/5/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/10/2017 | 10/3/2017 | 4/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/10/2017 | 10/1/2017 | 4/1/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/10/2017 | 10/3/2017 | 4/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/10/2017 | 10/3/2017 | 4/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/10/2017 | 10/18/2017 | 4/18/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/10/2017 | 10/17/2017 | 4/17/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/10/2017 | 10/3/2017 | 4/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/10/2017 | 10/5/2017 | 4/5/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/10/2017 | 10/18/2017 | 1/18/18 | 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/17/2017 | 9/6/2017 | 3/6/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/17/2017 | 10/2/2017 | 4/2/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/17/2017 | 10/3/2017 | 4/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/17/2017 | 10/16/2017 | 1/16/2018 | 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/17/2017 | 8/3/2017 | 2/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/17/2017 | 10/18/2017 | 4/18/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/17/2017 | 10/18/2017 | 4/18/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/17/2017 | 11/1/2017 | 2/1/2018 | 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/17/2017 | 10/11/2017 | 4/11/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/17/2017 | 10/15/2017 | 3/15/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/17/2017 | 10/7/2017 | 4/7/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/17/2017 | 10/8/2017 | 4/8/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/17/2017 | 10/11/2017 | 4/11/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/17/2017 | 8/11/2017 | 2/11/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/17/2017 | 10/15/2017 | 4/15/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/24/2017 | 9/6/2017 | 3/6/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/24/2017 | 10/2/2017 | 4/2/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/24/2017 | 10/3/2017 | 4/3/2018 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |

Appendix D - Frank G. Fox CV

# FRANK G. FOX, JR.

**Contact Information:**        frankgfox@comcast.net

**Telephone:**        206.366.1550

**Education**

| | |
|---|---|
| **1977** | Ph.D., University of Washington, Seattle, WA (Economics) |
| **1972** | M.A., University of Washington, Seattle, WA (Economics) |
| **1970** | B.A., University of Washington, Seattle, WA (Economics) |

**Professional Experience**

**May 1996 - Present**  **HealthTrends, Shoreline, WA**

                  **Principal**

Direct work with health care organizations in the development and implementation of actions to improve performance. This work is principally quantitative analysis and simulation modeling.

Projects include demand and financial modeling, including future year budget forecasts and business plan development; statistical survey research and analysis; strategic plan development; asset and program/service valuation, including physician practices and other businesses; new business development; joint ventures; compilation and analysis of information defining internal and market actions; medical staff development plans; technology acquisition/implementation; and expert consultation with clients regarding quantitative analysis and modeling, including evaluation of new technology. Significant expert testimony consultations regarding statistical and health care economics. Engagements have included:

- Development of demand and financial models for organization business planning and future year budgets. Includes developing databases and preparing models that simultaneously link "dependent" and "independent" variables that combined simulate utilization and financial projections. Includes preparing sensitivity analyses to test the effect of changes in key model variables on projected outcomes

- Development of financial statements, including income and expense, cash flow, asset depreciation and balance sheets. These schedules are used to define prior performance

and model future growth.  Includes engagements assisting small business "start-up" operations, including serving as chief financial officer, but in a consultant role

■ Expert consultation regarding statistical/mathematical issues associated with clients' surveys and other sampling work

■ Primary and secondary survey research.  Includes formulating best research design, developing survey questionnaires, utilizing in-person or other survey approach(es), preparing statistical analysis of survey responses and report preparation

■ Preparation of volume and financial performance models for free-standing emergency departments, urgent care centers, medical clinics, imaging centers and ambulatory surgery centers.  Includes preparation of demand and revenue forecasts by type of service, program or physician sub-specialty.  Also includes estimation of direct and indirect expenses of business operations, including FTE ("full-time equivalent") employment forecasts and capital expenditure modeling.  Designed to identify key performance statistics and provide risk analysis of alternative utilization, reimbursement and expense scenarios

■ Preparation of demand and financial models to define, evaluate and     model demand and financial performance for new programs and technologies, e.g., transplantation programs including liver and pancreas transplantation; Gamma Knife program; PET scanner; minimally invasive surgery; and transcranial magnetic stimulation ("TMS").

■ Preparation of demand and financial models to evaluate current performance and prepare service/program forecasts.  Representative projects include: imaging centers, including forecasts for all key modalities; emergency services; cardiac services; obstetrics and women's' services; sleep lab; oncology programs, including medical oncology and radiation therapy; and ambulatory surgery centers.

■ Preparation of medical staff development plans, including integration of quantitative estimates of demand by specialty, current and projected supply, financial modeling, and qualitative interview research. Designed to assist organizations' alignment/integration  with physicians.

■ Preparation of performance analyses, where client benchmarks are established and performance, measured. Examples include emergency department physicians, or practicing physicians in a single or multi-specialty clinic.  Work has included development and implementation of "production-based" compensation models.

■ Preparation of valuation studies, which require assessment of "fair market value." This has included contractual arrangements, where buyers must meet fair market value standard for federal statutes.  It has also included preparation of fair market value estimates of physician practices.

■ Preparation of strategic plans, including market demographic and economic profiles, organization performance data across key services/programs, including portfolio analysis, competitor analysis, and identification and prioritization of goals, strategies and implementation actions.

■ Preparation of marketplace statistics on population, utilization and market share figures to assist organizations' strategic planning and marketing programs

- Expert testimony as a statistician, health economist, economist and healthcare planner in a significant number of courts-of-law.  This includes deposition and expert testimony in the following: (1) Florida, Federal District Court, 1985; (2) Oregon Federal District Court (2006); (3) Seattle WA Superior Court (2004); (4) in eighteen separate Washington Department of Health Administrative Law Judge ("DOH ALJ") Hearings—one in 2004, 2008, 2010, two cases in 2011, two cases in 2012, two cases in 2013, four cases in 2014, one case in 2015, two cases in 2016, and two in 2018; and (5) in two hearings before the Alaska Office of Administrative Hearings, one in 2016 and another in 2017.  I have been deposed as an expert in seven other cases; one in 2012, one in 2014, two in 2015, two in 2018 and one in2019; these cases were settled before trial. I have also acted as an expert consultant in the following cases:  (1) numerous cases involving the acute care bed need methodology required by the Washington Department of Health under the certificate-of-need rules; (2) an anti-trust case in Oregon (2008); (3) ambulatory surgery center certificate-of-need cases in Washington; (4) kidney dialysis certificate-of-need cases in Washington; (5) nursing home and hospice certificate-of-need cases in Washington;  (7) numerous class action lawsuits regarding insurance companies' denials of mandated benefits; and (7) and two cases for the Washington Attorney General's office.

- Preparation of Certificate of Need applications.  Projects have included: (1) the development and operation of freestanding ambulatory surgery centers;(2)  the purchase and sale of two hospitals in Eastern Washington in Spring 2003; (3) the development and operation of St. Anthony Hospital in Gig Harbor Washington in Fall 2003; (4) the development of a liver transplant program for Swedish Health Services in Seattle WA in Summer 2003; (5) the preparation of 3 kidney dialysis center applications in Spokane County, WA in fall 2003; (6) the preparation of a kidney dialysis center application in Clark County, WA in spring 2005;  (7) the development and operation of a new hospital—Swedish Issaquah Hospital--in Issaquah Washington, submitted in 2004;  (8) the development and operation of a freestanding hospital in Eugene Oregon, submitted in December 2005; (9) the expansion of acute care beds for St. Francis Hospital, Federal Way, WA submitted in late Fall 2006; (10) the build-out of a hospital tower and the expansion of licensed capacity by 166 acute care beds for Providence Regional Medical Center in Everett WA this  represented the largest expansion project in Washington CN history), also submitted in late Fall 2006; (11) the preparation of a certificate of need application for a 152-bed expansion and 21-bed NICU expansion for Sacred Heart Medical Center in Spokane WA, completed in February 2009; (12 & 13) the preparation of two certificate of need applications for percutaneous coronary intervention (PCI) programs at Stevens Hospital, Edmonds WA and Valley Medical Center, Renton WA—both applications were submitted in February 2009; (14) the preparation of a certificate-of-need application for a 27-bed NICU expansion Kadlec Medical Center, Richland WA, submitted in August 2009; (15) preparation of a certificate of need application for a 114-bed expansion project for Kadlec Medical Center, Richland WA, submitted November 2009; (16) preparation of a certificate of need application for a new 58-bed hospital in the Southeast Planning Area, submitted in December 2009; (17) preparation of a certificate of need request for Swedish Health Services' Lease of Stevens Hospital in Edmonds WA, submitted in May 2010;  (18) preparation of a certificate of need for a 25-bed expansion of Mary Bridge Children's Hospital, submitted in July 2010; (19) preparation of a certificate of need request for pancreatic transplantation at Sacred Heart Medical Center; (20) preparation of a certificate-of-need request for a 20-bed expansion of Tacoma General Hospital's Neonatal Intensive Care Unit ("NICU"); (21)  preparation of a certificate-of-need request for a 4-bed expansion of Tacoma General Hospital's Intermediate Care Nursery

("ICN"); (22) preparation of a certificate-of-need request for a 16-bed Intermediate Care Nursery ("ICN") at Swedish/Issaquah, submitted in January 2011; (23) preparation of a certificate-of-need request to operate an elective percutaneous coronary intervention ("PCI") program at Swedish/Issaquah; (24) preparation of a certificate-of-need request for an 11-bed expansion of Good Samaritan Hospital, submitted in June 2011; (25) preparation of a certificate of need for a 20-bed expansion of Mary Bridge Children's Hospital, submitted in October, 2011; (26) preparation of a certificate-of-need request for an ambulatory surgery center in Gig Harbor, Washington, submitted October 2011 (27) preparation of a certificate-of-need request for a new 30-bed psychiatric hospital in Everett, Washington, submitted November 2011; (28) preparation of a certificate-of-need request to operate an elective percutaneous coronary intervention ("PCI") program at Swedish/First Hill, submitted in February 2012; (29) preparation of a certificate-of-need request for an additional Level I rehabilitation beds at Providence St. Peter Hospital, submitted in March 2012; (30) preparation of a certificate-of-need request to lease Wenatchee Valley Hospital, submitted in September 2012; (31) preparation of a certificate-of-need request to lease United General Hospital, submitted November 2012; (32) preparation of a certificate of need to operate an ambulatory surgery facility, submitted in July, 2013; (33) preparation of a certificate of need application to operate three additional Level I rehabilitation bed at PeaceHealth St. Joseph Medical Center, Bellingham Washington, September 2013; (34) preparation of a certificate of need application to operate a kidney dialysis facility,  submitted in January 2014; (35) preparation of a certificate of need to operate an ambulatory surgery facility, submitted in February 2014; (36) preparation of a certificate-of-need request for a new 34-bed psychiatric hospital in Monroe, Washington, submitted November 2013; (37) preparation of a certificate of need to operate a kidney dialysis facility, submitted in May 2014; (38) preparation of a certificate of need for Level I rehabilitation beds for Wenatchee Valley Hospital, submitted November 2014; (39 and 40) preparation of two separate  certificate of need applications to operate kidney dialysis facilities in different planning areas, submitted in November 2014; (41) preparation of a certificate of need application for a 120 bed psychiatric hospital, Tacoma Washington, submitted December 2014; (42) preparation of a certificate of need application to operate a kidney dialysis facility in Pierce County, submitted in February 2015; (43) preparation of a certificate of need application for an ambulatory surgery center for Swedish Health Services and Proliance, submitted in March 2015; (44) preparation of a certificate of need application for a 100-bed psychiatric hospital, Spokane County, submitted in June 2015; (45) preparation of a certificate of need to operate an ambulatory surgery center in Bellevue in East King Planning Area (2015); (46) preparation of a certificate of need to operate an ambulatory surgery center in Issaquah in East King Planning Area (2015); (47) preparation of a certificate of need to operate an ambulatory surgery center in Seattle in the North King Planning Area (2015); (48) preparation and submittal of a certificate of need application for MultiCare Good Samaritan Hospital for additional Level I rehabilitation beds (2015); (49) preparation and submittal of a certificate of need application for MultiCare Good Samaritan Hospital for additional acute care beds (2015); (50) preparation and submittal of a 100-bed psychiatric hospital certificate of need (Oregon) (2016); (51)  preparation and submittal of a certificate of need to operate a kidney dialysis facility  in Pierce County (2016); (52) preparation and submittal of a certificate of need to operate an 85-bed psychiatric hospital in Thurston County (2016); (53) preparation of a certificate of need to operate an ambulatory surgery center in Everett in the Central Snohomish Planning Area (2016); (54) preparation of a certificate of need to operate an ambulatory surgery center in the Grant County Planning Area (2016); (55) preparation of a certificate of need to operate an ambulatory surgery center in Okanogan County Planning  Area (2016); (56) preparation of a certificate of need for approval of the

purchase of Deaconess Hospital in the Spokane Planning Area (2017); (57) preparation of a certificate of need for approval of the purchase of Valley Hospital in the Spokane Planning Area (2017); (58)  preparation of a certificate of need to operate an ambulatory surgery center in  the Spokane County Planning  Area (2017); (59)  preparation of a certificate of need to operate an ambulatory surgery center in  Central King County Planning  Area (2017); (60)  preparation and submittal of a certificate of need to expand  a kidney dialysis facility in Grays Harbor County (2017); (61)  preparation and submittal of a certificate of need to relocate and expand a kidney dialysis facility  in Grant County (2017); (62) preparation and submittal of a certificate of need to operate an ambulatory surgery center in the East King Planning Area (2017); (63) preparation and submittal of a certificate of need to expand MultiCare Tacoma General Hospital's Level IV Neonatal Intensive Care Unit (NICU) (2018); (64, 65, 66, 67,68, 69) preparation and submittal of six separate certificates of need to expand  kidney dialysis facilities in Pierce County (2018); (70 & 71) preparation and submittal of certificates of need to expand  kidney dialysis facilities in Thurston County (2018); (72) preparation and submittal of a certificate of need to establish a kidney dialysis facility in Clark County (2018); (73) preparation and submittal of a certificate of need to expand a kidney dialysis facility in Grant County; (74) preparation and submittal of a certificate of need to develop a kidney dialysis facility in King  County (2018); (75) preparation and submittal of a certificate of need to develop a kidney dialysis facility  in Cowlitz County (2018); (76) preparation and submittal of a certificate of need to  expand a kidney dialysis facility in Adams County (2018); (77) preparation and submittal of a certificate of need to expand a kidney dialysis facility in Okanogan Count (2018); (78) preparation and submittal of a certificate of need to expand a kidney dialysis facility in Mason County (2018); (79) preparation and submittal of a certificate of need to expand a kidney dialysis facility Thurston County (2019); (80) preparation and submittal of a certificate of need to develop a kidney dialysis facility in King County (2019); (81) preparation and submittal of a certificate of need to expand a kidney dialysis facility (Benton County (2019); (82) preparation and submittal of a certificate of need to operate an ambulatory surgery center in the East King Planning Area (2019); (83) preparation and submittal of a 100-bed psychiatric hospital certificate of need (Oregon) (2019); (84) preparation and submittal of a certificate of need to expand an ambulatory surgery facility in East Pierce Planning Area (2019); (85) ) preparation and submittal of a certificate of need to expand an ambulatory surgery facility in the East Pierce Planning Area (2019); (86) preparation and submittal of a certificate of need to expand an ambulatory surgery facility in East King Planning Area (2019); (87) preparation and submittal of a certificate of need to expand an ambulatory surgery facility in the Central Pierce Planning Area (2020); (88) preparation and submittal of a certificate of need to develop an elective PCI program in the Spokane County Planning Area (2020); (89) preparation and submittal of a certificate of need to relocate and expand a kidney dialysis facility Thurston County (2020); (90) preparation and submittal of a certificate of need to develop and operate a kidney dialysis facility in Yakima County (2020).

- These projects included preparation of detailed utilization and financial performance models, including income and expense, cash flow statements, asset depreciation schedules and balance sheets. They also included preparation and submittal of complete applications to Washington Department of Health.

**July 2001-July 2002  ClearMedical, Bellevue WA**

**Vice President, Finance and Chief Financial Officer**

Financial stewardship for ClearMedical, Inc.  This included developing and properly using financial reports and performance information, in aggregate, and at the product/service level, to monitor and improve company performance. Performance was measured for contribution margin, cash flow and return on investment.  As the company's financial leader, responsible for daily fiscal activities and longer term financial viability and growth.  Responsibilities included:

- Preparation of weekly and monthly financial reports for the chief executive officer, the Board of Directors, and other members of the executive team.  Financial reports include income and expense statements, cash flow and balance sheet statements. These reports were compiled for year-to-date and annualized estimates.

- Preparation of monthly departmental budgets, then monitoring actual expenditures against budget estimates.  Also responsible for budget forecasts, used to guide departmental growth.

- Preparation of 5 year forecast models to estimate financial performance and resource requirements.

- Correct daily operation of accounts payable and accounts receivable activities, as well as company payroll and other routine financial operations

- Monitoring company performance against financial performance forecasts and "key performance indicators" (KPIs) included in the Strategic Plan.   This included implementing corrective actions to better assure actual performance matches forecasts and benchmarks.

- Monitoring overall company performance against its Strategic Plan, as defined by performance benchmarks.  Responsible for providing annual revisions/updates to the ClearMedical Strategic Plan.


**1993 - April 1996**       <u>Franciscan Health System (FHS), Aston, PA</u>

**Vice President, Research and Development**

Responsible for FHS research and development.  This included all research to support focused technology and other studies.  Selected studies included:

- Stereotactic breast biopsy technology
- Minimally invasive surgery technology
- Advanced healthcare practitioners
- Alternative medicine (healing/wholistic medicine)
- Genetic engineering
- Patient-focused care


Responsible for leadership and staff support to the FHS Technology Steering Committee, a multidisciplinary group, including numerous physicians, that had responsibility for identifying and making technology implementation recommendations across FHS.

Responsible for strategic planning, including the compilation of information, the development of market goals and strategies, and the preparation of focused strategic plans. This also included seminars and workshops to prepare and present plans.

Responsible for compilation, analysis and presentation of quantitative and qualitative information on FHS products, services and markets, including:

- Utilization forecast models, by service line, for each FHS hospital, to model the effect of managed care.
- The development of emergency department care delivery models.
- The development of an ambulatory surgery model.
- Preparation of market share and service line projections.


Responsible for service and program integration/consolidation across 3 FHS-West hospitals, including outsourcing all transcription, saving $750,000 annually, and consolidating laboratory services, saving $3 million over five years.

Responsible for the development and implementation of a Community Health Model for FHS organizations.

**1988 - 1993    Franciscan Health Services - Washington, Tacoma, WA**

**Vice President, Research and Development**

Responsible for new product and service identification and development, including the development of a research process, the Technology Model, which was later implemented throughout Franciscan Health System.

Studies included:

- Magnetic resonance imaging
- Laser technologies
- Imaging, including ultrasound, SPECT cameras and CT
- Continuous quality improvement models
- Optical disk technologies
- Flow cytometry equipment

Responsible for the feasibility study, design and implementation of a MRI service at 4 FHS-West hospitals, including:

- Business and operations plan development
- Acquisition of three MRI systems and service contracts, which represented over $8 million in capital and operating expenses
- Recruitment of staff, and day-to-day operational responsibility for the MRI department with an annual budget of $4 million, for two years

**1985 - 1988    Franciscan Health Services - Washington, Tacoma, WA**

**Director, Planning and Research**

Responsible for utilization and financial projections for numerous   program/services, as key elements of business plan preparation.

Responsible for all regulatory interface, including all certificate-of-need     applications, and work with local and state planning agencies.

Responsible for all utilization and service area forecasts and competitor    analysis for annual hospital strategic plans and budgets.

Responsible for all primary and secondary market research, including     both internal survey projects, e.g., patient satisfaction surveys, and        external research, e.g., large, community-wide, surveys.

**1984-1985    Washington State Hospital Commission, Olympia, WA**

**Associate Director, Program Planning and Research**

Responsible for technical and staff management of Program Planning and Research Division for the Hospital Commission, including:

- Design, development and management of the Commission Hospital Abstract Reporting System (CHARS), which is still used to compile and analyze patient discharge data from every hospital in the state.

- Design and development of target revenue estimates for statewide hospital revenues, required by the Washington Legislature.  This task required compilation and analysis of very large data sets containing cost and revenue data for each Washington hospital.

- Development and implementation of charity care definitions and policies across all Washington hospitals.

- Management of Hospital Commission Certificate-of-Need reviews.

**1983    SysteMetrics, Inc., Santa Barbara, CA**

**Senior Health Care Economist**

Responsible for acquisition/development of health care data and   forecasting models.

**1977-1983    HDR Systems, Santa Barbara, CA**

**Senior Economist/Project Manager**

Project management of numerous military studies.  Responsibilities included proposal preparation, study definition, milestone and budget scheduling.  This included: Publication scheduling and deadlines;  assignment and coordination of interdisciplinary staff input;  and

technical review and edit.

Developed and implemented econometric forecasting models.  These models forecast key economic and demographic parameters, e.g., employment/unemployment, wage levels, and population, for a defined geographic region.

Responsible for development and analysis of other economic technical studies, including development and use of regional inter-industry (input-output) models.

**1971-1977      University of Washington, Seattle, WA**

**Instructor**

Taught courses in micro and macroeconomics.

**Computer Language Experience**

Statistical Analysis System (SAS)

Statistical Package for the Social Sciences (SPSS)

STATA

Access

**Honors and Awards**

Phi Beta Kappa

Omicron Delta Epsilon (Economics Honor Society)

Magna Cum Laude Graduate

**Memberships**

American Hospital Association

American College of Health Executives

Washington State Hospital Association

**Published Articles and Presentations**

# Publications

"Developing A Model for Technology Assessment,"  Frank Fox, Ph.D.   and Ellen Barron, Health Progress, pages 50-58, January-February 1993.

"Linking Technology with Strategic and Financial Plans:  A Case Study of Franciscan Health System," Frank Fox, Ph.D. and Ellen Barron,  American Hospital Association, Hospital

Technology Special Report,  Volume 14, Number 11, September 1995.

**Presentations**

"Assessing Marketplace Impact of Future Clinical Technologies,"  Technology and Healthcare Marketing--Future Vision Conference, The Alliance for Healthcare Strategy and Marketing, November 10-12, 1996.

"Smart Technology," Real Solutions for Healthcare Materials Management—Annual Conference, American Society for Healthcare Materials Management, August 11-13, 1996.

"Smart Technology," 16th Annual Meeting—Strategy Forum, Society for Healthcare Planning and Marketing, American Hospital Association, April 24-27, 1994.

Appendix E - Jonathan F. Fox CV

# Jonathan F. Fox, Ph.D

**March 2020**

| | |
|---|---|
| **Contact** | phone: (206) 718-8557 <br> e-mail: jfox@healthtrends.consulting |

**Current position**

**Fox Economics LLC**, Lynnwood, WA

*Economic Consultant*                                    **April 2019 − Present**

Application of economic and statistical theory and methods to assist in strategic development and actions for public and private organizations. This has included assisting in the construction of Certificate of Need applications in Washington and Oregon, evaluation and development of actuarial analyses for health insurance benefit costs, and creation of market demand analyses for regional hospitals.

**Education**

**University of Arizona**, Tucson, Arizona, USA

*Doctor of Philosophy, Economics*                        **August 2005 − August 2010**
  - Fields: Labor Economics, Econometrics, Industrial Organization

*MA, Economics*                                         **August 2005 − May 2007**

**Western Washington University**, Bellingham, Washington, USA

*BA, Economics and Math*                                **September 2000 − June 2004**

**Publications**

Kai Willfür, Fox, Jonathan F., and Eckart Voland. The usage of historical family reconstitution databases in the study of kin effects - What can we learn from evolutionary approaches? *Forthcoming in Human Evolutionary Demography, edited by Rebecca Sear and Oskar Burger*

Fox, Jonathan F., Sebastian Klüsener, and Mikko Myrskylä. "Is a Positive Relationship between Fertility and Economic Development Emerging at the Sub-National Regional Level? Theoretical Considerations and Evidence from Europe." *European Journal of Population*, Vol 35(3), pp 487-518, 2019.

Allen, Samuel, Jonathan F. Fox, Brendan Livingston and Price V. Fishback. "The Public Safety Net," in *The Oxford Handbook of American Economic History*, edited by Louis P. Cain, Price V. Fishback, and Paul W. Rhode, 2018.

Fox, Jonathan F., Kai Willfür, Lisa Dillon, Alain Gagnon and Eckart Voland. "The consequences of sibling formation on survival and reproductive success across different economic and social contexts: A comparison of the historical Krummhörn and Quebec populations," *History of the Family*, Vol 22(2-3), pp 364-423, 2017.

Fox, Jonathan F. and Mikko Myrskylä. "Urban Fertility Responses to Local Government Programs: Evidence from the 1923-1932 U.S." *Demographic Research*, Vol. 32, No. 16, pp. 487-532, 2015.

Fox, Jonathan F., Price V. Fishback and Paul W. Rhode. "The Effects of Weather Shocks on Crop Prices in Unfettered Markets: The United States Prior to the Farm Programs, 1895-1932", in *The Economics of Climate Change: Adaptations Past and Present*, edited by Gary D. Libecap and Richard H. Steckel, 2011.

Fishback, Price V., Samuel Allen, Jonathan F. Fox and Brendan Livingston. "A Patchwork Safety Net: A Survey of Cliometric Studies of Income Maintenance Programs in the United States in the First Half of the Twentieth Century." *Journal of Economic Surveys*, Vol. 24, No. 5, pp. 895-940, 2010.

**Book reviews**

Fox, Jonathan F. "Review: Death Before Birth: Fetal Health and Mortality in Historical Perspective by Robert Woods." *The Journal of Economic History*, Vol. 71, No. 3, pp. 793-794, 2011.

Fox, Jonathan F. "Review: This Land, This Nation: Conservation, Rural America, and the New Deal." *EH.net*, March 2008

**Working and conference papers**

Fox, Jonathan F. and Theocharis Grigoriadis. "A Rural Health Supplement to the Hookworm Intervention in the American South." Freie Universität Berlin Economics Discussion Paper Series, 2018/5.

Fox, Jonathan F. "Origins and Effects of Rural Public Health Programs in North Carolina". Conference paper.

Fox, Jonathan, Theocharis Grigoriadis, and Gregory Niemesh. "Federalism and U.S. Public Health." Conference paper.

Fox, Jonathan and Theocharis Grigoriadis. "Institutions and Public Health in the Progressive Era American South." Preliminary Draft.

Fox, Jonathan F. "Public Health Movements, Local Poor Relief and Child Mortality in American Cities: 1923-1932". MPIDR Working 2011-005.

**Conference presentations and invited talks**

"The consequences of sibling rivalry on survival and reproductive success across different economic and social contexts: A comparison of the historical Krummhoern and Quebec populations," Freie Universitaet Research Seminar, June 2016

"Hookworm stations and the spread of CHOs in the American Southeast," Humboldt University Economic History Seminar, Berlin, January 2016.

"Hookworm stations and the spread of CHOs in the American Southeast," University of Arizona Economic History Seminar, Tucson, March 2016.

"Origins and effects of rural public health programs in North Carolina," Social Science History Association Conference, Baltimore, November 2015.

"Origins and effects of rural public health programs in North Carolina," Economic History Association Conference, Nashville, September 2015.

"A changing relationship between fertility and economic development at the subnational regional level?" University of Arizona Economic History Seminar, Tucson, February 2015.

"A changing relationship between fertility and economic development at the subnational regional level?" University of Rostock Demography Seminar, Rostock, April 2015.

"Using economic to understand health and welfare in America," American Cultural

2

Studies Conference, Wittenberg, November 2014.

"Urban fertility responses to local government programs," Humboldt University Economic History Seminar, Berlin, May 2014.

"A changing relationship between fertility and economic development at the subnational regional level?" Population Association of America, Boston, April 2014.

**Prior positions**

**Freie Universität**, Berlin, Germany

*Assistant Professor*                              **October 2013 − March 2019**
Instruction and mentoring of students at the bachelor, master, and PhD levels. Teaching courses related to American economic history, American policy, international trade and development, monetary and fiscal policies, economic growth, and others. Performed and published research using large panel datasets and qualitative information to investigate the interplay between microeconomic conditions and individual demographic outcomes. This included an evaluation of the Progressive Era public health programs in the United States, and found them related to reductions in urban fertility and urban mortality. Additional research analyzed the impact of rural public health investments across the American South. Performed research and published results using historical family reconstitution studies to estimate the effects of family composition on marriage, mortality, and fertility to show that relatives compete or cooperate with each other depending on not only their relation, but also on the ecological environment in which they interact.

**Freie Universität**, Berlin, Germany

*Guest Professor*                                  **April 2013 − October 2013**
Instructor for MA course in U.S. Economic Policy

**Max Planck Institute for Demographic Research**, Rostock, Germany

*Postdoctoral Fellow*                              **September 2010 − April 2013**
Research, conference presentations, participation in MPIDR activities

**University of Arizona**, Tucson, Arizona, USA

*Instructor*                                       **June 2008 − August 2009**
Instructor for courses in Introductory Economics. Responsibilities included developing course outlines and classroom lectures for micro and macroeconomic theory, test development, student mentoring, and grading of tests, homeworks and research papers.

*Teaching Assistant*                               **August 2005 − May 2010**
Teaching assistant for undergraduate courses in American Economic History, Introductory Economics, Statistical Inference in Management, and Communication in Economics. Responsibilities included holding lectures and office hours, organizing test preparation sessions, designing and grading examinations, and the reading, editing, and grading of research papers

**HealthTrends**, Seattle, Washington, USA

*Statistical Consultant*                           **June 2004 − August 2005**
Work for Seattle area health care consulting firm. Responsibilities included financial modeling and performance analysis for Northwest area hospitals, and creation of Certificates of Need and associated utilization forecasts.

3

**King County Library System**, Seattle, Washington, USA

*Math and English Tutor*                          **June 2004 – August 2005**

Volunteer work tutoring Seattle area students between the ages of 10 and 18.

| | |
|---|---|
| **University courses taught** | **PhD level** Democracy in Crisis |
| | **MA level** Trade and development, Topics in International, Area, and Development Studies, Development of the American Economy, U.S. Economic Policy. |
| | **BA level** U.S. Economic History, Statistical Reasoning, Monetary and Fiscal Policies, Topics in Macroeconomics, History of Economic Development, Basic Economic Issues. |

**Honors and scholarships**

National Science Foundation, Dissertation Improvement Grant, 2009-2010

Economic History Association, Travel and Data Grant, 2009

**Programming**    STATA, Matlab, Command Line, SQL, GIS, SPSS, R, LaTeX $2_\varepsilon$

**Languages**    English, German

**References**    *Available upon request*

4