**BONNETT FAIRBOURN**
  **FRIEDMAN & BALINT, PC**
Andrew S. Friedman (*Pro Hac Vice*)
afriedman@bffb.com
Francis J. Balint, Jr. (*Pro Hac Vice*)
fbalint@bffb.com
Kimberly C. Page (P*ro Hac Vice*)
kpage@bffb.com
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100; Fax: (602) 274-1199

Nada Djordjevic (*Pro Hac Vice*)
ndjordjevic@bffb.com
922 Davis Street
Evanston, IL 60201
Tel: (602) 274-1100; Fax: (602) 274-1199

**LAW OFFICES OF RANDY D. CURRY**
Randy D. Curry, Esq., SBN 119636
randydcurrylaw@gmail.com
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663
Tel.: (949) 258-4381; Fax: (949) 258-4382

Attorneys for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| SCOTT CROSBY and KARISSA CROSBY, individually, and on behalf of their son JAKE CROSBY, and on behalf of all others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA; MAGELLAN HEALTH, INC.; and HUMAN AFFAIRS INTERNATIONAL OF CALIFORNIA,<br><br>Defendants. | Case No. 8:17-CV-01970-CJC-JDE<br><br>CLASS ACTION<br><br>**DECLARATION OF NADA DJORDJEVIC IN SUPPORT OF PLAINTIFFS' COMBINED REPLY IN FURTHER SUPPORT OF AMENDED MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL**<br><br>Judge: Hon. Cormac J. Carney |

I, Nada Djordjevic, declare and say, as follows:

1. I am an associate in the law firm of Bonnett Fairbourn Friedman & Balint, PC, and counsel of record in the above-captioned action (the "Action") for Plaintiffs Scott and Karissa Crosby, on behalf of Jake Crosby ("Plaintiffs").

2. I am a member in good standing in the State Bar of Illinois, and by Order dated September 25, 2019 (D.E. 79), have been admitted *pro hac vice* in this action.

3. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto. I respectfully submit this declaration in further support of Plaintiffs' Combined Reply in Further Support of Amended Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel (the "Class Certification Motion").

4. This matter involves individual and putative class claims for breach of fiduciary duty under 29 U.S.C. § 1132(a) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.*

5. The Reply Memorandum In Further Support of the Amended Class Certification Motion clarifies that Plaintiffs seek certification of the following class:

> All participants or beneficiaries in a Blue Shield health insurance plan governed by ERISA, which is fully underwritten by Blue Shield and administered by Magellan (a) who at any time since January 1, 2016 were deemed covered for Applied Behavioral Analysis therapy for treatment of autism spectrum disorder, (b) who Magellan red-flagged as part of its Care Shaping Program, and (c) since January 1, 2016 made a request for continued coverage that was revised down, reduced or denied based upon the Magellan medical necessity criteria for Applied Behavior Analysis therapy.
>
> Excluded from the Class are Defendants, any parent, subsidiary, affiliate, or controlled person of Defendants, as well as officers, directors, agents, servants or employees of Defendants, and the immediate family member of any such person, and any class member who has previously released a claim for benefits under a settlement agreement. Also excluded is any judge who may preside over this case.

6. Plaintiffs seek declaratory and injunctive relief as a remedy for

Defendants' alleged ERISA violations, including an order directing Defendants to cease using the noncompliant medical necessity criteria and to reprocess authorization requests for ABA therapy that were previously reduced or denied under the challenged criteria, pursuant to medical necessity criteria for ABA therapy that are consistent with generally accepted professional standards.

7. Attached as **Exhibit 38** is a true and accurate copy of the Expert Report of Ronald Burton Leaf, Ph.D. Portions of this exhibit are being filed provisionally under seal because it contains material designated as confidential under the Protective Order.

8. Attached as **Exhibit 39** is a true and accurate copy of HAI-CA_0140812-813. This exhibit is being filed provisionally under seal because it contains material designated as confidential under the Protective Order.

9. Attached as **Exhibit 40** is a true and accurate copy of BSC0010622-624.

10. Attached as **Exhibit 41** is a true and accurate copy of HAI-CA__0023869-3885. This exhibit is being filed provisionally under seal because it contains material designated as confidential under the Protective Order.

11. Attached as **Exhibit 42** is a true and accurate copy of the following excerpts from the Transcript of the Videotaped 30(b)(6) Deposition of Magellan Health By and Through Yagnesh Vadgama, taken October 17, 2019: 139:10-140:5, 140:14-23, 295:22-296:5. Portions of this exhibit are being filed provisionally under seal because it contains material designated as confidential under the Protective Order.

12. Attached as **Exhibit 43** is a true and accurate copy of the following excerpts from the Transcript of the Deposition of Michelle Brennan-Cooke, Ph.D.

taken November 8, 2019: 182:7-14, 183:2-13. This exhibit is being filed provisionally under seal because it contains material designated as confidential under the Protective Order.

13. Attached as **Exhibit 44** is a true and accurate copy of HAI-CA_0106194-195. This exhibit is being filed provisionally under seal because it contains material designated as confidential under the Protective Order.

14. Attached as **Exhibit 45** is a true and accurate copy of HAI-CA_0015859-16028.

15. Attached as **Exhibit 46** is a true and accurate copy of HAI-CA__0128302-305. This exhibit is being filed provisionally under seal because it contains material designated as confidential under the Protective Order.

16. Attached as **Exhibit 47** is a true and accurate copy of Magellan/Crosby-Autism Spectrum Consultants-005464.

17. Attached as **Exhibit 48** is a true and accurate copy of HAI-CA_000539-546.

18. Attached as **Exhibit 49** is a true and accurate copy of HAI-CA_0205008-5016.

19. Attached as **Exhibit 50** is a true and accurate copy of HAI-CA_0198479-488.

20. Attached as **Exhibit 51** is a true and accurate copy of HAI-CA_0129134-137.

21. Attached as **Exhibit 52** is a true and accurate copy of the Expert Report of Frank G. Fox, Ph.D. and Jonathan F. Fox, Ph.D. Portions of this exhibit are being filed provisionally under seal because it contains material designated as confidential

| | |
|---|---|
| 1 | under the Protective Order. |
| 2 | 22. Attached as **Exhibit 53** is a true and accurate copy of the following |
| 3 | excerpts from the Transcript of the 30(b)(6) Deposition of Richard Clarke, Ph.D. |
| 4 | taken November 7, 2019: 20:9-20, 21:21-24, 22:25-23:10, 88:19-24. |
| 5 | |
| 6 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 27th day of July, 2020 at Evanston, Illinois. |
| 7 | |
| 8 | |
| 9 | |
| 10 | /s/ *Nada Djordjevic* <br> Nada Djordjevic |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |