# EXHIBIT 52

## Conditionally Filed Under Seal